Fill in this information to identify the case:

United States Bankruptcy Court for the:

<u>Central</u>  District of <u>California</u>
(State)

Case number (If known): _____ Chapter <u>7</u>


FILED
JUL 12 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**      Integrated Wealth Management, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   
   ☑ Unknown
   
   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 74245 Highway 111 <br> Number  Street | N/A <br> Number  Street |
   | Suite 201 | N/A <br> P.O. Box |
   | Palm Desert     CA   92260 <br> City          State   ZIP Code | N/A <br> City        State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Riverside <br> County | N/A <br> Number  Street |
   | | N/A |
   | | N/A <br> City        State    ZIP Code |

Official Form 205               Involuntary Petition Against a Non-Individual               page 1

Debtor   Integrated Wealth Management, Inc.           Case number (if known)_____
         Name

6. **Debtor's website** (URL)    http://www.iwmgmt.com/

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
                              MM / DD / YYYY

## Part 3:   Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor __Integrated Wealth Management, Inc.__  Case number (if known) _____
     Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Mike McConnell | Unpaid commissions/wages | $ 70,615.47 |
| | Mark Hayek | Unpaid commissions/wages | $ 70,652.17 |
| | Brandt Kuhn | Unpaid commissions/wages | $ 26,852.71 |
| | | Total of petitioners' claims | $ 168,120.35 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**       **Attorneys**

**Name and mailing address of petitioner**

Mike McConnell       Erwin J. Shustak, Esq.
Name       Printed name

14 Monarch Bay Plaza, #292       Shustak Reynolds & Partners, P.C.
Number  Street       Firm name, if any

Dana Point    CA    92629       401 West "A" Street, Suite 2250
City   State   ZIP Code       Number  Street

     San Diego    CA    92101
     City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

N/A       Contact phone (619) 696-9500  Email shustak@shufirm.com
Name

N/A       Bar number 119152
Number  Street

N/A       State    CA
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2017
         MM / DD / YYYY

X _____       X _____
Signature of petitioner or representative, including representative's title       Signature of attorney

     Date signed  07/11/2017
                MM / DD / YYYY

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

Debtor  __Integrated Wealth Management, Inc.__  Case number (*if known*)_____
       Name

**Name and mailing address of petitioner**

__Mark Hayek__
Name

__11 Vista Mirage Way__
Number    Street

__Rancho Mirage__        __CA__        __92270__
City                     State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

__N/A__
Name

__N/A__
Number    Street

__N/A__
City                     State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-12-17__
         MM / DD / YYYY

X _[signature]_

Signature of petitioner or representative, including representative's title

__Erwin J. Shustak, Esq.__
Printed name

__Shustak Reynolds & Partners, P.C.__
Firm name, if any

__401 West "A" Street, Suite 2250__
Number    Street

__San Diego__            __CA__        __92101__
City                     State         ZIP Code

Contact phone __(619) 696-9500__  Email __shustak@shufirm.com__

Bar number __119152__

State __CA__

X _[signature]_

Signature of attorney

Date signed __07/11/2017__
        MM / DD / YYYY

---

**Name and mailing address of petitioner**

__Brandt Kuhn__
Name

__76445 Pala Palms Drive__
Number    Street

__Indian Wells__         __CA__        __92210__
City                     State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

__N/A__
Name

__N/A__
Number    Street

__N/A__
City                     State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/12/2017__
         MM / DD / YYYY

X _[signature]_

Signature of petitioner or representative, including representative's title

__Erwin J. Shustak, Esq.__
Printed name

__Shustak Reynolds & Partners, P.C.__
Firm name, if any

__401 West "A" Street, Suite 2250__
Number    Street

__San Diego__            __CA__        __92101__
City                     State         ZIP Code

Contact phone __(619) 696-9500__  Email __shustak@shufirm.com__

Bar number __119152__

State __CA__

X _[signature]_

Signature of attorney

Date signed __07/11/2017__
        MM / DD / YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual            page 4