1  ROBERT E. OPERA – State Bar No. 101182
   ropera@wcghlaw.com
2  ANDREW B. LEVIN – State Bar No. 290209
   alevin@wcghlaw.com
3  **WINTHROP COUCHOT**
   **GOLUBOW HOLLANDER, LLP**
4  660 Newport Center Drive, Suite 400
   Newport Beach, CA 92660
5  Telephone:  (949) 720-4100
   Facsimile:  (949) 720-4111
6

7  General Insolvency Counsel for Alleged Debtor,
   Integrated Wealth Management, Inc.
8

9                **UNITED STATES BANKRUPTCY COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11                     **RIVERSIDE DIVISION**

12

13  In re:                               Case No. 6:17-bk-15816 MH

14  INTEGRATED WEALTH MANAGEMENT,        Involuntary Chapter 7
    INC.
15                                       **ANSWER AND AFFIRMATIVE**
                                         **DEFENSES OF ALLEGED DEBTOR TO**
16           Alleged Debtor.            **INVOLUNTARY PETITION**

17
                                         <u>Status Conference</u>
18                                       DATE:       October 3, 2017
                                         TIME:       2:00 p.m.
19                                       PLACE:      Courtroom 303
                                                     3420 Twelfth Street
20                                                   Riverside, California

21        Pursuant to Rule 1011(b) of the Federal Rules of Bankruptcy Procedure, alleged debtor

22  Integrated Wealth Management, Inc. ("IWM"), answers the Involuntary Petition filed on July 12,

23  2017 (the "Involuntary Petition") by Mike McConnell, Mark Hayek, and Brandt Kuhn

24  (collectively, "Petitioning Creditors") as follows:[1]

25

26  _____
    [1]  On August 10, 2017, IWM and the Petitioning Creditors entered into that *Stipulation to (1) Extend Deadline to*
27  *Respond to Involuntary Petition; (2) Continue Status Conference; and (3) Continue Hearing on Petitioning Creditors'*
    *Motion for Order Restricting Use of Corporate Funds and Assets* [Docket No. 21] pursuant to which the Petitioning
28  Creditors and IWM agreed, among other things, to extend, until September 12, 2017, the time for IWM to respond to
    the involuntary petition.

230657

1        1.       In answer to the first allegation in item number 11 of the Involuntary Petition, IWM

2    denies that the Petitioning Creditors are eligible to file the Involuntary Petition  pursuant to 11

3    U.S.C. § 303(b).

4        2.       In answer to the second allegation in item number 11 of the Involuntary Petition,

5    IWM admits that it may be the subject of an involuntary case under 11 U.S.C. § 303(a).

6        3.       In answer to the third allegation in item number 11 of the Involuntary Petition,

7    IWM denies that it is not generally paying its debts as they become due, unless such debts are the

8    subject of a bona fide dispute.

9                            **FIRST AFFIRMATIVE DEFENSE**

10        The claims of the Petitioning Creditors are the subject of bona fide disputes.

11                            **SECOND AFFIRMATIVE DEFENSE**

12        The Involuntary Petition should be dismissed on grounds that abstention is appropriate in

13    this case pursuant to Section 305(a) of the Bankruptcy Code in that, among other things, a

14    bankruptcy would not be in the best interests of creditors or IWM.

15                            **THIRD AFFIRMATIVE DEFENSE**

16        The Involuntary Petition should be dismissed on grounds that it was filed for an

17    improper purpose.

18                            **FOURTH AFFIRMATIVE DEFENSE**

19        The Involuntary Petition fails to state a claim upon which relief may be granted.

20                            **FIFTH AFFIRMATIVE DEFENSE**

21        Any non-contingent, undisputed claims of the Petitioning Creditors aggregate less than

22    $15,775.

23                            **SIXTH AFFIRMATIVE DEFENSE**

24        The Petitioning Creditors are estopped from asserting any claims.

25                            **SEVENTH AFFIRMATIVE DEFENSE**

26        The claims of the Petitioning Creditors, if any, are subject to setoff or recoupment.

27

28

2

230657

1

### EIGHTH AFFIRMATIVE DEFENSE

2    The Involuntary Petition should be dismissed on the grounds that it was filed in bad

3    faith.

4

### NINTH AFFIRMATIVE DEFENSE

5    The Involuntary Petition should be dismissed on the grounds of contributory negligence of

6    the Petitioning Creditors.

7

### TENTH AFFIRMATIVE DEFENSE

8    IWM reserves the right to amend this Answer and to add additional Affirmative Defenses.

9    WHEREFORE, IWM prays for judgment as follows:

10    1.    That the Court dismiss the Involuntary Petition;

11    2.    That the Court award IWM its costs and attorneys' fees pursuant to Section

12    303(i)(1) of the Bankruptcy Code;

13    3.    That the Court award IWM damages proximately caused by the Involuntary

14    Petition pursuant to Section 303(i)(2) of the Bankruptcy Code;

15    4.    For such other and further relief as the Court may deem just and proper.

16    DATED:  September 12, 2017                **WINTHROP COUCHOT**

17                                                              **GOLUBOW HOLLANDER, LLP**

18                                                              By:    */s/ Andrew B. Levin*

19                                                                         Robert E. Opera
                                                                          Andrew B. Levin

20                                                              General Insolvency Counsel for Alleged
                                                              Debtor, Integrated Wealth Management, Inc.

21

22

23

24

25

26

27

28

3

230657

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled:  **ANSWER AND AFFIRMATIVE DEFENSES OF ALLEGED DEBTOR TO INVOLUNTARY PETITION**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 12, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Sara Chenetz**    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- **Donald H Cram**    dhc@severson.com, jc@severson.com
- **Andrew B Levin**    alevin@wcghlaw.com, bayrelevin@hotmail.com;pj@wcghlaw.com;sly@wcghlaw.com
- **R Gibson Pagter**    gibson@ppilawyers.com, ecf@ppilawyers.com;r51779@notify.bestcase.com
- **Thomas J Polis**    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- **Erwin J Shustak**    shustak@shufirm.com, ehollister@shufirm.com;agreenlee@shufirm.com;jnadir@shufirm.com;gmiller@shufirm.com;dballon@shufirm.com;kbowles@shufirm.com – COUNSEL TO PETITIONING CREDITORS
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On September 12, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Mark M. Houle
3420 Twelfth St., Suite 365
Riverside, CA 92501-3819

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 12, 2017 | P.J. Marksbury | /s/ P.J. Marksbury |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

230657