United States Bankruptcy Court
Central District of California

```
In re:                                                          Case No. 17-15816-MH
Integrated Wealth Management Inc                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: admin              Page 1 of 1             Date Rcvd: Oct 26, 2017
                              Form ID: pdf042          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
db             #+Integrated Wealth Management Inc,   74245 Highway 111 Suite 201,    Palm Desert, CA 92260-4156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              Andrew B Levin    on behalf of Debtor    Integrated Wealth Management Inc alevin@wcghlaw.com,
               bayrelevin@hotmail.com;pj@wcghlaw.com;sly@wcghlaw.com
              Anthony F Giuliano    on behalf of Creditor    Rapid Advance afg@pryormandellup.com
              Daniel J Weintraub    on behalf of Creditor    St. Jude Heritage Medical Group, Inc, dan@wsrlaw.net,
               melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
              Donald H Cram, III    on behalf of Creditor    Live Oak Bank dhc@severson.com,   jc@severson.com
              Elaine Nguyen    on behalf of Creditor    St. Jude Heritage Medical Group, Inc, elaine@wsrlaw.net,
               vinnet@ecf.inforuptcy.com;elayna@wsrlaw.net
              Erwin J Shustak    on behalf of Petitioning Creditor Brandt   Kuhn shustak@shufirm.com,
               ehollister@shufirm.com;agreenlee@shufirm.com;jnadir@shufirm.com;gmiller@shufirm.com;dballon@shufi
               rm.com;kbowles@shufirm.com
              Erwin J Shustak    on behalf of Petitioning Creditor Mike   McConnell shustak@shufirm.com,
               ehollister@shufirm.com;agreenlee@shufirm.com;jnadir@shufirm.com;gmiller@shufirm.com;dballon@shufi
               rm.com;kbowles@shufirm.com
              Erwin J Shustak    on behalf of Petitioning Creditor Mark   Hayek shustak@shufirm.com,
               ehollister@shufirm.com;agreenlee@shufirm.com;jnadir@shufirm.com;gmiller@shufirm.com;dballon@shufi
               rm.com;kbowles@shufirm.com
              James R Selth    on behalf of Creditor    St. Jude Heritage Medical Group, Inc, jim@wsrlaw.net,
               jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
              R Gibson Pagter, Jr.    on behalf of Creditor    The Irvine Company, LLC gibson@ppilawyers.com,
               ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
              R Gibson Pagter, Jr.    on behalf of Interested Party    Interested Party gibson@ppilawyers.com,
               ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
              Sara Chenetz    on behalf of Interested Party Sara L. Chenetz schenetz@perkinscoie.com,
               dlax@perkinscoie.com;cmallahi@perkinscoie.com
              Thomas J Polis    on behalf of Creditor    One El Paseo North, LLC tom@polis-law.com,
               paralegal@polis-law.com;r59042@notify.bestcase.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                               TOTAL: 14

ROBERT E. OPERA – State Bar No. 101182
ropera@wcghlaw.com
ANDREW B. LEVIN – State Bar No. 290209
alevin@wcghlaw.com
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
660 Newport Center Drive, 4th Fl.
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for Alleged Debtor,
Integrated Wealth Management, Inc.

FILED & ENTERED

OCT 26 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re

INTEGRATED WEALTH
MANAGEMENT, INC.

Alleged Debtor.

Case No. 6:17-bk-15816 MH
Involuntary Chapter 7

**ORDER APPROVING STIPULATION TO (1) CONTINUE STATUS CONFERENCE; (2) CONTINUE HEARING ON PETITIONING CREDITORS' MOTION FOR ORDER RESTRICTING USE OF CORPORATE FUNDS AND ASSETS; AND (3) CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

<u>Current Hearing Date</u>:
**DATE:** October 31, 2017
**TIME:** 2:00 p.m.
**PLACE:** Courtroom 303
3420 Twelfth Street
Riverside, CA 92501

<u>Continued Hearing Date</u>
DATE: November 28, 2017
TIME: 2:00 p.m.
PLACE: Courtroom 303
3420 Twelfth Street
Riverside, CA 92501

230385

Upon consideration of the *Stipulation to (1) Continue Status Conference; (2) Continue Hearing on Petitioning Creditors' Motion for Order Restricting Use of Corporate Funds and Assets; and (3) Continue Hearing on Motion for Relief from the Automatic Stay* ("Stipulation") entered into by and among Integrated Wealth Management, Inc., the alleged debtor in the above-referenced involuntary proceeding ("IWM"), on one hand, and Mark Hayek, Brandt Kuhn, and Mike McConnell (collectively, the "Petitioning Creditors"), Chris Risenmay, James Bray, Nick Cunnington, David Thatcher, Clark Penney, Shattuck Lamm, Stephen Biesinger, Mark Thatcher, and Michele Sarna (collectively, with the Petitioning Creditors, the "RFS Movants" and, together with IWM, the "Parties"), on the other hand, by and through their respective counsel, on October 24, 2017 and GOOD CAUSE APPEARING,

IT IS SO ORDERED THAT:

1. The Stipulation is approved in its entirety;

2. The initial status conference in the above-captioned case, the hearing on the Petitioning Creditors' Motion for Order Restricting Debtor's Use of Corporate Funds and Assets Under 11 U.S.C. § 303(f) [Docket No. 6], and the hearing on the RFS Movants' Motion for Relief from the Automatic Stay [Docket No. 27], each currently set for October 31, 2017 at 2:00 p.m., shall each be continued to November 28, 2017 at 2:00 p.m. ("Continued Hearing"); and

3. No further notice or hearing shall be necessary to effectuate the foregoing.

###

Date: October 26, 2017

Mark Houle
United States Bankruptcy Judge