## GENERAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS FOR INTEGRATED WEALTH MANAGEMENT, INC.

Integrated Wealth Management, Inc. (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The Schedules and the Statement have been prepared by the Debtor with the assistance of certain of its professionals. The Debtor has endeavored to ensure that the Schedules and Statement are accurate and complete. The Debtor notes, however, the following matters with respect to the preparation of the Schedules and the Statement.

1. All pre-petition officers and senior management of the Debtor had resigned from the Debtor by about August 1, 2017. Such individuals no longer have any association with the Debtor, and did not assist in the preparation of the Schedules and the Statement.

2. The Debtor's proposed Chief Restructuring Officer ("CRO") is the only officer of the Debtor at this time. The CRO was appointed on or about July 18, 2017. Accordingly, the CRO has limited "institutional knowledge" regarding the Debtor's financial affairs.

3. The Debtor has prepared the Schedules based largely upon its review of financial records in the Debtor's possession that were prepared by former managers of the Debtor. Such financial records are not audited.

Therefore, the information contained in the Schedules and the Statement derives primarily from books and records available to the Debtor that were prepared and maintained by managers of the Debtor who no longer are employed by the Debtor. While the Schedules and the Statement are materially accurate to the best of the Debtor's belief, under the circumstances of this case, the Debtor cannot warrant the accuracy and completeness of the Schedules and the Statement.

The Debtor reserves the right to amend the Schedules and the Statement based upon a subsequent receipt of information that may result in a change in the disclosures contained in the Schedules and the Statement.

While the Debtor has endeavored to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend the Schedules and the Statement as appropriate.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets. Moreover, the value of certain assets, such as potential litigation claims, is impossible to determine at this time. Accordingly, in certain instances, values of assets are stated as "unknown" or "uncertain." The reader therefore should not place undue reliance upon the values listed for the Debtor's assets in the Schedules.

Any failure by the Debtor to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or "unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts, such as accrued interest or attorneys' fees and costs.

The claims of creditors for, among other things, merchandise, goods, services, or taxes may be listed at the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The Debtor's case was initiated by the filing of an involuntary petition for relief against it on July 12, 2017 ("Petition Date"). The Debtor consented to the entry of an order for relief ("Order for Relief") on January 3, 2018, and the Court entered the Order for Relief effective as of January 4, 2018. Except as set forth expressly to the contrary in the Schedules and the Statement, the information contained in the Schedules and the Statement are as of the Petition Date. However, during the approximately 5 ½ month gap between the Petition Date and the entry of the Order for Relief in this case, there were certain material changes in the Debtor's financial affairs, such as the satisfaction of certain large claims against the Debtor. Accordingly, as noted in the Schedules, certain information contained in the Schedules is reflected as of the date of the entry of the Order for Relief, rather than the Petition Date.

The identity of some of the holders of claims might have changed over time due to trading and/or transfer of certain of these claims. It is the Debtor's belief that, as of the Petition Date, the claims against the Debtor were held by the entities identified in the Schedules.

Each Schedule and the Statement is subject to further amendment by the Debtor.

## SCHEDULE A/B DISCLAIMER

Unless otherwise noted, the amounts listed on Schedule A/B represent the fair market value of the Debtor's assets based only upon the Debtor's estimates thereof. The Debtor has obtained no appraisals of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in Schedule A/B.

## GENERAL NOTES REGARDING SCHEDULE D

The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured claimant listed on Schedule D. Moreover, although the Debtor has scheduled secured claims on its Schedule D, the Debtor reserves all rights to dispute or challenge any secured nature of any claimant's claim or the characterization of the structure of any such transaction, or any document or instruments related to such claimant's claim.

Any failure by the Debtor to designate a claim on Schedule D as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not contingent, unliquidated, or disputed, and the Debtor reserves the right to dispute, or to assert offsets or defenses to, any claims reflected on Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent or unliquidated.

Schedule D is subject to further amendment by the Debtor. The description provided for a claim in Schedule D is intended only to be a summary of such claim. Reference to the applicable credit agreement and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

232514

## GENERAL NOTES REGARDING SCHEDULE E/F

The Debtor's characterization of the claims listed in Schedule E as priority claims is preliminary in nature and the Debtor reserves its rights to amend Schedule E, and/or dispute and challenge whether, and to what extent, such claims are entitled to priority.

The amounts stated in Schedule F for the claims of any parties to contracts with the Debtor do not include any claims for breach of contract or other damages; the stated amount is the amount of the account payable owing to the contract party as of the Petition Date in the Debtor's books and records.

The claims listed on Schedule F are subject to further review, reconciliation and amendment by the Debtor.

232514

## GENERAL NOTES REGARDING SCHEDULE G

While effort has been made to ensure the accuracy of Schedule G (Schedule of Executory Contracts and Unexpired Leases), the Debtor does not make, and specifically disclaims, any representation or warranty as to the validity or enforceability of contracts, agreements or documents listed in Schedule G. The Debtor hereby reserves the right to dispute the validity, status, characterization or enforceability of contracts, agreements and leases set forth in Schedule G and to amend or supplement Schedule G.  By listing a contract or lease on Schedule G, the Debtor is not admitting that such contract or lease is an executory contract or lease pursuant to Section 365 of the Bankruptcy Code and reserves the right to dispute any such classification.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Robert E. Opera**<br>**660 Newport Center Dr., Suite 400**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: 101182<br>ropera@wcghlaw.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Integrated Wealth Management, Inc., a California corporation**<br><br><br>Debtor(s). | CASE NO.: **6:17-bk-15816-MH**<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, _____ J. Michael Issa _____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:
        ☒ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        I am the attorney for the Debtor corporation

2.a.     The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:
        See Addendum

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

January 31, 2018 _____          By: _____
Date                                           Signature of Debtor, or attorney for Debtor

                                           Name: ____J. Michael Issa, CRO_____
                                                   Printed name of Debtor, or attorney for
                                                   Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

The Casey Trust
c/o Schomer Law Group
Attn: Scott P. Schomer, Esq.
222 N. Sepulveda Blvd., Suite 130
El Segundo, CA 90245

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Integrated Wealth Management, Inc., a California corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **6:17-bk-15816-MH** |

 Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| St. Jude Heritage Medical Group Inc 279 E. Imperial Highway  Suite 750 Fullerton, CA 92835 | | Litigation | Unliquidated Disputed | | | $8,405,619.00 |
| Erica Murray c/o Derrick Coleman, Esq. 201 Nevada St. El Segundo, CA 90245 | | Litigation claim. | Unliquidated Disputed | | | $2,000,000.00 |
| SAG-AFTRA c/o Perkins Coie LLP Attn: Sara L. Chenetz 1888 Century Park East Los Angeles, CA 90067 | | | Unliquidated Disputed | | | $487,472.66 |
| Rapid Advance 4500 East West Highway, 6th Floor Bethesda, MD 20814 | | Business loan | Contingent Disputed | | | $278,800.00 |
| John Hancock Attn:  Legal Dept. 30 Dan Road, #55915 Canton, MA 02021 | | Unpaid insurance premiums | | | | $54,883.43 |
| Jackson Lewis P.C. Attn: Coprorate Officer PO Box 416019 Boston, MA 02241-6019 | | Legal fees | | | | $21,947.50 |

| Debtor | Integrated Wealth Management, Inc., a California corporation | | | Case number *(if known)* | 6:17-bk-15816-MH |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| One El Paseo North, LLC Attn: Legal Dept. 1919 Grand Ave., Suite 2A San Diego, CA 92109 | | Lease of business premises in Palm Desert, CA | Disputed | | | $20,878.00 |
| Christopher Waruch 667 Grand Street, #4A Brooklyn, NY 11211 | | Gardening services | Disputed | | | $19,771.16 |
| The Irvine Company Attn: Legal Dept. PO Box 841393 Los Angeles, CA 90084-1393 | | Lease of Debtor's business premises in Irvine, California | Unliquidated Disputed | | | $16,893.00 |
| TPX Communications Attn: Corporate Officer 515 S. Flower St., 47th Fl. Los Angeles, CA 90071-2201 | | Communications services | | | | $7,476.92 |
| Hamburger Law Firm, LLC Attn: Managing Partner 61 W. Palisade Ave Englewood, NJ 07631-2706 | | Legal fees | | | | $5,070.00 |
| Blue Shield of California Attn: Corporate Officer PO Box 749415 Los Angeles, CA 90074 | | Insurance premiums | | | | $4,788.69 |
| Southern California Edison Attn: Legal Dept. PO Box 600 Rosemead, CA 91771-0001 | | Electric services | | | | $4,176.96 |
| Lincoln National Life Insurance Co. Attn: Legal Dept. PO Box 0821 Carol Stream, IL 60132-0821 | | Insurance premiums | | | | $1,847.06 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor  **Integrated Wealth Management, Inc., a California corporation**
Name

Case number *(if known)*    **6:17-bk-15816-MH**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cox Business Attn:  Legal Dept. PO Box 53280 Phoenix, AZ 85072-3280 | | Internet/Phone services | | | | $1,318.07 |
| Spectrum Enterprise Attn:  Legal Dept. 1900 Blue Crest Lane San Antonio, TX 78247 | | Internet/Phone | | | | $1,152.00 |
| Anabel Torres PO Box 517 Indio, CA 92202 | | | | | | $960.00 |
| Smarsh Attn:  Legal Dept. PO Box 505265 Saint Louis, MO 63150-5265 | | Archiving/Compliance | | | | $933.50 |
| ConferTel Attn:  Legal Dept. 2385 Camino Cide Roble, Ste. 202 Carlsbad, CA 92011 | | | | | | $809.90 |
| Ace Parking Management, Inc. Attn:  Corp. Officer 610 Newport Center Dr., Ste. 50 Newport Beach, CA 92660 | | Parking fees | | | | $675.00 |

# United States Bankruptcy Court
## Central District of California

In re   <u>Integrated Wealth Management, Inc., a California corporation</u>

Debtor(s)

Case No.   <u>6:17-bk-15816-MH</u>

Chapter   <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Casey Trust**<br>**c/o Schomer Law Group**<br>**Attn: Scott P. Schomer, Esq.**<br>**222 N. Sepulveda Blvd., Suite 130**<br>**El Segundo, CA 90245** | | **100** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   <u>2/1/2018</u>

Signature   <u>J. Michael Issa</u>

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ IRVINE _____ , California.

Date: _____ 2/1/2018 _____

_____
J. Michael Issa
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 1            **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: |
|---|

Debtor name  **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **6:17-bk-15816-MH**

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................  $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................  $     1,348,534.08

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................  $     1,348,534.08

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................  $     278,800.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................  $     3,993.08

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........  +$     11,337,770.73

4.  **Total liabilities** .............................................................................................
    Lines 2 + 3a + 3b

$     11,620,563.81

Fill in this information to identify the case:

Debtor name **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **6:17-bk-15816-MH**

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.     Checking, savings, money market, or financial brokerage accounts *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                       number

       3.1.  **East West Bank**              DIP Business Checking     9583          $1,088,534.08 *

4.     Other cash equivalents *(Identify all)*

5.     Total of Part 1.                                                            | $1,088,534.08 |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     Deposits, including security deposits and utility deposits
       Description, including name of holder of deposit

       7.1.  **Debtor is investigating whether it has any deposits or prepayments**          Unknown

8.     Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
       Description, including name of holder of prepayment

       8.1.  **Unknown**                                                           Unknown

*All asset valuations listed in this Schedule A/B are as of the date of the entry of the Order for Relief in this case,
January 4, 2018, not the date of the filing of the involuntary petition against the Debtor, July 12, 2017.

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* **6:17-bk-15816-MH** |
|---|---|---|
| | Name | |

9. **Total of Part 2.** $0.00
   Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable** : Potential claims of commissions against Charles Schwab & Purshe Kaplan Sterling Investments

11a. 90 days old or less:   0.00   -   0.00   = ....   **Unknown**
       face amount              doubtful or uncollectible accounts

11a. 90 days old or less:   in excess of 250,000.00   -   0.00   = ....   **$250,000.00**
       face amount              doubtful or uncollectible accounts

12. **Total of Part 3**   Unknown
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| 15.1. | 100% ownership in Integrated Casualty Insurance Services LLC    100    % | | $5,000.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4.**   $5,000.00
   Add lines 14 through 16. Copy the total to line 83.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* **6:17-bk-15816-MH** |
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture <br> **Office furniture** | $0.00 | | $0.00 |
| 40. | Office fixtures <br> **Office fixtures** | $0.00 | | $0.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software <br> **Computers and servers** | $0.00 | Estimate of fair market value | $5,000.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                          $5,000.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. Does the debtor own or lease any real property?

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(If known)*  **6:17-bk-15816-MH** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites **www.iwmgmt.com** | $0.00 | | $0.00 |
| 62. | Licenses, franchises, and royalties **Miscellaneous Software** | $0.00 | | $0.00 |
| 63. | Customer lists, mailing lists, or other compilations **Customer lists** | $0.00 | | $0.00 |
| 64. | Other intangibles, or intellectual property **Other intangibles** | $0.00 | | $0.00 |
| 65. | Goodwill **Goodwill** | $0.00 | | $0.00 |

| 66. | Total of Part 10. | | $0.00 |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) **6:17-bk-15816-MH** |
|---|---|---|
| | Name | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** *Interests in insurance policies or annuities*
**Great American Insurance Company: Directors',
Officers', Insured Entity and Employment Practices
Liability Insurance, Policy No. DOL 1346103;**

**Scottsdale Insurance Company: Financial Services
Professional Liability Insurance Policy No. FNS
0004475-CA-04-01**                                                                 Unknown

---

**74.** **Causes of action against third parties (whether or not a lawsuit
has been filed)**

**Potential Litigation Claims**                                                    Unknown
Nature of claim
Amount requested                        $0.00

---

**75.** **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**78.** **Total of Part 11.**                                                      Unknown
Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Integrated Wealth Management, Inc., a California corporation**
          Name

Case number *(if known)*  **6:17-bk-15816-MH**

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,088,534.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $250,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $5,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,348,534.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,348,534.08 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **6:17-bk-15816-MH**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Corporation Service Company,**<br>Creditor's Name<br><br>**As Representative**<br>**Attn: Legal Dept.**<br>**PO Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Property relating to the operation of the Debtor's business**<br><br><br><br>Describe the lien<br>**UCC-1 financing statement filed 4/3/2017**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | Unknown | Unknown |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** **Live Oak Bank**<br>Creditor's Name<br><br><br>**1741 Tiburon Dr.**<br>**Wilmington, NC 28403-6244**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/28/17**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**2SBA Loans.  Listed for notice purposes only.  During the gap period, this creditor was paid in full in the aggregate amount of approximately $4.05 Million.**<br><br>Describe the lien<br>**UCC-1 financing statement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $0.00 | $0.00 |

Official Form 206D                      Schedule D: Creditors Who Have Claims Secured by Property                      page 1 of 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if know) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Rapid Advance | | |
|---|---|---|---|
| | Creditor's Name | | |

4500 East West Highway, 6th Floor
Bethesda, MD 20814

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Business Loan**

$278,800.00    Unknown

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | Xerox Financial Services | | |
|---|---|---|---|
| | Creditor's Name | | |

Attn:  Legal Dept.
PO Box 202882
Dallas, TX 75320-2882

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**Various**

Last 4 digits of account number
**1001**

Describe debtor's property that is subject to a lien
**One (1) Xerox machine, together with parts, accessories, etc.; leased equipment**

$0.00    $0.00

Describe the lien
**CaliforniaUCC-1 #157484918754**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $278,800.00

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if know) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **6:17-bk-15816-MH**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| | **Amber Lembo** | *Check all that apply.* |
| | **84156 Azzura Way** | ☐ Contingent |
| | **Indio, CA 92203** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | | **Former Employee. Notice Purposes Only.** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |
| | | ☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Andrew Castro** | *Check all that apply.* | | |
| | **1465 C Street, #3214** | ☐ Contingent | | |
| | **San Diego, CA 92101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Former Employee. Notice Purposes Only.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Brenda Wallace**
**41633 Adams Street, Apt #3**
**Indio, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Cortnie Deakyne**
**79090 Ave 42 #N 202**
**Indio, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Dana Sanchez**
**42349 Whisper Rock Street**
**Indio, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**David Thatcher**
**43228 Moore Circle**
**Indio, CA 92203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Employment Dev. Dept.**
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Employment Development Dept.**
**800 Capitol Mall**
**Sacramento, CA 95814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Erik Mora, RICP**
**10 Michael Road**
**Ladera Ranch, CA 92694**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Financial Industry Regulatory**
**Auth.**
**Attn: Legal Department**
**1735 K Street, NW**
**Washington, DC 20006**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**John Wong, CIA, CRMA**
**847 N. Topaz Circle**
**Palm Springs, CA 92262**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Kamryn Hafer**
**73-905 Krug Avenue**
**Palm Desert, CA 92260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lee Ellen Walker**
**72551 Theodora Lane**
**Palm Desert, CA 92260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nicole Smaga**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Orange County Tax Collector**
**630 N. Broadway**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Paula Hart**
**8309 Payton**
**Irvine, CA 92620**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Penny Salamida**
**76906 Scimitar Way**
**Palm Desert, CA 92211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,993.08 | $3,993.08 |
|---|---|---|---|---|

**Riverside Co. Tax Collector**
**4080 Lemon St.**
**PO Box 12005**
**Riverside, CA 92501-3660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Ryan Delaney**
**20740 Via Marisa**
**Yorba Linda, CA 92886**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Former Employee. Notice Purposes Only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities Investor Protection Corp**
**Attn: Legal Dept.**
**1667 K. Street. N.W., Suite 1000**
**Washington, DC 20006**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
**Executive Director**
**450 N. Street, MIC:  73**
**Sacramento, CA 95814-0073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A New Team**
**PO Box 431**
**Tuckahoe, NY 10707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A Plus Cabinets, Inc.**
**3465 E La Campana Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A&J's Moving and Delivery, Inc.**
**870 Research Drive  #10**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A-1 Communicatons**
**1022 N. Heliotrope Dr**
**Los Angeles, CA 90029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A.G.S**
**P.O.Box 747**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|---|

Name

---

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ABC Recovery Center Inc.**
**44-359 Palm St.**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Abdullah, Aidah**
**8000 Glider Avenue**
**Los Angeles, CA 90452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Above All Advertising Inc.**
**6980 Corte Sante Fe**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Abriss, Arthur**
**80570 Knightswood Rd**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Access Medical Group**
**4644 Lincoln Blvd.**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ace Parking**
**610 Newport Center Drive, Ste 50**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Ace Parking Management, Inc.**
**Attn:  Corp. Officer**
**610 Newport Center Dr., Ste. 50**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __Various__

Basis for the claim: __Parking fees__

Last 4 digits of account number  __5143__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ace Printing**
**948 S. Vella Road**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Acqua Pazza**
**71800 Highway 111**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Act for MS**
**73-710 Fred Waring Dr. Ste 118**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Actor Susan**
**906 South Tenth Street**
**Mount Vernon, WA 98274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Actors Fund**
**5757 Wilshire Blvd.  Suite 400**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Actuarial Benefits Corp.**
**2790 Skypark Dr. Ste. 300**
**Torrance, CA 90505-5345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adame, Angelica**
**970 Green Bay Court**
**Ventura, CA 93004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adams, Joseph**
**205 Carrizo Dr**
**Santa Barbara, CA 93015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Advance Lock & Key**
**2478 Lincoln Blvd.**
**Venice, CA 90921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Advent Software**
**301 Brannan Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adviser 2 Advisors LLC**
**1650 Talmadge Street**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Advisor Consultant Network, Inc. (ACN)**
**600 Superior Avenue  Suite 1300**
**Cleveland, OH 00044-1144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Advisor Growth Strategies LLC**
**2850 East Camelback Road     Suite 200**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aetna**
**P. O. Box 894938**
**Los Angelas, CA 90189-4938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFCO**
**Department 7200**
**Los Angeles, CA 90088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFP Attn: AFP Desert Communities Chapter**
**P.O Box 2213**
**Palm Desert, CA 92261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AFTRA Foundation**
**5757 Wilshire Boulevard  9th Fl.**
**Los Angeles, CA 90036-0800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Agua Caliente Cultural Museum**
**901 E. Taquitz Canyon Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AICCO, Inc.**
**777 South Figueroa Street**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AIDS Services Foundation Orange County**
**17982 Sky Park Circle  Suite J**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aihara, Carlton**
**30 Cabrillo Terrace**
**Alisco Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Al Miller & Sons Roofing Co, Inc**
**68760 Summit Dr.**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander, Terry**
**420 Mckinley St #111-476**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexandra Sasha Meshkov**
**P.O. Box 10192**
**Palm Desert, CA 92255-0192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**All Smiles Valet, Inc.**
**P.O. Box 11035**
**Palm Desert, CA 92255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**All Valley Appliance**
**72-295 Ramon Road**
**Thousand Palms, CA 92276**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allred, Harold**
**2251 E Smokewood Ave**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allstate**
**P.O. Box 660642**
**Dallas, TX 75266-0642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALSAC/St. Jude Children's Research Hospi**
**12365 Lewis St Ste 101**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvarez, Delia**
**2443 Fillmore St PMB 433**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Always Open Safe & Lock**
**45058 Larkspur Lane**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alzheimer's Association**
**5900 Wilshire Blvd.**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amangani Resort**
**1535 North East Butte Road**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amber Lembo**
**84156 Azzura Way**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amber Lembo**
**P.O Box 1122**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Cancer Society California Divis**
**73161 Fred Waring**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Heart Association**
**74-020 Allesandro**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Realty Capital**
**P.O. Box 219865**
**Kansas City, MO 64121-9865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Red Cross of Riverside County**
**P.O.Box 55040**
**Riverside, CA 92517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American Registry, LLC**
**1040 Holland Drive**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**American United Life Insurance Co.**
**5391 Reliable Parkway**
**Chicago, IL 60686-0058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address

**American Youth Soccer Organization**
**68575 Conceptcion Rd.**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**Amesqua Gloria**
**2441 Pepperwood Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.57** | Nonpriority creditor's name and mailing address

**Ammons Elizabeth**
**1807 Amalfi Drive**
**Encinitas, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.58** | Nonpriority creditor's name and mailing address

**Amy Kaufman**
**68597 La Medera Road**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.59** | Nonpriority creditor's name and mailing address

**An, Tongxin**
**7027 N Vista St**
**San Gabriel, CA 91775**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.60** | Nonpriority creditor's name and mailing address

**Anabel Torres**
**PO Box 517**
**Indio, CA 92202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$960.00**

---

**3.61** | Nonpriority creditor's name and mailing address

**Andersen, Pete**
**6520 S Skagit Ave**
**Spokane, WA 99208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anderson Kathleen**
17250 Orangewood Lane
Yorba Linda, CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anderson, Dennis**
2419 E harbor Blvd # 347
Ventura, CA 93001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anderson, Edward**
31311 Arabasca Circle
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anderson, Karl**
23452 Ancia Ln
Mission Viejo, CA 92691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ando, Hide**
928 East 238th St
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andre Sobel River of Life Foundation**
PO Box 361460
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Castro**
1465 C Street, #3214
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.69** | Nonpriority creditor's name and mailing address

**Andrews ,Michael & Susan**
**2712 E. Jacaranda Rd.**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.70** | Nonpriority creditor's name and mailing address

**Andrews, Elizabeth**
**1423 E Todd Drive**
**Tempe, AZ 85283**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.71** | Nonpriority creditor's name and mailing address

**Angel View Crippled Children's Foundatio**
**12379 Miracle Hill Rd.**
**Desert Hot Springs, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.72** | Nonpriority creditor's name and mailing address

**Animal Samaritans**
**72307 Ramon Rd**
**Thousand Palms, CA 92276-3331**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.73** | Nonpriority creditor's name and mailing address

**Animal Samaritans SPCA**
**P.O.Box 513**
**Thousand Palms, CA 92276**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.74** | Nonpriority creditor's name and mailing address

**Anne  Marie Middleton**
**15912 Clearwater Way**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.75** | Nonpriority creditor's name and mailing address

**Anthony Gerald**
**35887 Royal Sage Ct.**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Apperson Diana**
**2675 East Gate Rd.**
**Prescott, AZ 86301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Appliance Repair Experts**
**81264 Francis Avenue**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**April, Dawn**
**578 Mt Ida Drive**
**Coldstream, BC V1B4A8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aquino Jr, James E**
**81844 Rustic Canyon Drive**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aria Resort & Casino**
**3730 Las Vegas Boulevard South**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armanino LLP**
**12667 Alcosta Blvd.  Suite 500**
**San Ramon, CA 94583-4427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arnold, Brad**
**2323 S Calle Palo Fierro**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arrigo Stacie**
**103 Bramble Lane**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthritis Foundation**
**PO Box 96280**
**Washington, D.C. 20077-7491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthritis Foundation Palm Desert**
**73710 Fred Waring Dr.**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Arthritis National Research Foundation**
**200 Oceangate Suite 830**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asbagh, Greg**
**817 Wood Drive**
**Leucadia, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ascensus Trust Company**
**PO Box 10699**
**Fargo, ND 58106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ash, Randy**
**472 Tammany Lane**
**Hamilton, MT 59840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Assistance League of Palm Springs Desert**
P.O.Box 3056
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Atlantic Label & Printing, Inc.**
P.O. Box 564
Valley Cottage, NY 10989

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Atwood, Eugene**
2191 Lamplight Ln
Lincoln, CA 95648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Avalos Paul**
1568 Via Vista Drive
Riverside, CA 92506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Avaya Financial Services Attn: CIT Commu**
P.O.Box 93000
Chicago, IL 60673-3000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Avedian, Sergio**
17674 Mahoney Pl
Granada Hills, CA 91344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
**Avery, Andre**
4213 Pondhill Ct
Riverside, CA 92505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ayres, David**
**PO Box 1146**
**Donnelly, ID 83615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bachlor, Peggy**
**13278 Woodbrook Circle**
**Garden Grove, CA 92844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Badger, James**
**122 Temple Ave**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Baker, Jane**
**4562 Knoxville Ave**
**Lakewood, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ballard Lynda**
**3275 5th Ave. #304**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bands of Cathedral City High School Band**
**P.O.Box 3206**
**Cathedral City, CA 92235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BankDirect Capital Finance**
**Two Conway Park  150 North Field Drive**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Banks Belenda**
**431 Ramble Ridge**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Banniza Barbara**
**1864 E. Desert Palms Drive**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bar Boulud**
**1900 Broadway**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbara Sinatra Childrens Center**
**39000 bBob Hope Drive**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbier Ed**
**78247 Brookhaven Lane**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbour Mary**
**1714 Colina Terrestre**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barnes Jeff**
**1610 Sandpiper Street**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barnes Robert**
**333 E. Enos Dr. Apt 127**
**Santa Monica, CA 93454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barry Ralph**
**PO Box 8**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barton, William**
**36056 Blue Hill Drive**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barva, Charlene**
**6 Royal Birch Grove N.W.**
**Calgary, Alberta T3G5K4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Basile, Thomas**
**503 Pleasant Valley Fr**
**Ione, CA 95640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bastedo Barbara**
**218-6505 3 Avenue**
**Delta, BC V4L2N1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bates, Gina**
**19415 Ironwood Lane**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Batten Ron**
78846 Tamarisk Flower Dr.
Palm Desert, CA 00092-2111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bautista, Angelo**
7523 Cram Rd
Highland, CA 92346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bayne, Ryan**
3307 Country Ait Ln Apt 204
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**BCG Securities, Inc.**
600 Delran Parkway
Delran, NJ 08075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beard Ronald**
27442 Hidden Trail Road
Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beasley, Wendy**
10597 Sunflower St
Ventura, CA 93004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beaty, Kathleen**
8541 SW 86th Terrace
Ocala, FL 34481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Beerck, Jeanette**
**16923 Summeroak Ct**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Behrman, Marjorie**
**1283 Pintail Dr**
**Qualicum Beach, BC V9K2K5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Beitler Commercial Realty Services**
**825 S. Barrington Avenue**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belisle, Helene**
**200 Oceangate  Ste 830**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bell, Nigel**
**3938 196 Street**
**Langley, BC V3A6G1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bella, Henry**
**1915 Curtis Avenue No B**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bellagio**
**3600 Las Vegas Blvd South**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benham James**
18289 John F. Kennedy Dr.
Riverside, CA 92508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benham, Ryan**
18289 John F Kennedy Dr
Riverside, CA 92508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benker Christine**
Shorline Loop #214
San Ramon, CA 94582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Benson, Marianne**
6 Queens Ct
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Berdon Creative Services**
210 E 36th Street Apartment 10h
New York, NY 10016-3660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bertelsen, Marion J**
204 Anderson
Holmen, WI 54636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bertilson, Carla**
1234 E Royal Palm Rd
Phoenix, AZ 85020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Best Friends of D. Disabled**
**6 Queens Court**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Best Signs**
**1550 S. Gene Autry Trail**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Betty Ford Center**
**41990 Cook St.      Ste. C-301**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Beverly Hills Courier Publishing Co. LLC**
**8840 West Olympic Blvd.**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Biegner, Jan**
**10690 El Soneto Ave**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Big Brothers Big Sisters of the Desert I**
**42-600 Cook St.**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Biggs, Robert**
**213 Verde Hts**
**Cotonwood, AZ 86326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bittner, Valerie**
**363 Tomahawk Drive**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bivens, Leslie**
**6305 S Marina Pacifica Drive**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blaine Yoshimura**
**547 E. 1250 So.**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blair Heating & Air**
**653 Oleander Road**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blair, Marlene**
**68 Via Candelaria**
**Coto De Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blanchard & Johnson Associated**
**27371 Valderas**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blanchard David**
**2477 Golf links Circle**
**Santa Clara, CA 95050-7010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Blankenburg Donald**
**1802 Autumn Lane**
**Lansing, MI 48912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Blattner Kathy**
**2260 Swarthmore Drive**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Blower Michael**
**79620 Citrus**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Blue Shield of CA LIfe & Health**
**P.O. Box 25208**
**Santa Ana, CA 92799-5208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,788.69** |

**Blue Shield of California**
**Attn:  Corporate Officer**
**PO Box 749415**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Insurance premiums**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Boespflug Donald**
**3925 Parkhill Drive**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Bogan, Kathleen**
**111 Marlborough Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bond New York Properties, LLC**
1776 Broadway 19th Floor
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Booker, Joyce**
6730 Green River Dr.
., . .

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**BookPALS**
5757 Wilshire Blvd.  Suite #124
Los Angeles, CA 90036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Borgeson, Pam**
24 Captain Carlson Way
West Bridgewater, MA 02379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bottomley, Judith**
2 Aikens Road
Hopkinton, CA .

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Boucher, Phyllis**
4131 Marber Ave
Lakewood, CA 90713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bourne Eugene**
6428 S. Blackhawk Way
Aurora, CO 80016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bowyer Wendy**
**465 Kelly Street**
**New Westminster, BC V3L3T8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Boyer Diane**
**6 Cortez Ct.**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Boys & Girls Club of Cathedral C**
**32141 Whispering Palms Trail**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Boys & Girls Club of Coachella V**
**42-600 Cook Street  Suite #120**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Boys Club of Palm Springs, Inc.**
**450 S. Sunrise Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brackett, Steven**
**PO  BOX 2630**
**Palm Desert, CA 92261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Braille Institute**
**70251 Ramon Rd.**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandini Enterprises**
**42560 Bob Hope Drive**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandon Marley**
**79379 Paseo Del Rey**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandt Kuhn, CFP**
**76445 Pala Palms Drive**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brandt, Rudy**
**359 River Rd S**
**Rosenort, Mb R0G1W0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Braverman, Sigrun**
**50135 Valencia Court**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bremner, Donald**
**107-6735 Station Hill Crt**
**Burnaby, BC V3N4W5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brenda Wallace**
**41633 Adams Street Apt #3**
**Bermuda Dunes, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brennecke Denise**
**P.O.Box 263**
**Oak View, CA 93022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Briden, James**
**2721 Atlin Place**
**Coquitlam, BC V3C5B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bridenstine, James**
**711 S 3rd Street**
**Lander, WY 82520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brighthaus Marketing LLC**
**125 E. Tahquitz Canyon Way  #203**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brightscope, Inc.**
**9191 Towne Centre Drive**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brills Pamela**
**4205 Oak St.**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bringel Pat**
**725 St. George Road**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brinkmeyer Terri**
**2031 Erin Court**
**Simi Valley, CA 00090-3065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittany Lipe**
**45-832 Sutter Creek**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brogan, Cindy**
**68-225 Marina Road**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brooks, Jack**
**4739-49A Ave**
**Lacombe, Alberta T4L1N4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brown, Elaine**
**81855 Golden Star Way**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Browning Jessica**
**12912 Hill Country Blvd. Suite F240**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bryson, Kathy**
**PO Box 2223**
**Idyllwild, CA 92549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Buch, Pamela**
**26234 Eshelman Ave**
**Lomita, CA 90717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Buchholz, Barbara**
**1800 Cubhouse Drive # 77**
**Bullhead City, AZ 86442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Buchta, Sigurd**
**54790 Oaktree**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Budke Gordon**
**911 W. 33rd Ave.**
**Spokane, WA 99203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Burcio-Marple Katherine**
**12382 Brewster Dr.**
**Moreno Valley, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Burke, David**
**1588 Via Romero**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Burnham, David**
**5017 Auckland Ave**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Burris Barbara**
**218 Wellington Dr.**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bush, Clarice**
**10556 Combie Road PMB 6247**
**Auburn, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Business Wire, Inc.**
**Department 34182**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Buski, Carol**
**101 Lakefront**
**Rancho Mirage, CA 09270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bussman, John**
**24037 Senna Drive**
**Wildomar, CA 92595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Butala, Nancy**
**10575 St Croix Tr No**
**Stillwater, MN 55082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Buzz Factory**
**1801 East Tahquitz Canyon Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Buzz Factory  (A Christmas Gift)**
**1801 East Tahquitz Canyon Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**By Dzign, LLC**
**5625 Arville Street  Suite E**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Byrne, Bonnie**
**169 Rivo Alto Canal**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bystedt, Robert**
**4728 E Blue Jay Ave**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bystry, Phil**
**3022 E Plamyra Ave**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**C. Schwab & Co., Inc.**
**1900 Avenue Of The Stars**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CA Dept. of Insurance**
**PO Box 1139**
**Sacramento, CA 95812-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Caballos, David**
**5282 Marietta Ave**
**Garden Grove, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cable One**
**P.O. Box 78000**
**Phoenix, AZ 85062-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cabot's Museum Foundaiton**
**E Desert View Ave**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cabote, Lorena**
**352 Lilac Ln**
**Lincoln, CA 95648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**California Board of Equalization**
**P.O. Box 942879**
**Sacramento, CA 94279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**California Dept. Of Insurance**
**P.O. Box 311**
**Sacramento, CA 95812-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**California Desert Association of Realtor**
**44475 Monterey Ave**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | |
|---|---|---|---|
| | Name | Case number (if known) | **6:17-bk-15816-MH** |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **California Secretary of State**<br>**1500 11th Street**<br>**Sacramento, CA 95814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Cameron Beth**<br>**1212 Sheffield Way**<br>**Saugus, MA 01906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Cameron, Charles**<br>**725 Parkway Ct NE**<br>**Bremerton, WA 98311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Camp of Champions**<br>**64477 Spyglass Avenue**<br>**Desert Hot Springs, CA 92240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Campbell, Kelly**<br>**11021 28th Ave NE**<br>**Seattle, WA 98125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Canas, Daniel**<br>**77430 Calle Sonora**<br>**La Quinta, CA 92253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Canez Sandra**<br>**6028 Winter Ridge Dr.**<br>**Bakersfield, CA 93313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Capital Forensics, Inc.**
**3850 N Wilke Road  Suite 333**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Capital One**
**Capital Guardian Trust Co.**
**Brea, CA 92622-4600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Capitis Sotheby's International Real Est**
**515 North Palm Canyon Dr. Bldg # B-12**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Caravan Dispatch**
**1182 Tiffany Circle N**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cardiff Transportation**
**75-Sheryl Avenue**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Career Track**
**5700 Broadmoor Street  Ste. 300**
**Mission, KS 66202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carmichael, Steve**
**PO Box 2241**
**Truckee, CA 96160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carry Charles**
**431-101 Marbora Court**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carson Chris**
**1285 Sunflower Circle North**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Carson Shizuko**
**1705 River Oaks Dr.**
**Allen, AL 75002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CASA for Riverside County Inc.**
**44199 Monroe St.**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CASA for Riverside County, Inc.**
**P.O.Box 3008**
**Indio, CA 92202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Case Mary**
**76749 Chrysanthemum Way**
**Palm Desert, CA 09221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Case, Svetlana**
**PO Box 5983**
**La Quinta, CA 92248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Casey Suellen**
533 N. Michaelangelo Dr.
Green Valley, AZ 85614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cathedral City High School Girls Golf Te**
69250 Dinah Shore Dr
Cathedral City, CA 92234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cattoor, Denise**
3123 Garden Hill Lane
St. Louis, MO 63139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cavazos Lynnette**
536 E. Lake Street
Pentwater, MI 49449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cayetano, Flora**
11 St Kitts
Dana Point, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CC School Girls Golf**
69250 Dinah Shore Drive
Cathedral City, CA 92234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cedrone, Mary Alice**
3625 Vista Oceana Unit 9
Oceanside, CA 92057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Centino, Patricia**
**12181 Tunstall St**
**Garden Grove, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chand, Che-Kang**
**1866 Pritchard Way**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chang, Rita**
**1829 Santa Ysabela Dr**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chap Ceremony**
**13529 Behrens Ave**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Schwab**
**1901 Avenue Of The Stars**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Schwab**
.
., . .

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Schwab & Co. Inc. Attn: IST West**
**3133 E. Camelback Rd.**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.258** | **Nonpriority creditor's name and mailing address**

**Charles Schwab & Co. Inc. Attn: IST West**
**PO Box 52013**
**Phoenix, AZ 85072-2013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259** | **Nonpriority creditor's name and mailing address**

**Charles Schwab Mgmt Fees Attn: Document**
**1945 Northwestern Drive**
**El Paso, TX 79912**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260** | **Nonpriority creditor's name and mailing address**

**Chen, Raymond**
**1115 S 3rd Ave**
**Arcadia, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261** | **Nonpriority creditor's name and mailing address**

**Chen, Shihhang**
**5908 Bixby Village Drive**
**Long Beach, CA 90803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262** | **Nonpriority creditor's name and mailing address**

**Chen, Yen-Ling**
**1114 Cleghorn Dr Unit A**
**Diamond Bar, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263** | **Nonpriority creditor's name and mailing address**

**Cheryl Ravenscroft**
**4630 Sandpiper Trail**
**Cottage Cove, WI 53527**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264** | **Nonpriority creditor's name and mailing address**

**Chetwood, David**
**7625 Park Forest Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chew Marsha**
3030 Cumberland Court
Thousand Oaks, CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Children Affected by AIDS Foundation**
6033 W Century Blvd. Ste 603
Los Angeles, CA 90045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Children's Discovery Museum**
71701 Gerald Ford Drive
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chinese American Golf Foundation**
20530 Earlgate St # 100
Diamond Bar, CA 91789

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Choi, Andrew**
41125 Prospect Court
Indio, CA 92203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Risenmay, CFP**
37290 Bosley Street
Indio, CA 92203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christian B. Risenmay**
37-290 Bosley Street
Indio, CA 92203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.272** | Nonpriority creditor's name and mailing address

**Christmas Foundation**
P.O. Box 723
Palm Springs, CA 92263

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.273** | Nonpriority creditor's name and mailing address

**Christoffersen, Paul**
352332 Moorbrook Rd
Palm Desert, CA 92211-2786

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.274** | Nonpriority creditor's name and mailing address

**Christopher Waruch**
667 Grand Street, #4A
Brooklyn, NY 11211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Gardening services**

Is the claim subject to offset? ☐ No ☐ Yes

**$19,771.16**

---

**3.275** | Nonpriority creditor's name and mailing address

**Christopher Waruch**
667 Grand Street, #4A
Brooklyn, NY 11211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.276** | Nonpriority creditor's name and mailing address

**Christopher's Clubhouse**
P.O. Box 5444
La Quinta, CA 92248

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.277** | Nonpriority creditor's name and mailing address

**Chueh, Sherry**
2257 Wind River Lane
Rowland Hts, CA 91748

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.278** | Nonpriority creditor's name and mailing address

**Chung, Dave**
20204 Via Medici
Northridge, CA 91326

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ciampa, Emilio**
**30 Ellesmere Dr**
**St. Albert, Alberta T8N5N2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cintas Document Management**
**P.O.Box 633842**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CIT Technology Fin Serv. Inc**
**P.O.Box 100706**
**Pasadena, CA 91189-0706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Citibank**
**P.O. Box 6005**
**The Lakes, NV 89163-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Citrix Systems Inc**
**PO Box 50264**
**Los Angeles, CA 90074-0264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Citroen, Stewart**
**PO Box 460**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**City of Hope**
**P.O.Box 13544**
**Palm Desert, CA 92255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of LA Business Tax**
P.O. Box 513996
Los Angeles, CA 90051-3996

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Los Angeles**
P.O.Box 30420
Los Angeles, CA 90030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City Of Los Angeles Municipal Services**
PO Box 30808
Los Angeles, CA 90030-0808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City Of Los Angeles Office of Finance**
P.O. Box 513996
Los Angeles, CA 90051-3996

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Newport Beach**
100 Civic Center Drive
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Newport Beach Revenue**
PO Box 3080
Newport Beach, CA 92658-3080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City Of Palm Desert**
73510 Fred Waring Drive
Palm Desert, CA 92260-2578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clamp Cynthia**
**6779 Tiara Ave**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clare, Mary Ann**
**311 Kessler Drive**
**Ben Lomond, CA 95005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clark Patricia**
**81620 Avenue 49 #251 618 Kochar Drive Ci**
**Ottawa, Ontario K2C4H4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clark Penney**
**41990 Cook Street, Suite C302**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clark, Lydia**
**13568 Caliente**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clarke, Mary Lou**
**3606 Sunset Ranch Drive**
**Kelowna, BC V1X8C7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Clarkson Sue**
**410 Sierra St.**
**Bishop, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clausen, Karen S**
**45427 Garden Square**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clayton Richard**
**2113 Linda Lane**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Client Server Specialists**
**P.O. Box 1985**
**Southeastern, PA 19399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cline, Robert**
**7423 Westwind Road**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cload Sharon**
**7 Granville Road**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Coachella Valley Economic Partnership At**
**3111 E. Tahquitz Canyon Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Coachella Valley R/C Club**
**73800 Flagstone Lane**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coates, Rae**
**1073 Glen Forest Way**
**Victoria, BC V9C3X8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cohen, Ben**
**229 N Castillian Avenue**
**Thousand Oaks, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cohen, Marilyn**
**33902 Vinca Lane**
**Murrieta, AL 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cohen, Martyn**
**33902 Vinca Lane**
**Murrieta, AL 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coke, Janet**
**113 Calle Agosto**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Ann**
**6209 El Toro Place NW**
**Albuquerque, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cole Lois**
**1217 Irwin Drive**
**Buckhorn, Ontario KoL1Jo**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**College of Desert Foundation**
**43-500 Monterey Ave**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comis, Elaine**
**180 Linwood Street**
**Abington, MA 02351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Community Center @ Tierra Del Sol**
**31-171 W Buddy Rogers Ave**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comtron Systems**
**41-651 Corporate Way Suite 6**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $809.90 |
|---|---|---|---|

**ConferTel**
**Attn:  Legal Dept.**
**2385 Camino Cide Roble, Ste. 202**
**Carlsbad, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conlin Patricia**
**99 Beaver Dam Road**
**Toconic, CT 06079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conroy, Sandra**
**8551 SVL Box 13290 Tamarisk Rd**
**Victorville, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Consolidated Disposal Services**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Consulting Connections, LLC**
**3900 Woodlake Blvd Suite 303**
**Greenacres, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Contour Dermatology**
**42-600 Mirage Road  Bldg A1**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Contract Decor, Inc.**
**72-184 North Shore Street**
**Thousand Palms, CA 92276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cook, Larry**
**6902 Pflumm Road**
**Shawnee, KS 66216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coontz Robert**
**810 E. Valencia Avenue**
**Burbank, CA 91501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Coplen, David**
**350 S Hope St # 2500**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Copy Doctor**
**5757 Wilshire Blvd.   Suite 502**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Corcoran Dave**
**3400 Water Hole Trail**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cord Media Company**
**P.O. Box 1208**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Core & Legal Services, Inc.**
**5920 Friars Road**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Core Compliance & Legal Services, Inc. (**
**1350 Columbia Street  Suite 300**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cormier, Justin**
**10350 W McDowell Road Apt 3157**
**Avondale, AZ 85392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Corporate Concierges Unlimited**
**11105 Andenwood Drive**
**Ausitn, TX 78726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporate Icon**
42263 50th St. West #536
Quartz Hill, CA 93536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporate IT Group**
18344 Oxnard St.
Tarzana, CA 91356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporon, Nancy**
5075 Southern Star Terrace
Columbia, MD 21044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corso, James**
22939 E Long Drive
Aurora, CO 80016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CORT**
5432 West Chester Road
West Chester, OH 45069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cortesi Rosina**
6211 Ridgemont Drive
Oakland, CA 94619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cortnie Deakyne**
79090 Ave 42 #n 202
Bermuda Dunes, CA 92203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cosgrove Cosgrove  & Humphrey**
**41-610 Indian Trail Rd Ste.2**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Costco Membership**
**P.O. Box 34783**
**Seattle, WA 98124-1783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cote, Cheryl**
**1162 Tiehack Rd**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**County of Orange Attn: Treasurer-Tax Col**
**P.O. Box 1438**
**Santa Ana, CA 92702-1438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cowan Brian**
**RR#1 Site 8 Comp 34**
**Christopher Lake, Saskatchewan S0J0N0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,318.07 |
|---|---|---|---|

**Cox Business**
**Attn:  Legal Dept.**
**PO Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Internet/Phone services**

Last 4 digits of account number  **3801**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cox Communications**
**P.O. Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cox, Jim**
**38745 Elna Way**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crawford Carol**
**3040 Lasita Place**
**Georgetown, CA 95634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Creager, Douglas**
**625 Lincoln St**
**Piqua, OH 45356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crouch Peg**
**27761 Almont Way**
**Romoland, AL 92585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crouch, Peg J**
**27761 Almont Way**
**Romoland, CA 92585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crowell, Christie**
**1824 Deserta Dr**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cruce Michele**
**38 H Calle Aragon**
**Laguna Woods, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CrystalTech Web Hosting Inc.**
1125 W. Pinnacle Peak Road  Suite 103
Phoenix, AZ 85027

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cummings Sue**
3334 Owasso Heights Rd.
Shoreview, MN 55126

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cunningham, Barbara**
28455 Sand Lake Rd
Cloverdale, OR 97112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Curley Cathleen**
628 Daisy Ave.   Unit 305
Long Beach, CA 90802

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CV Autism Society**
P.O. Box 11052
Palm Desert, CA 92255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CV RC Club**
73-800 Flagstone Lane
Palm Desert, CA 92260

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CV Rescue Mission**
47-518 Van Buren St.
Indio, CA 92202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CV Symphony**
**P.O.Box 10727**
**Palm Desert, CA 92255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CVEP Workforce Excellence**
**3111 E. Tahquitz Canyon Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D.D.S. Plumbing, Inc.**
**2408 Fisk Lane**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D.W. Johnston Construction, Inc.**
**1445 N. Sunrise Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dalton Keith**
**P.O.Box 2241**
**Julian, CA 92036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dana Sanchez**
**42349 Whisper Rock Street**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Danielle Bisutti**
**11706 Montana Avenue  Unit 109**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.370** | **Nonpriority creditor's name and mailing address**

**Dargon, Vicki**
**514 Americas Way # 2537**
**Box Elder, SD 57719**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.371** | **Nonpriority creditor's name and mailing address**

**Daubney Judy**
**138-3948 Finnerty Road**
**Penticton, BC V2A8P8**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.372** | **Nonpriority creditor's name and mailing address**

**David Donaldson Attn: ERISA Smart, Inc.**
**2419 Harbor Blvd  Suite 163**
**Ventura, CA 93001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.373** | **Nonpriority creditor's name and mailing address**

**David Thatcher**
**78158 Sombrero Court**
**Bermuda Dunes, CA 92203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.374** | **Nonpriority creditor's name and mailing address**

**David Thatcher, CFP**
**43228 Moore Circle**
**Indio, CA 92203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former Advisor. For notice purposes only.**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.375** | **Nonpriority creditor's name and mailing address**

**Davidson, Keith**
**312 2nd Avenue W Apt 601**
**Seattle, WA 98119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.376** | **Nonpriority creditor's name and mailing address**

**Davis Timothy**
**10707 Jasper Ave.**
**Redlands, CA 92374**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|

Name

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Davis, Candace**
**4370 Nelson Rd**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Davis, Vern**
**9051 Canberra Drive**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dawes Robert**
**500 S. Center St.**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**de Haas, Selma**
**2664 Capella**
**George, BC V2N5lc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**De Leon, Rodolfo**
**21601 Devonshire St # 116**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deacon, Graham**
**6842-111 Street NW**
**Edmonton, AB T6H3G3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dean Electric & Construction**
**78206 Varner Road  Suite D**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deidre Lembo**
**84045 Colibri Court**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deines, Roben**
**3331 S. Magnolia St.**
**Denver, CO 80224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deitch, Jeffrey**
**79880 Citrus**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DeMartini Cynthia**
**5804 Blue Beech Ct.**
**Antelope, CA 95843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dementia Help Center**
**70-080 Calle Amigo  Suite 100**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dencker, Mike**
**887 Big Spring Ct**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dent Anne**
**238 Chaparral Villas SE**
**Calgary, Alberta T2X3N2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Depackh, Terence**
**32195 Corte Parado**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Department of Corporations**
**980 9th Street  Suite 500**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Department of Labor Attn: Vicky Ryan Jun**
**Field Tax Office P.O. Box 115509**
**Juneau, AK 99811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Department of Motor Vehicles**
**P.O. Box 942839**
**Sacramento, CA 94239-0099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**DePriest, Herbert**
**1548 Eucalyptus Hill Rd**
**Santa Barbara, CA 93103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Derrick, Becky**
**40553 Pinnacle Way**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Desert AIDS Project**
**1695 North Sunrise Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Desert Aids Project** | ☐ Contingent | |
| | **1695 North Sunrise Way, PO Box 2890** | ☐ Unliquidated | |
| | **Palm Springs, CA 92263** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Desert Arc** | ☐ Contingent | |
| | **73255 Country Club Drive** | ☐ Unliquidated | |
| | **Palm Desert, CA 92260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Desert Arc Attn: Richard Ballaco** | ☐ Contingent | |
| | **73-255 Country Club Dr** | ☐ Unliquidated | |
| | **Palm Desert, CA 92260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Desert Best Friend's Closet** | ☐ Contingent | |
| | **74040 Highway 111  Suite F** | ☐ Unliquidated | |
| | **Palm Desert, CA 92260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Desert Cancer Foundation** | ☐ Contingent | |
| | **74-091 Larrea Street** | ☐ Unliquidated | |
| | **Palm Desert, CA 92260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Desert Champion LLC** | ☐ Contingent | |
| | **78-200 Miles Avenue** | ☐ Unliquidated | |
| | **Indian Wells, CA 92210** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Desert Christian Academy** | ☐ Contingent | |
| | **40-770 Yucca Lane** | ☐ Unliquidated | |
| | **Bermuda Dunes, CA 92203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Desert Classic Charities**
PO Box 865
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Desert Drain Cleaning**
P.O. Box 2066
Palm Springs, CA 92262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Desert Fire Extinguishers Co., Inc**
P.O. Box 1607
Palm Springs, CA 92263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Desert Friends of the Developmentally Di**
6 Queens Ct
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Desert Health**
P.O. Box 802
La Quinta, CA 92253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Desert Ice Castle**
68-600 Perez Road
Cathedral City, CA 92234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Desert Paws**
PO Box 5066
Palm Springs, CA 92263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Desert Publications Inc.**
PO Box 2724
Palm Springs, CA 92263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Desert Recreation Foundation**
45-305 Oasis Street
Indio, CA 92201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Desert Samaritans for Seniors**
75105 Merle Dr Suite 500
Palm Desert, CA 92211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Desert Sun Publishing Co**
PO Box 677368
Dallas, TX 75267-7368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Desert Water Agency**
P.O. Box 1710
Palm Springs, CA 92263-1710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Desert Woman's Show**
57893 Hidden Gold Drive
Yucca Valley, CA 92284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Desert Women for Equality**
555 S. Sunrise Way
Palm Springs, CA 92264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Purposes Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DesertArc**
**73255 Country Club Drive**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dewey Pest Control**
**72-395 Varner Rd.**
**Thousand Palms, CA 92276-3342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dezart Performs**
**611 S Palm Canyon Dr  Suite 7538**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dietz, Sandy J**
**4264 Encore Dr.**
**Santa Barbara, AL 93110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diffoot, Agnes**
**21401 Mildred Ave**
**Torrance, AL 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Disabled Golfers Learning Foundation**
**809 Redriver Way**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dixon, Joanne**
**1658 Carnoustie Dr**
**Banning, CA 92220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DMV Renewal**
**P.O. Box 942894**
**Sacramento, CA 94294-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dodson, Janet**
**1965 Milan Avenue**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donahue, Guy**
**181 Ave des Cerisiers**
**Orford, Quebec J1X6W8**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donelly Sheila**
**944 9797 E.32nd St.**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Donna, Mansell**
**1325 Cedar Ridge Dr.**
**Brownsville, TX 78520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dooling Jack**
**23151 Mora glen Drive**
**Loa Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorazio, Renee**
**5832 Osmundsen Ct.**
**Madison, WI 53711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dorrough, Gary**
**41805 Via Aregio**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dorsey Elizabeth**
**5004 Sable Oaks Dr**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas, Jeffrey**
**108 Encino Ave**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dove Printing**
**P.O. Box 14243**
**Palm Desert, CA 92255-4243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dowling, Maureen**
**40616 Singing Hills Drive**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dr. & Mrs Morrison**
**4790 Blue Mountain Dr**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dr. Susan Love Research Foundation**
**2811 Wilshire Blvd.**
**Santa Monica, CA 90403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.440** | Nonpriority creditor's name and mailing address
**Dream Foundation**
1528 Chapala St
Santa Barbara, CA 93101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.441** | Nonpriority creditor's name and mailing address
**Dreier Christel**
1132 N. Eucalyptus Ave.
Rialto, CA 92376

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.442** | Nonpriority creditor's name and mailing address
**Drews, Ronald**
1221 W Clarendon Rd
Arlington Heights, IL 60004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.443** | Nonpriority creditor's name and mailing address
**Drinkuth Patrick**
9990 Arborwood Dr.    #413
Cincinnati, OH 45238

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.444** | Nonpriority creditor's name and mailing address
**Drogitis Joanne**
943 Clearfield Dr.
Millbrae, CA 94030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.445** | Nonpriority creditor's name and mailing address
**Dropkin, Randi**
4501 New Hampshire St
San Diego, CA 92116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.446** | Nonpriority creditor's name and mailing address
**DST Industries, Inc.**
3589 McCarthy
Palm Springs, CA 92262

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duarte, Philip**
**1343 Red Bluff Lane**
**Diamond Bar, AL 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duda, Carol**
**1 Le Conte**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duerr, Judi**
**1741 Thistle Dr**
**Canton, MI .**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dumpit Romeo**
**7062 Brookhaven Road**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duncan William**
**208 Lakecrest Lane**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dunlap, Jan**
**10907 Magnolia Bl # 193**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dunn John**
**24 Magnolia Drive S.**
**Ormand Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dunwoody Alicia**
**16 Canyon Lake Dr.**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Durkee, Patrick**
**9524 Pettswood Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Durocher, Gail**
**114 Trinity Blvd**
**Lac Le Biche, Ab T0A2C1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dusablon, Louise**
**15503 Quicksilver Dr.**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DuVal, Frank**
**PO Box 109**
**Frederick, AL 21705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DW Johnston**
**1445 North Sunrise Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DWP**
**PO Box 10324**
**Van Nuys, CA 91410-0324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**East Meets West Catering**
**265 East V a Altamira**
**Palm Springs, CA 92262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eber, Dave**
**21672 Saluda Cir**
**Huntington Beach, CA 92646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ebihara, Yushi**
**4676 Admarality**
**., . .**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ebner, Paul**
**2701 E Mesquite Ave Unit Y126**
**Palm Springs, CA 92264**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Echelon Partners**
**1500 Rosecrans Ave  Suite 414**
**Manhattan Beach, CA 90266**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDD**
**P.O. Box 826880  MIC 83**
**Sacramento, CA 94280-0001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edelstein, David**
**5089 Aegina Way**
**Oceanside, CA 92056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edward S. Zizmor, Esq.**
**60 Court Street**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edwards Dave**
**44 Hobart Road SW**
**Calgary, Alberta T2V3K1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edwards Sandra**
**12 Eisenhower Drive**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edwards Wayne**
**5868 Sunset Ranch Dr.**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**eFax**
**C/O j2 Global Communications  Inc.**
**Los Angeles, CA 90051-6173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Egan Douglas**
**10771 Ashcroft Ave.**
**Richmond, BC V7A3C2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eisenhower Medical Center**
**39000 Bob Hope Dr.**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elkins, Kalt Et Al**
**2049 Century Park East**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ellestad, Leigh**
**81419 Avenida Esmeralda**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elli Tourje**
**80261 Paseo De Montana**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Endless Road Entertainment, Inc.**
**1438 N. Gower Street Bldg 5  Suite 100**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Engelman Andrea**
**500 S. Farrell Dr. P-100**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**English Sharon**
**3507 Calle Verano**
**San Clemente, AL 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Envestnet Tamarac Attn: Director of Fina**
**701 Fifth Avenue, 14th Floor**
**Seattle, WA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.482** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**EQCA**
**314 N. Palm Canyon Dr.**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Equality California**
**314 N. Palm Canyon Dr.**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Eric Espinoza**
**54694 Harrison Street**
**Thermal, CA 92274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000,000.00**

**Erica Murray**
**c/o Derrick Coleman, Esq.**
**201 Nevada St.**
**El Segundo, CA 90245**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation claim.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Erica Murray c/o Derrick Coleman, Esq.**
**201 Nevada St.**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Erik Mora, RICP**
**10 Michael Road**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Esperanza Padilla**
**11721 Patton Road**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Esposa de Gadi**
**1229 Calet**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Estrada Cabinet Design**
**15331 Notre Dame Street**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Estrera, Bunny**
**6004 Bixby Village Dr #21**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eugene Ehe**
**8515 SLV Box**
**Victorville, CA 92395-5126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Evans, Janice**
**75 Sam Snead Circle**
**Etters, PA 17319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**EVault Inc.**
**15422 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Event Management Productions**
**73-647 Sun Lane**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eventertainment, LLC**
**550 S. Oleander Rd.**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ewing, Norene**
**4521 Cronton Circle**
**El Paso, TX 79924-6827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**F.I.N.D. Food Bank, Inc.**
**P.O. Box 10080**
**Indio, CA 92202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Facet Studios**
**13323 Lake Forest Dr**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FAIR Allocations in Reseach & Donations**
**78-629 Bougainvillea Drive**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fallesen, Geoffrey**
**744 4th Pl**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Family Equality Council**
**PO Box 206**
**Boston, MA 02133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

2/01/18 1:09PM

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.503** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Family Services of the Desert**
81-711 Highway 111   Suite 101
Indio, CA 92201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.504** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Family YMCA of the Desert**
43-390 San Pablo Ave
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.505** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fang, Xing**
16 Quail Creek Ln
Pomona, CA 91766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Father's Heart Ranch**
71-175 Aurora Road
Desert Hot Springs, CA 92241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Faulkner, Jerry**
880 NE 25th Ave Ste 2-170
Hillsboro, OR 97124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Federal Express**
P.O.Box 7221
Pasadena, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Feix, Mike**
14901 Frost Avenue # 79
Chino Hills, CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felberg, Janet**
**29 Brindisi**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felton Leslie**
**1501 S. Beach Blvd.  Apt. F604**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felton, Barry**
**2440 Purdue Circle**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Feminist Majority Foundation**
**1600 Wilson Blvd., Suite 801**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fennell David**
**102 Valley Woods Landing NW**
**Calgary, Alberta T3B6A4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ferguson, Robert**
**38 Via Bella**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ferguson, Zola**
**PO Box 9869**
**Reno, NV 89507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.517** **Nonpriority creditor's name and mailing address**
**Ferree's Group Home, Inc.**
P.O. Box 570
Cabazon, CA 92230

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.518** **Nonpriority creditor's name and mailing address**
**FINRA**
P.O. Box 418911
Boston, MA 02241-8911

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.519** **Nonpriority creditor's name and mailing address**
**FINRA Office of Dispute Resolution**
300 S Grand Ave  Suite 1700
Los Angeles, CA 90071-3135

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.520** **Nonpriority creditor's name and mailing address**
**Firestone, Andrew**
27475 Ynez Rd # 105
Temecula, CA 92591

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521** **Nonpriority creditor's name and mailing address**
**First Digital Solutions**
PO Box 749469
Los Angeles, CA 90074-9469

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.522** **Nonpriority creditor's name and mailing address**
**First Insurance Funding Corp**
P.O.Box 3306
Northbrook, IL 60065-3306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523** **Nonpriority creditor's name and mailing address**
**Fishell, Sandy**
675 Desert Gardens Dr.
El Centro, CA 92243

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Five Star Profession**
2117 Cliff Drive
Eagan, MN 55122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flaa, John**
16520 22nd Ave N
Plymouth, MN 55447

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flex Benefit Systems**
23882 Hall Road
Cheshire, OR 97419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flister Gail**
31 meyer Hill Drive
Acton, MA 01720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flood, Donna**
13900 Marquesas Way
., . .

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flores, Dulce**
4819 San Vicente Blvd # 18  LA C
Los Angeles, CA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Flores, Gabriela**
400 E Imperial HWY Apt A
Brea, CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.531** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Flotlin Michele**
**13899 SE. 64th Street**
**Bellevue, WA 98006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fogwill, Jeff**
**212 Scenic Glen Bay NW**
**Calgary, Alberta T3L1J2**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Franchise Tax Board**
**P.O. Box 942857**
**Sacramento, CA 94257**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Franchise Tax Board of California**
**P.O. Box 942840**
**Sacremento, CA 94240-0002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Franchuk, Sydney**
**6433 Foxglove Terrace**
**Victoria, BC V8Z0A3**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Francisco, Laurie**
**10388 Reindeer Cir**
**Franktown, CO 80116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Franks Martha**
**535 Via Assisi**
**Cathedral City, CA 92234**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.538**    Nonpriority creditor's name and mailing address

**Frederick William**
**39156 Avenida Juarez**
**Cathedreal City, CA 92234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.539**    Nonpriority creditor's name and mailing address

**Freedom Fire Protection**
**1534 N. Moorpark rd. # 141**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.540**    Nonpriority creditor's name and mailing address

**French, John**
**2980 Calle Arandas**
**Palm Springs, CA 92264**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.541**    Nonpriority creditor's name and mailing address

**Friends of PS Animal Shelter**
**P.O. Box 4808**
**Palm Springs, CA 92263**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.542**    Nonpriority creditor's name and mailing address

**Friends of the Desert Mountains**
**P.O. Box 1281**
**Palm Desert, CA 92261**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.543**    Nonpriority creditor's name and mailing address

**Frigillana Ed**
**5441 Azure Court**
**Discovery Bat, CA 94505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544**    Nonpriority creditor's name and mailing address

**Froese, Judy**
**1741 Davie Street**
**Victoria, BC V8R4W5**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.03 |
|---|---|---|---|

**Frontier Communications**
**Attn:  Legal Dept.**
**PO Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Communication services**

Last 4 digits of account number  **1710**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fullerton Technology Foundation**
**6449 Independence Avenue**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fulton, Dave**
**79751 Oxford Dr**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Furmidge, Julie**
**1370 Linda Ridge Rd**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Furtado, Jonathan**
**74401 Hovley Lane E. #717**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fusselman, Susan**
**1656 E Brockton Avenue**
**Redlands, CA 92374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gabriel, Roy**
**12056 SE 104th Court**
**Happy Valley, AL 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gagnon James**
2325 N. Mountain Ave.
San Bernadino, CA 92404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gall, Cheryl**
89 Castano
Rancho Santa Margarita, CA 92688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gallagher, Mike**
35205 Vista del Monte
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Galloway, Darlene**
39680 Tandika Tral S.
Palm Desert, CA 92211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Galpin David**
111 Hampshire Place NW
Calgary, Alberta T3A4Y7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gambrel William**
2162 Garden Terrace
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gannett**
651 N. Boonville
Springfield, MO 65806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ganz Deborah**
**P.O. Box 108**
**Pope Valley, CA 94567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ganz Susan**
**P.O.Box 108**
**Pope Valley, CA 94567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Garcia, Dolores**
**25869 McBean parkway # 79**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Garcia, Reynaldo**
**5 Courtney Circle**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gardner Pyle, Kay**
**32120  SW Boones Bend Rd**
**Wilsonville, OR 97070-6414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Garfield, Lani**
**835 N Avenida Palmas**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Garry Nancy**
**2244 Vista Valley Lane**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Garvin Jeani**
**11970 Pine Mountain Court**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gary K. Shaw**
**11307 1/2 Kling Street**
**W. Toluca Lake, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gates, Fred**
**720 Lamplighter SE**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gaudreau Laurie**
**20811 Montana Bend In**
**Cypress, AL 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gay, Patrick**
**3343 So. Barcelona St**
**Spring Valley, AL 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gazda, Gregory**
**3566 Harwich Drive**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gennet Michael**
**67 Oakmont Dr**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Geoghegan, Peter** | ☐ Contingent | |
| | **3258 Archibald Way** | ☐ Unliquidated | |
| | **Whistler, BC V0N1B3** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gerardi, Julie** | ☐ Contingent | |
| | **208 Black Eagle Ave** | ☐ Unliquidated | |
| | **Henderson, NV 89002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gernot Kolb** | ☐ Contingent | |
| | **37068 Southham Court** | ☐ Unliquidated | |
| | **Indio, CA 92203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **GGM Investments, LLC Attn: Gloria Maneli** | ☐ Contingent | |
| | **78329 Bonanza Drive** | ☐ Unliquidated | |
| | **Palm Desert, CA 92211** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Ghang, Yoo-Jin** | ☐ Contingent | |
| | **5225 Pearblossom Dr Apt 19** | ☐ Unliquidated | |
| | **Riverside, CA 92507** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gibas Tom** | ☐ Contingent | |
| | **9050 Palmetto Drive** | ☐ Unliquidated | |
| | **Eden Prairie, MN 55347** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gibbons Thomas** | ☐ Contingent | |
| | **83 Cumberland Court** | ☐ Unliquidated | |
| | **Danville, CA 94526** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.580** | Nonpriority creditor's name and mailing address

**Gibbons, Scott**
**1343 Mona Ave**
**Redlands, CA 92374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581** | Nonpriority creditor's name and mailing address

**Gibford, Richard**
**43543 Kingston Ct**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582** | Nonpriority creditor's name and mailing address

**Gibson Maryann**
**890 Singing Heights Drive**
**El Cajon, CA 92019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583** | Nonpriority creditor's name and mailing address

**Giesler, Michele**
**255 N El Cielo Rd Unit 140-233**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584** | Nonpriority creditor's name and mailing address

**Gigliotti David**
**306 Mary Belle Way**
**Angels Camp, CA 95222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.585** | Nonpriority creditor's name and mailing address

**Gilbert, Irene**
**475 East MacArthur Street**
**Sonoma, AL 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586** | Nonpriority creditor's name and mailing address

**Gilbertson, Diana**
**79395 Calle Palmeto**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gilbertson, John**
**78206 Varner Rd Suite D Box 300**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gilda's Club Desert Cities**
**67-625 East Palm Canyon Drive  Suite 7A**
**Palm Springs, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Giles, Brad**
**51555 Monroe Street**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gill Jennifer**
**228 Argonne**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gilman, Larry**
**2346 Mandeville Canyon Road**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Girl Scouts of San Gorgonio**
**77-734 Country Club Drive**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Gminski, Leonard**
**13607 Pequot Drive**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GNW Evergreen Ins. Services**
**16030 Ventura Blvd.  Suite 500**
**Encino, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gochnour, Denver**
**1402 Alki Ave SW # 501**
**Seattle, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Golden Rainbow Senior Center**
**258 North Palm Canyon Dr.**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Golf Fore Africa**
**32531 N. Scottsdale Road  Suite 105**
**Scottdale, AZ 85266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Golf On Earth Event Services**
**22918 Dolorosa St.**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gonzalez, Ramon**
**12844 Oriole Avenue**
**Grand Terrace, CA 92313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Goodwill Of SoCal**
**68-100 Ramon Road  Suite A-9**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
| | Name | | |

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Goodwin, Mike** | ☐ Contingent | |
| | **3519 Alpine Ave.** | ☐ Unliquidated | |
| | **Sioux City, IA 51106** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gordon Orena** | ☐ Contingent | |
| | **Box 210** | ☐ Unliquidated | |
| | **Candle Lake, Saskatchewan S0J3E0** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gorsline, Ken** | ☐ Contingent | |
| | **468 Nueva Wynd** | ☐ Unliquidated | |
| | **Kamloops, BC V2H1S1** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Goshi, Vincent** | ☐ Contingent | |
| | **28610 Mount Rushmore Road** | ☐ Unliquidated | |
| | **Rancho Palos Verdes, CA 90275** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gossett, Lisa** | ☐ Contingent | |
| | **2620 SE 35th Ave** | ☐ Unliquidated | |
| | **Portland, OR 97202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Goto, Shoichi** | ☐ Contingent | |
| | **3200 La Rotonda Dr. #311** | ☐ Unliquidated | |
| | **Rancho Palos Verdes, CA 90275** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Gottschall, Jean** | ☐ Contingent | |
| | **1768 N Fireside St** | ☐ Unliquidated | |
| | **Orange, CA 92867** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Notice Purposes Only__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gough, Richard**
**51 Cranbury Drive**
**Trumbull, CT 06611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gould Grace**
**5886 242nd Street**
**Langley, BC V2Z1J8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Graham, Janice**
**46 Creek Road Unit 4**
**Provincetown, MA 02657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Graham, Kim**
**143 Lake Ave W**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grajiola, Pedro**
**9061 Ventana Court**
**Hesperia, CA 92344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Graphtek Interactive Attn: OneEighty Mar**
**72185-B Painters Path**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grasdal, Warren**
**2712 Lindstrom Drive S.W.**
**Calgary, Alberta T3E6E2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grassroots Junior Tennis Inc.**
**3100 Sunflower Circle West**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gray, Bernice**
**11251 Saddle Ridge Road**
**Moreno Valley, CA 92557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Green Business Solutions**
**3579 E. Foothill Blvd.  #285**
**Pasadena, CA 91107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Felsen**
**1775 East Palm Canyon Drive  #110-150**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grella, Jaclyn**
**742 Summit Drive**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grimshaw, Dale**
**262 Wells Rd**
**Cheshire, MH 01225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gruver, Holly**
**5245 Palmera Dr**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guide Dogs of the Desert**
P.O.Box 1692
Palm Springs, CA 92263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Guidera Linnette**
1676 W. Lisbon St.
Upland, CA 91784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gulf California Broadcast**
PO Box 873808
Kansas City, MO 64187-3808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gurrola, David**
4298 Miramonte Pl
Riverside, CA 92501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gushiken, Joichi**
PO Box 2232
Malibu, CA 90265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gutgesell Katharina**
1774 9th Avenue #1
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gutierrez, Ezequiel**
P.O.Box 1894
Cathedral City, CA 92235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gutierrez, Sandra**
**829 E Vista Del Playa**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**H.D. Plumbing & Rooter**
**8670 Cadillac Avenue**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**H.W. Image Works**
**72049 Petland Place - Suite B**
**Thousand Palms, Ca 92776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Haas Cynthia**
**917 El Cid**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Habeger, Ann**
**4066 S Carspn Way**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Haber Melvyn**
**200 W Ramon Rd**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Habitat for Humanity - CV**
**P.O.Box 11738**
**Palm Desert, CA 92255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hachen, Dave**
**20672 LaVonne Ln**
**huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hadden, James**
**118 Bay Meadows**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hafner, Joan**
**703 Buckingham Dr**
**NSL, UT 84054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hagerman Tom**
**10615 -24 Ave**
**Edmonton, Alberta T6J4R4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hall, James**
**13041 S. 45th Place**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hallberg, Shirley**
**73450 Country Club Dr SPC 275**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Halldorson, Jeffrey**
**1203 N 10th Pl Apt 1205**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hamano, Yoshiharu**
**5548 Welland Ave # A**
**Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hamburger Law Firm Attorney Trust Acct**
**61 West Palisade Avenue**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,070.00** |
|---|---|---|---|

**Hamburger Law Firm, LLC**
**Attn: Managing Partner**
**61 W. Palisade Ave**
**Englewood, NJ 07631-2706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hanaoka, Toshiki**
**15927 S Harvard Blvd # A**
**Gardena, CA 90247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hands of Christ Ministries**
**67912 Nicole Ct**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hansen, J C**
**1043 N Leoma Ln**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hansen, Wayne**
**658 W Calle Artistica**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hanson Jim**
**7664 West 84th Street**
**Bloomington, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harb, Levy & Weiland LLP**
**One Market Landmark Suite 620**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harrison Gloria**
**1059 Cinnamon Lane**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harrison, George**
**77363 Sky Mesa Lane**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harrison, Natalie**
**6619 Wilson Rd**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hartley, Cathy**
**17442 Arminta St**
**Northridge, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Haskell & Davis**
**22045 Del Valle Street**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hauser, Jeff J**
14780 Cobblestone Ln.
Lake Elsinore, CA 92530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hawes Sabrya**
8911 Kentville St.
Riverside, CA 92502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hawkins, Janice**
75275 Purple Hills Road
Indian Wells, CA 92210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hayek, Mark**
11 Vista Mirage Way
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hayek-Manning Group**
74245 Highway 111  Suite 201
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hayes, Sally Ann**
PO Box 303
Mastic Beach, NY 11951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Haysom Barry**
99 Ranchlands Lane NE
Medincine Hat, Alberta T1C2A5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.664** | Nonpriority creditor's name and mailing address

**Healthy Family Foundation**
**73555 San Gorgonio Way**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665** | Nonpriority creditor's name and mailing address

**Heather Eskey**
**788 Columbus Ave.   Apartment 5C**
**New York, NY 10025**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666** | Nonpriority creditor's name and mailing address

**Heather James Fine Art**
**45188 Portola Avenue**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.667** | Nonpriority creditor's name and mailing address

**Heddema, Gina**
**574 Nicola Street**
**Vancouver, BC V6G3J7**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668** | Nonpriority creditor's name and mailing address

**Hedding, Judy**
**9602 E. Sunridge Drive**
**Sun Lakes, AL 85248**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.669** | Nonpriority creditor's name and mailing address

**Hedlund, Mark**
**1045 Tranquil Hills Ct.**
**Paso Robles, CA 93446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.670** | Nonpriority creditor's name and mailing address

**Helping People Hear Again**
**40101 Monterey Ave  Suite B1-PMB 327**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Henderson, Julie**<br>**372 Carrol Park East Unit 304**<br>**Long Beach, CA 90814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Hendrickson, Karen**<br>**58 Colonial Drive**<br>**Rancho Mirage, CA 92270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Henson, Troy**<br>**15029 N Thompson Peak parkway Suite B111**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Hercus, Josephine**<br>**36707 Avenida Del Sol**<br>**Cathedral City, CA 92234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heyamoto Norman**<br>**2165 E. Menlo Ave.**<br>**Fresno, CA 93710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Hiett, Patricia**<br>**26502 Cortina Dr**<br>**Mission Viejo, Ca 92691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **High Desert Homeless Services Inc.**<br>**14049 Amargosa Rd**<br>**Victorville, CA 92392** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Higle, Jack**
**PO Box 791**
**Eureka, MT 59917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hilden, Linda**
**48372 Tacoma Narrows Pl**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hilder, Christine**
**78670 HWY 111 # 176**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hill Nancy**
**544 Fifth St.**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hill, Karen**
**8824 S 16th Place**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hillseth, Robert**
**5633 Oaktree**
**Whitehall, MI 49461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hiner, Travis**
**438 Monte Vista**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Purposes Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.685** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Hing Dianne**
2010 20th Street #20
Courtenay, BC V9N2G6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Hires, Lee**
5205 W 124th Terr
Overland park, KS 66209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Hirvela, Marilyn**
16061 Marian Ave
Lake Elsinore, CA 92530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Hodgin, Thomas**
7812 Gold Buckle Road
Highland, CA 92346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Hoffmeyer, Douglas**
155 Desert Holly Dr North Slopes City
Sedona, AZ 86336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Hogg Linda**
12 Via Haciendas
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Holley Carol**
564 Stow Road
Marlborough, MA 01752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hollingsworth, Kenneth**
**1706 F Herault**
**St Louis, MO 63125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holmes, Donald**
**25 Lakewood Road**
**Halfmood Bay, Alberta T4S1S1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holmes, Ronald**
**2788 Wallace St**
**Van Couver, BC V6R3V7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Homes Run**
**515 North Palm Canyon Drive**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Honda, Takahiki**
**9740 Irvine Blvd**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Honey, Karen**
**4033 N. Broadmoor Ave.**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hooper, Carole**
**21560 Thornton Avenue**
**Maple Ridge, BC V4R2G8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hoover, Earl**
**1006 Ashley Lane**
**Libertyville, IL 60048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hope Lutheran Church**
**45-900 Portola Ave.**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hopkins Janet**
**22 W. Lee Street #502**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hornyak Barbara**
**5779 S. Henderson Canyon Dr.**
**Green Valey, AZ 85622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Houser Anna**
**7 Willard Street**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Howard Carol**
**649 Maple Court**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Howard, Sandra**
**1741 Windermere Loop Rd**
**Windermere, BC VOB2L2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hoyer, Cheri**
**1104 194 St**
**Long Beach, CA 98631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hoyt Charles**
**10311 Malaguena Ct.**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hsieh, Kevin**
**10533 Lynrose St**
**Temple City, CA 91780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hubbs, Don**
**2322 Boulder Bluffs Ct**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Huber, Dave**
**25343 Silver Aspen Way Apt 1312**
**Valencia, CA 91381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hudson, Jody**
**17791 Norwood Park Place**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hull, Jeff**
**266 Avenida Victoria**
**., . .**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Humane Society of the Desert**
P.O.Box 580798
Palm Springs, CA 92258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hung, Richard**
1681 16th Avenue
San Francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hung, Wan-Ting**
257 Van Buren St Apt A
Monterey, CA 93940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hunsicker Barbara**
5593 Handwerk Road
Germansville, PA 18053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hunt, Darrell**
27906 NE 144th St
Duvall, WA 98019-8119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hurtado, Alfredo**
1094 Cabrillo Park Dr # G
Santa Ana, CA 92701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Huyghebaert Sherry**
1618 Benson Bat
Regina, Saskatchewan S4V1S7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Iavan, David**
**4111 W 239th St Apt 35**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ilovido, Megan**
**2368 Fullercreek Road**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Image Source**
**650 East Hospitality Lane  Suite 540**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Imanaka Stanley**
**1115 Parkside Way**
**Lompoc, CA 93436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indigo Marketing Agency LLC**
**13130 Decant Drive**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indio Youth Task Force**
**46-800 Jackson Street**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indre, Michael**
**5721 Hyland Greens Dr**
**Bloomington, MN 55437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Informa Investment Solutions Inc (Zehyr)**
PO Box 416014
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Integrated Weatlh Casualty Insurance Ser**
74245 Highway 111
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**IPFS Corporation**
601 S. Glen Oaks Blvd  Suite 403
Burbank, CA 91502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Irvine Company**
P.O. Box 841393
Los Angeles, CA 90084-1393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Irvine Company Attn: Legal Dept.**
P.O. Box 841393,
Los Angeles, CA 90084-1393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ishii, Motoko**
9665 Genesee Ave Apt B1
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ISN - Protected Wealth Insurance Service**
1525 Faraday Ave  Suite 140
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ISU Cunnington & Associates**
P.O. Box 429
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Iverson Melanie**
312 Maliview Drive
Salt Spring Island, BC V8k1B1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**j2 Global Communications Inc.**
PO Box 51873
Los Angeles, CA 90051-6173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jacko Law Group, PC**
1350 Columbia Street  Suite 300
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jackson George**
558 Shannon Rd RR1
Plainfield, Ontario K0K2V0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,947.50** |
|---|---|---|---|

**Jackson Lewis P.C.**
Attn: Coprorate Officer
PO Box 416019
Boston, MA 02241-6019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:**  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jacobs Patricia**
18131 Langlois Rd. Space G-18
Desert Hot Springs, CA 92241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.741** | **Nonpriority creditor's name and mailing address**

**Jacobson Patricia**
18131 Langlois Road Space G-18
Desert Hot Springs, CA 92241

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.742** | **Nonpriority creditor's name and mailing address**

**Jaeckel Michael**
5525 Camino De Bryant
Yorba Linda, CA 92887

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.743** | **Nonpriority creditor's name and mailing address**

**Jafari, Fred**
717 N Lake Ave
Pasadena, CA 91104

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.744** | **Nonpriority creditor's name and mailing address**

**Jaffe Insurance**
13160 Mindanao Way
Marina Del Rey, CA 90292

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.745** | **Nonpriority creditor's name and mailing address**

**James Casey**
787 N. Palm Canyon Drive
Palm Springs, CA 92262

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.746** | **Nonpriority creditor's name and mailing address**

**James, Randall**
224 Canterbury Court SW
Calgary, AL T2W6C4

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.747** | **Nonpriority creditor's name and mailing address**

**JAMS, Inc.**
PO Box 845402
Los Angeles, CA 90084

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jane Fessier**
**70360 Mottle Circle**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jansson, Gunnar**
**3076 Linksland Rd**
**Mr Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jaque Maria**
**13861 Jasperson Way**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jaramillo, Chris**
**1565 River Oak Road**
**Independence, OR 97351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jarvi Robin**
**520 Smith Flat Road**
**Angels Camp, CA 95222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jarvis, Penfield**
**195 Bloomfield Ave**
**West Hartford, CT 06117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jason Nettleton**
**81608 Rancho Santana Drive**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jay-Mar Designs, Inc.**
**470 Enterprise Street**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jean Robert**
**38-99 Christie Pt SW**
**Calgary, Alberta T3H3K8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jearnow Lewis**
**140 Loch Lomond Rd**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffer, Magels, Butler Et Al**
**P.O. Box 513267**
**Los Angeles, CA 90051-3267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Lane & Associates, Inc.**
**155 N Crescent Dr Ste 411**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey, Keith**
**39788 Somerset Ave**
**Palm Desert, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey, Ken**
**213 Discovery Ridge Way SW**
**Calgary, Alberta T3H5G2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jensen's**
**2465  East Palm Canyon Dr**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jensen, Jens Ole**
**2405 Birney Place**
**North Vancouver, BC V7H1J8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse F. Rodriguez**
**8550 1/2 Luxor Street**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Tanner Event Planning**
**74114 Cosmopolitan Lane**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jewish Family Service of Desert**
**801 E Tahquitz Canyon Way  Suite 202**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Bray, CFP**
**802 Calle Dulcinea**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joanne Baker**
**13082 Mindanao Way**
**Marina del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joanne Reiter Inc.**
**7034 51ST AVE. NE**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jockers, Nancy**
**6016 Sam Snead Tr**
**Billings, MT 59106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Andy McMullen**
**1209 Masterpiece Drive**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Deardorff**
**245 Via San Lucia**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,883.43** |
|---|---|---|---|

**John Hancock**
**Attn:  Legal Dept.**
**30 Dan Road, #55915**
**Canton, MA 02021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid insurance premiums**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Hancock**
**P.O. Box 7247-0290**
**Philadelphia, PA 19170-0290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**John Hancock Long-Term Care**
**P.O.Box 7247-0290**
**Philadelphia, PA 19170-0290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
| | Name | | | |

**3.776** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**John Wong, CIA, CRMA**
**847 N. Topaz Circle**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnson Darrell**
**26582 Blue Water Road**
**., . .**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.778** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnson Margaret**
**4391 Polke Lane**
**Rhinelander, WI 54501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.779** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnson, Dianne**
**34891 Middlecoff Ct**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.780** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnson, Larry**
**1949 Comox St**
**Vancouver, BC V6G1RY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.781** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnson, Wanda Y**
**450 W. Fairway Cir**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Johnston, Douglas**
**365 Canyon Court**
**Grand Junction, CO 81507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johnston, Theresa**
**162 Dore Crescent**
**Saskatoon, Saskatchewan S7K4X7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Johnson**
**Attn: Johnson Builders**
**6940 Jellico Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jones Marijorie**
**W7772 Fur Ln**
**Oxford, WI 53952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joo, Jae Hyun**
**250 N COllege Park Dr Q32**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph A. Davidson Plumbing, Inc**
**P.O.Box 5245**
**Culver City, CA 90231-5245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Huettl**
**j67435 Tamara**
**Cathedral Ciry, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Krensky**
**3623 Jasmine Avenue  #210**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JSK Entertainment**
**52890 Avenida Vallejo**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Junior Golf Foundation of the Desert**
**74403 Desert Bajada Trail**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Junior League of Palm Springs**
**Desert Community**
**P.O.Box 2196**
**Palm Desert, CA 92261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Junxure**
**3651 Trust Drive**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juvenile Diabetes Research Foundation**
**2023 Chicago Ave  Suite B-13**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kahl, Heather**
**13 Straddock Villas SW**
**Calgary, Alberta T3H5C7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kajisa, Satoshi**
**1041 Glendon Ave # 4180**
**Los Angeles, AL 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (*if known*) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kakaria Vijay**
**9680 Lido Court**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kalkwarf, Rhonda**
**112 South Louis Street**
**Mount Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kaminsky Productions**
**303 N. Indian Canyon Drive**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kamryn Hafer**
**73-905 Krug Ave**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kan, Cher**
**5758 Date Ave**
**Rialto, CA 92377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kane John**
**21282 Avenida Nubes**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kanoski Painting**
**82 682 Cody Dr**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaplan Rebecca**
**81655 Prism Dr.**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karakuc Alex**
**9 Straddock Villas SW**
**Calgary, Alberta t3h5c7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kass, Jeffrey**
**2454 Upland Court**
**Livermore, AL 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Katieli Teu**
**12746 Matteson Avenue  #9**
**Mar Vista, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kato, Takuya**
**307 Falcon Creek**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keating, John**
**20 Windgate Drive**
**Windsor Junction, Nova Scotia B2T1G3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keeley, Moira**
**2307 Jackson Ave**
**Seaford, NY 11783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.811** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keiffer Thomas**
**1375 Elmwood Street**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keller Allan**
**70461 Boothill Road**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kells, Lorna**
**2700 Golf Club Drive #41**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.814** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly Anna**
**39320 Camino Piscina**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.815** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly, Wendy**
**120 Mission Hills Drive**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.816** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kempster Ward**
**12321 Katydid Cir**
**San Diego, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keple, Charles**
**2315 Cornwall St # 103**
**Regina, SK S4P2L4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.818** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keren Simchas Chosson**
**712 Montgomery Street**
**Brooklyn, NY 11213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Key Mobile, Inc.**
**78206 Varner Road  #D149**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kikuchi, Toshihiro**
**9 Torrigiani Aisle**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Killarney, Laura**
**706 West St**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kim, Bit Na**
**6233 Adobe Cir**
**Irvine, Ca 92617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kim, James**
**8357 Renwick Dr**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kim, Jeff**
**104 Black Calla Ct**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.825** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kim, Renee**
**2105 Kenilworth Ave**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.826** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kindem, Wayne**
**14146 W. White Rock Drive**
**Sun City West, AZ 85375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kinder, Scott**
**43100 Cook St Suite 100**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.828** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kiner Scott**
**43100 Cook Street**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.829** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**King's School of the Desert**
**67675 Bolero Road**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.830** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**King, Elaine G**
**81620 Ave 49 Lot 256**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.831** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kinworthy, Larry**
**2316 Carol Dr**
**Fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirk Kim**
**1480 Racquet Club Road**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kistner Grace**
**25 San Juan Court**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Klas, Leroy**
**5148 Riverview Crescent**
**Fairmont Hot Springs, BC V0B1L1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Klassen Alicja**
**34 W. 47th Ave.**
**Vancouver, BC V5Y2X8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Klawon, Sandra**
**3670 West Lake Rd PO Box 170**
**Stow, NY 14785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kline Cheryl**
**1 Avenida Carita**
**Fort Myers Beach, FL 33931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Knapp Paula**
**667 Anne Lane**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.839** | **Nonpriority creditor's name and mailing address**

**Knauss, Christopher**
**28516 SW Cascade Loop**
**Wilsonville, CA 97070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.840** | **Nonpriority creditor's name and mailing address**

**Knight, Patty**
**7310 58th Ave NE**
**Seattle, WA 98115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841** | **Nonpriority creditor's name and mailing address**

**Knowles, Michele**
**28841 West Worcester Rd**
**Sun City, CA 92586**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.842** | **Nonpriority creditor's name and mailing address**

**Knox, Linda**
**81379 Joshua Tree Ct**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.843** | **Nonpriority creditor's name and mailing address**

**Kobayashi, Connie**
**1610 Courtland Rd**
**Belmont, CA 94002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.844** | **Nonpriority creditor's name and mailing address**

**Kobayashi, Yoshihiro**
**2950 Columbia Street**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845** | **Nonpriority creditor's name and mailing address**

**Kohs, Perla**
**15455 Blackberry Hill Road**
**Los Gatos, CA 95030-7509**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Koizumi, Noriya**
**1164 Camino Del Rey**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Konaka, Masayasu**
**117 Shinzaike Hiraokacho**
**Kakagawa, Hyogo 675-0101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kono, Satoshi**
**40 Mirador**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Korean American Coalition**
**3540 Wilshire Blvd  #911**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Koreatown Youth& Comm Center**
**3727 W. 6th Street  Suite 300**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kott Gary**
**237 Loch Lomond**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kozaki, Takahiro**
**16 Celano Ct**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.853**  Nonpriority creditor's name and mailing address

**Kraft Nabisco Championship**
**2 Racquet Club Drive**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.854**  Nonpriority creditor's name and mailing address

**Krajchir Stephanie**
**6932 Sylvia Avenue**
**Reseda, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.855**  Nonpriority creditor's name and mailing address

**Kravitz, Inc. Attn: Accounting Dept.**
**16030 Ventura Blvd. Suite 200**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.856**  Nonpriority creditor's name and mailing address

**Kretz, Karen**
**3725 Pacific Ave**
**Long Beach, CA 90807**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.857**  Nonpriority creditor's name and mailing address

**Krizman, William**
**613 12th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.858**  Nonpriority creditor's name and mailing address

**KUB, T M**
**28197 Ajilwood Ct.**
**Menifee, CA 92584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.859**  Nonpriority creditor's name and mailing address

**Kuehlman Helen**
**73321 Desert Greens Dr. No.**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.860** | Nonpriority creditor's name and mailing address

**Kuhn Brandt**
**45950 LasColinas**
**Las Quinta, CA 92253-7237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.861** | Nonpriority creditor's name and mailing address

**Kuhn, Thomsas**
**1380 Callejon Cervantes**
., . .

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.862** | Nonpriority creditor's name and mailing address

**Kunze, Jan**
**1004 NW 38th St.**
**Oklahoma City, OK 73118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.863** | Nonpriority creditor's name and mailing address

**Kussner Suzanne**
**30299 Buck Tail Drive**
**Canyon Lake, CA 92587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.864** | Nonpriority creditor's name and mailing address

**L.A. Registrar Recorder/County Clerk**
**P.O. Box 53120**
**Los Angeles, CA 90053-0120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.865** | Nonpriority creditor's name and mailing address

**LA County Tax Collector**
**P.O. Box 54027**
**Los Angeles, CA 90054-0027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.866** | Nonpriority creditor's name and mailing address

**La Quinta Arts Foundation**
**78150 Calle Tampico #215**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**La Rocca, Carole**
**1930 Kent Dr.**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**La Salle Lighting**
**PO Box 2859**
**Cathedral City, CA 92235-2859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lackey, Robert**
**32175 Michelle Drive**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lake, Michael R.**
**4168 Camino Paz**
**Spring Valley, CA 91977-1106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lakso, James**
**4120 E Fernwood Ave**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lambird Mikell**
**22691 Revere Road**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Land, Judy**
**19356 Branden Iron Road**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.874** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Landberg Jan**
**P.O.Box 794**
**Friday Harbor, WA 98250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.875** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Langdon Jacueline**
**23 Warren Place**
**Winnipeg, Manitoba R2V3P1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.876** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lapidus & Lapidus**
**177 South Beverly Drive**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.877** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larsen Jan**
**P.O.Box 669**
**., . .**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larson, Leonard**
**1681 East Beechwood Drive**
**Layton, UT 84040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lauer Bonnie**
**525 Via Laguna Vista**
**San Luis Obispo, CA 93405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Law Offices Cosgrove, Cosgrove & Hump**
**41-610 Indian Trail Rd**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.881** | **Nonpriority creditor's name and mailing address**
**Law Offices of Adam Bram**
**1274 NORTH CRESCENT HEIGHTS BLVD.**
**#226**
**West Hollywood, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address**
**Lawrence Joseph**
**227 Bellevue Way NE. #84**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address**
**Le Vallauris**
**385 West Tahquitz Canyon Way**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address**
**Leadership Coachella Valley**
**c/o Palm Desert Area Chamber of Commerce**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address**
**Leadership Edu for Asian Pacifics**
**327 E. 2nd Street  Suite 226**
**Los Angeles, CA 90012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address**
**LEAF**
**P.O.Box 644006**
**Cincinnati, OH 45264-4006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | **Nonpriority creditor's name and mailing address**
**Lee ChinYing**
**2212 Calle Taxco**
**West Covina, CA 91792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.888** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lee Ellen Walker**
**72551 Theodora Lane**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lee Robert**
**8008 Modesto Drive**
**Delta, BC V4C4B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lee, Gary**
**703 Avenida Azor**
**San Clamente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lee, I-Hsaun**
**150 E Grandview Ave**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lee, Jin Ki**
**2480 S Quebec St # G**
**Denver, CO 80231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leidal, Karyn**
**1910 21 Ave.**
**Calgary, AB T2T6A2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leidl William**
**4259 Eileen Street**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leitner Pam**
**11077 Palm Blvd**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leliaert, Deborah**
**401 Paradise Cove**
**Shady Shores, TX 76208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lemp Ron**
**1687 NW Farewell Dr.**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lentz Norman**
**10927-41 Avenue**
**Edmonton, Alberta T6J2P3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leonard, Ray**
**55727 Brae Burn**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lewis Judy**
**184 Wild Horse Dr.**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lexus Financial Services**
**P.O. Box 4102**
**Carol Stream, IL 60197-4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lezama, Antelmo**
**4819 San Vicente Blvd #18**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LFS**
**c/o DCH Lexus of Oxnard**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LIBCO INC Attn: Magical Holiday Designs**
**512 E. Redlands Blvd**
**San Bernadino, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liberty Incorporated (Clark Penney)**
**9231 Atelier Drive**
**Anchorage, AK 99507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Licata Shelley**
**Western Pacific Band 7272 Joshua Lane**
**Yucca Valley, CA 92284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lim Gene**
**44444 Parkmeadow Dr.**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lim, Margy**
**566 Little River Way**
**Sacramento, CA 95831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.909** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lin, Chuang Yan**
**1651 E. Michelle St.**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,847.06**

**Lincoln National Life Insurance Co.**
**Attn:  Legal Dept.**
**PO Box 0821**
**Carol Stream, IL 60132-0821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premiums**

Last 4 digits of account number  **7216**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.911** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lindberg, Gary**
**PO Box 1100**
**La Canada, CA 91012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.912** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lindersmith, Steven**
**45525 Via Puebla**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.913** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lindsay Sandra**
**1920 SW River Dr #1101**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lindstrom, Michele L**
**2282 Via Mariposa West Unit O**
**Laguna Woods, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Linklater Amanda**
**9622 Cottowood**
**Howard City, MI 49329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.916** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Linson, Patricia**
**5507 162nd Street**
**Omaha, NE 68116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.917** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lisa Beaty**
**57862 Santa Rosa Trail**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.918** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lisa Dimaria**
**82350 Puccini Drive**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.919** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lisberg David**
**P.O.Box 4207**
**Big Bear Lake, CA 92315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.920** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Liu, Weipang**
**11250 Dale St Apt 56**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.921** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Live It Up Productions**
**2080 Tangerine Court**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.922** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lobe, Judy**
**6036 Tigertail Dr SW**
**Olympia, WA 98512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.923** | Nonpriority creditor's name and mailing address

**Locke Johnathan**
**2252 Shady Hills Drive**
**Diamond Bar, CA 91765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.924** | Nonpriority creditor's name and mailing address

**Lodklin, Carol**
**PO Box 852**
**Rociada, NM 87742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.925** | Nonpriority creditor's name and mailing address

**Lofstrom Karin**
**3492 Southgate Road**
**Ottawa, Ontario K1V9P9**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.926** | Nonpriority creditor's name and mailing address

**Loma Linda University Children's Hos**
**P.O.Box 2000**
**Loma Linda, CA 92354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.927** | Nonpriority creditor's name and mailing address

**Loney Mary**
**556 Sunset Lane West**
**Hinesburg, VT 05461**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928** | Nonpriority creditor's name and mailing address

**Long Karen**
**2785 Arbor View Lane**
**Lompoc, CA 93436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929** | Nonpriority creditor's name and mailing address

**Lopez Tracy**
**2966 Valera Court**
**Vienna, VA 22181**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lopez, Ruelle**
**12132 Ironstone Dr**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lopez, Tracy**
**2966 Valera Court**
**Vienna, VA 22181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lord, Trevor**
**Villa 8 25 Temperley Street**
**Nicholls, ACT 02913-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Los Angeles County Tax Collector**
**L.A. County Tax Collector**
**Los Angeles, CA 90054-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.934** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Los Angeles Dept. of Water & Power**
**P.O. Box 30808**
**Los Angeles, CA 90030-0808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lott, Kay**
**2320 Perry Court**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.936** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Loun Theresa**
**462 Taylor Dr.**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.937** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Loving All Animals**
**73-550 Alessandro Drive**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.938** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lowery Property Advisors**
**105 Decker Court  Suite 810**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.939** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LQ Blackhawk Brigade Band**
**P.O. Box 10625**
**Palm Desert, CA 92255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lu, Andrew**
**8521 International Ave Apt 232**
**Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.941** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lucero Sherri**
**P.O.Box 8483**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.942** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lulu California Bistro**
**200 S. Palm Canyon Dr.**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.943** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lum Connie**
**P.O.Box 4977**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lumpy's**
**72769 Dinah Shore Drive**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lund, Bob**
**RR2 Site4 Box9**
**Red Deer, Alberta T4N500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lykken, Al**
**3616 214th Ave E**
**Lake Tapps, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lync Technologies Inc,**
**C/O Satuit Technologies  Inc.**
**Norwell, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.948 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lynch, Richard**
**PO BOX 985**
**Temecula, CA 92593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lysik William**
**21 Woodridge Drive**
**Hockessin, Al 19707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MacLeod-Roemer, Jake**
**267 Santa Barbara Cir**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Macros, Paulette**
**7117 E Meseto Ave**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maculans, Ronald**
**900 W Sierra Madre Ave Unit # 74**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Madigan Farro, Lorraine**
**82 Legendary Trail**
**Stouffville, ON L4A1N6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Madison Tim**
**115 E. Main St. # 10**
**Auburn, WA 98002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maeda Chris**
**1390 Iverson Place**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maggiacomo Joseph**
**4499 Chamonix Ct.**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mahlberg Ray**
**5956 Silverleaf Drive**
**Foresthill, CA 95631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maile, Klein**
2070 Calle Lileta
Palm Springs, CA 00092-2632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MailFinance**
25881 Network Place
Chicago, IL 60673-1258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Make-A-Wish of Orange County & The Inlan**
14232 Red Hill Ave
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Makowski, David**
2734 Castlewood Lane
Simi Valley, CA 93065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maldonado, Viola**
15010 South Main Street
Gardena, CA 90248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Malone, Yvonne**
808 S 10th Ave
St. Charles, IL 60174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mambourg Floris**
6546 SW Virginia Avenue
Portland, OR 97239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.965** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Manatt Phelps Phillips**
**11355 West Olympic Blvd**
**Los Angeles, CA 90064-1614**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Mangiaterra, Samuel**
**10282 Farmington St**
**Oak Hills, CA 92344**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.967** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Mann Gelon Glodney & Augenstein**
**1880 Century Park East**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Mann Jeffrey**
**33399 Manning St**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.969** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Manning, Reesa**
**4 Wake Forest Ct.**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Mantis Constance**
**2701 S. Idaho Rd. #534**
**Apache Junction, AZ 85119**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971** | **Nonpriority creditor's name and mailing address** | | **$0.00**

**Manus, Michael**
**34663 Yale Drive**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marc Koven**
**80621 Declaration Avenue**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marchant Trisha**
**11937 Blue Heron Dr.**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marchionni, Leonard**
**33 Clubhouse Way**
**Sutton, MA 01590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maria Garcia**
**3850 E. Calle do Ricardo  #B**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Hayek**
**11 Vista Mirage Way**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Hayek**
**11 Vista Mirage Way**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Hayek**
**11 Vista Mirage Way**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Thatcher, CRPC**
**41866 Yucca Lane**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marks Teresa**
**900 N. 90th**
**Seatlle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marlo Productions, Inc.**
**57893 Hidden Gold Drive**
**Yucca Valley, CA 92284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marshall, Mark**
**1968 E. Chia Rd**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martha's Village & Kitchen**
**83791 Date Ave.**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Marleh**
**8612 Whitesails Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Michael**
**10080 Sir Lancelot Drive**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.986** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Martin Ronald**
**4308 NE 186th Street**
**Lake Forest Park, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.987** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Martin Sandra**
**17 Via Mariposa**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.988** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Martin, Greg**
**13014 Canso Place SW 91 Laredo Lane**
**Calgary, AB T2W3B1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.989** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Martinez Louise**
**4868 Serra Ave.**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.990** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Marywood Palm Valley School**
**35-525 Da Vall Road**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.991** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Masco, Janis**
**25 Rosalind Road**
**Brick, NJ 08724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.992** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mason Cindy**
**1470 16th NE**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Massey, David**
**19965 Apple Creek Ln**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Master's Refreshment Services, LLC**
**16666 Smoketree Street  Suite B2**
**Hesperia, CA 92345-6116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Matlock, Sheryl**
**335 Prospect Ave**
**Long Beach, CA 90814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Maund, David**
**14032 205th Ave NE**
**Woodinville, WA 98077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Maximum Security**
**P.O.Box 1566**
**Palm Springs, CA 92263-1566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Maxon, Carolyn**
**1142 Scott Avenue**
**Bremerton, AL 98310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**May Todd**
**1255 E. Rosarito Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.100 0**

**Nonpriority creditor's name and mailing address**
**May, M.Judith T.**
**42600 Cook St. Suite 110**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.100 1**

**Nonpriority creditor's name and mailing address**
**McCallum Theatre**
**73000 Fred Waring Dr.**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.100 2**

**Nonpriority creditor's name and mailing address**
**McCarthy, Tim**
**11382 Sage Street**
**Ventura, CA 93004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.100 3**

**Nonpriority creditor's name and mailing address**
**McCarty, Walter**
**354 San Francisco Ave**
**Ventura, CA 93004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.100 4**

**Nonpriority creditor's name and mailing address**
**McCourt, Doug**
**1775 E Palm Canyon Dr Suite 110-337**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
**McCreary Tim**
**7830 Mountain Ash Drive**
**Concord Twp, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
**McCulley Laurie**
**3195 Oakcrest Dr.**
**Forest Grove, OR 97116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.100 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McDonald Selznick Associates, Inc.**
140 Broadway  46th Floor
New York, NY 10005

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McDonald, Les**
608 34th Ave South
Cranbrook, BC V1C6L9

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McDonald, Tom**
9351 Back Hills Way
San Diego, CA 92129

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McFarland, Patricia**
55 Tierra Plano
Rancho Santa Margarita, CA 92688

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mcginnis, Pamela**
2347 Westbrook Ct
Claremont, CA 91711

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McGuire Kathleen**
400 Shea Lane
Long Beach, CA 90803

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McKenzie, John**
125 Harmonia Cres.
Woodbridge, Ontario L4L3Y2

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McKnight, Barbara**
**28425 Championship Dr**
**Moreno Valley, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McLain, John**
**14324 Travers Ct**
**Moreno Valley, CA 92553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McLean Company Rentals**
**477 S. Palm Canyon Drive Suite 1**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McLintock Janet**
**657 Eaglewood Court**
**Qualicum Beach, BC V9K0A3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McLure John**
**10 Gillingham Ave.**
**Winnipeg, Manitoba R3T3S9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McManus John**
**1180 High Road**
**Santa Barbara, CA 93108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**McMillan, James**
**46 Lake Shore Road**
**Grosse Pointe Farms, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**McQuillen Karen
235 Lowell Street
Reading, MA 01867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**McQuitty, William
3125 11th Street
Silvis, IL 61282**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

**McRoberts, Carol
PO Box 162
Turlock, CA 95381-0162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**McVicar Diarmid
823 Mallory Avenue
Parksville, BC V9P2M1**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**Melanson, David
1053 Malibu Canyon
Brea, CA 92821**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**Mele, Lynne
214 Quail Covey Ct
Lincoln, CA 95648**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**Menotti, Patricia
3395 Brownstone Court
Post Falls, ID 83854**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.102 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mercedes-Benz Financial**
**PO Box 5209**
**Carol Stream, IL 60197-5209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mercedes-Benz of Palm Springs**
**4095 East Palm Canyon Drive**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merinuk, Edward**
**192 Malibu Dr**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merriman Cecily**
**P.O.Box 245 8368 Dolly Varden**
**Kings Beach, CA 96143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merritt, Carmen**
**6401 45th Place North**
**Crystal, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metzger, Gary**
**23762 Mulligan Mile**
**Rapid City, SD 57702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Meyers, Jean**
**11307 Lorene St**
**Whittier, CA 90601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.103 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mezzoni, Ed**
**703 Apple Ct**
**Windor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Miao, Jessica**
**1132 S Spring Meadow Dr**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael McConnell**
**14 Monarch Bay Plaza  Suite 292**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Merino**
**5881 Gloxina Drive**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michaels Custom Framing & Gallery**
**1717 E Vista Chino A7-424**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michele Sarna**
**67 E. Sutton Place**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michele Sarna, AIF, AWMA**
**74137 Academy Lane E.**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Advisor. For notice purposes only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.104 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Mickelson, Mark**<br>**9230 SE Johns Ct**<br>**Happy Valley, OR 97086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.104 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Mictchell, Marilyn**<br>**9217 Atlantis St.**<br>**Spring Valley, CA 91977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.104 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Middleton, Kari**<br>**39087 Paradise Way**<br>**Cathedral City, CA 92234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.104 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Midorikawa, Yosuke**<br>**100 Bayview Circle Sutie 6000**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.104 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Miguel Contreras Foundation**<br>**P.O. Box 57218**<br>**Los Angeles, CA 90057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.104 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Mike Lugay Design Solutions**<br>**142 Paseo de la Concha Unit i**<br>**Redondo Beach, CA 90277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

**3.104 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Mike McConnell**<br>**34004 Selva Road, Unit 377**<br>**Dana Point, CA 92629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Former Advisor. For notice purposes only.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**Miles Ann**
**26 Ocean Grove Lane**
**Waretown, NJ 08758**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Miles Bryan**
**#3- 14655 32nd Avenue**
**Surrey, AL V4P3R6**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Miller, Donna**
**2568 Highland Trail**
**Bullhead City, AZ 86442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**Miller, J.F.**
**1531 E Jefferson Way Apt 212**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**Miller, Taylor**
**PO Box 1801**
**Running Springs, CA 92382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**Mills, Mardi**
**3618 NE 137th St.**
**Seattle, WA 98125**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**Miltner, William**
**580 Canyon Vista Drive**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.105<br>6 | **Nonpriority creditor's name and mailing address**<br>**Mince, David**<br>**5751 Cochran Street**<br>**Simi Valley, CA 93063** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105<br>7 | **Nonpriority creditor's name and mailing address**<br>**Mission Hills Employee Scholarship Fund**<br>**78-091 Red Hawk Lane**<br>**La Quinta, CA 92253** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105<br>8 | **Nonpriority creditor's name and mailing address**<br>**Mitchell, Cynthia**<br>**12945 Caminito Dosamantes**<br>**12945 Caminito, CA 92128** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105<br>9 | **Nonpriority creditor's name and mailing address**<br>**Miwa, Grace**<br>**2300 Maple Avenue Unit 99**<br>**Torrance, CA 90503** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>0 | **Nonpriority creditor's name and mailing address**<br>**Mizell Senior Center**<br>**480 S. Sunrise Way**<br>**Palm Springs, CA 92262** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>1 | **Nonpriority creditor's name and mailing address**<br>**Mizzigili, Karin**<br>**3843 W Avenue N3**<br>**Palmdale, CA 93551** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106<br>2 | **Nonpriority creditor's name and mailing address**<br>**Moisey, Bruce**<br>**31375 Faja Caballeros**<br>**Cathedral City, CA 92234** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Moore John** | ☐ Contingent | |
| | **262175 Poplar Hill Dr. NW** | ☐ Unliquidated | |
| | **Calgary, Alberta T3R1C9** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Moore, Michael** | ☐ Contingent | |
| | **8 Crown Court** | ☐ Unliquidated | |
| | **Rancho Mirage, CA 92270** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Moorhouse, Kathy** | ☐ Contingent | |
| | **2552 Slnging Vista Way** | ☐ Unliquidated | |
| | **El Cajon, CA 92019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Moraveck, Henry** | ☐ Contingent | |
| | **7443 W. 81st Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90045** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Moreno, Alejandro** | ☐ Contingent | |
| | **12581 Spindletop Rd** | ☐ Unliquidated | |
| | **San Diego, CA 92129** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Morgan Karen** | ☐ Contingent | |
| | **2928 Denver St.** | ☐ Unliquidated | |
| | **San Diego, CA 92117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Morgan Pressel Foundation** | ☐ Contingent | |
| | **7559 Fairmont Ct** | ☐ Unliquidated | |
| | **Boca Raton, FL 33496** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.107 0**

**Nonpriority creditor's name and mailing address**
**Morgan Stanley Smith Barney LLC**
**70 West Madison  Suite 500**
**Chicago, IL 60602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**
**Morgan-Saucedo, Frances**
**PO Box 62**
**LaCoste, TX 78039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
**Morken Doreen**
**11329 Stroke Cutters Drive**
**Taft, CA 93268**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
**Morris Desert Media**
**1321 North Gene Autry Trail**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
**Morris, James**
**17920 NE 154th Street**
**Woodinville, WA 98072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**Morris, Roy**
**2515 Fourth Ave Apt 2408**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**Morrison, Nancy**
**213 Mapleridge Drive**
**Mankato, MN 56001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Morrison, Tara** | ☐ Contingent | |
| | **6333 College Grove Way Unit # 11-101** | ☐ Unliquidated | |
| | **San Diego, CA 92115** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mortimer, Leslie** | ☐ Contingent | |
| | **112 Brookline St** | ☐ Unliquidated | |
| | **Moraga, CA 94556** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mosel, Susan** | ☐ Contingent | |
| | **131 Elm Street** | ☐ Unliquidated | |
| | **Oregon, WI 5375-1525** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mourning Star Center of the VNAIC** | ☐ Contingent | |
| | **42600 Cook St.       Ste. 202** | ☐ Unliquidated | |
| | **Palm Desert, CA 92211** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mrachek Rebecca** | ☐ Contingent | |
| | **7212 Eads Ave.** | ☐ Unliquidated | |
| | **La Jolla, CA 92037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mt. Jacinto Ladies Golf Team** | ☐ Contingent | |
| | **1499 N. State St.** | ☐ Unliquidated | |
| | **San Jacinto, CA 92583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Mueninghoff, Eric** | ☐ Contingent | |
| | **PO Box 5373** | ☐ Unliquidated | |
| | **Palm Springs, CA 92263** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mulcahy, Walter**
**81579 Avenida De Baile**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mules, Heather**
**904 Chi Chester**
**Gabriel Island, BC V0R1X1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mullet, Michele**
**16221 Black Bart Dr**
**Willits, CA 95490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mullins, Suzanne**
**253 South Lane**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mumford Colleen**
**2600 NE Minnehaha St. # 137**
**Vancouver, WA 98665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mupas, Garry**
**10425 La Donia Lane**
**Mentone, CA 92359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Murao, Junichi**
**870 Hilgard Ave 412**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.109 1**

Nonpriority creditor's name and mailing address
**Murphy John**
**11503-100th Ave. Ste505**
**Edmonton, Alberta T5K2K7**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.109 2**

Nonpriority creditor's name and mailing address
**Museum of the Moving Image**
**36-01 35 Avenue**
**Astoria, NY 11106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.109 3**

Nonpriority creditor's name and mailing address
**Musselman, Kim**
**50-19160-119th Avenue**
**Pitt Meadows, BC V3Y2L7**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.109 4**

Nonpriority creditor's name and mailing address
**Mustain, Wendy**
**981 King John Way**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.109 5**

Nonpriority creditor's name and mailing address
**My Little Flower Shop**
**861 N. Palm Canyon Drive**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.109 6**

Nonpriority creditor's name and mailing address
**Nagata, Koji**
**25 Pacifica # 5334**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.109 7**

Nonpriority creditor's name and mailing address
**Nance Noella**
**74051 Erin St.**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.109 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NAPLIA (North American Professional Liab** 161 Worcester Rd #504 Framingham, MA 01701 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Narinson, Edward** 1535 N Kenmore Ave Apt 1A Los Angeles, CA 90027 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **NASD Regulation, Inc.** NASD Regulation  Inc CRD-IARD Philadelphia, PA 19175-9995 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Naslund, Katherine** 2550 Resevoir Rd Clarkston, WA 99403 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nason Richard** 7703 E. Bisbee Rd Scottsdale, AZ 85258 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nat'l Notary Assoc.** P.O. Box 541032 Los Angeles, CA 90054-1032 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.110 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Natalier, Michelle** 4008 Rochester Rd San Diego, CA 92116 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Notice Purposes Only** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**National Center for Lesbian Rights**
**870 Market Street  Suite 370**
**San Francisco, CA 94102**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**National Labor College**
**10000 New Hampshire Avenue**
**Silver Springs, MD 20903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**National Notary Association**
**PO Box 541032**
**Los Angeles, CA 90054-1032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Nebraska Dept. of Insurance**
**Terminal Bldg.**
**Lincoln, NE 68508-3690**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Nelson H D**
**79269 Sign of Spring**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Nelson, Robert**
**9109 Webb Kay**
**Dallas, TX 75243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**Nelson, WIlliam**
**1010 Leyland**
**West Vancouver, BC V7T2L4**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Neofunds by Neopost**
**Attn: Legal Dept.**
**PO Box 740407**
**Tampa, FL 33630-3139**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Neofunds by Neopost**
**P.O. Box 30193,**
**Tampa, FL 33630-3193**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**NeoPost**
**Attn: Corporate Officer**
**2304 Tarpley Rd., Ste. 134**
**Carrollton, TX 75006**

**Date(s) debt was incurred __**

**Last 4 digits of account number  9071**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

**$432.05**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**NeoPost**
**2304 Tarpley Road, Suite 134**
**Carrollton, TX 75006**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

**Nettleton Inc**
**81608 Rancho Santana Dr**
**La Quinta, CA 92253**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**

**Nevada Division of Insurance**
**1818 E. College Pkwy  Suite 103**
**Carson City, NV 89706**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

**New Systems Exterminating**
**P.O. Box 5039**
**Playa Del Rey, CA 90296**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.111<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Newport Beach Chamber of Commerce**<br>**20351 Irvine Avenue  #C-5**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Neymeyer, Dennis**<br>**22813 77th Avenue SE**<br>**Woodinville, WA 98072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **NHRA Medical Group, Inc.**<br>**471 N. Old Newport Blvd.  #302**<br>**Newport Beach, CA 92663** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Nicholas Cunnington**<br>**21 Granville Street**<br>**Ladera Ranch, CA 92694** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Nicholson, Joan**<br>**405 1488 Hornby Street**<br>**Vancouver, BC V6Z1X3** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Nicholson, Suzzanne**<br>**184 Mafeking Avenue**<br>**Ottawa, Ontario K1K2V5** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Nick Cunnington**<br>**2230 W. Everest Lane, Suite 100**<br>**Meridian, ID 83646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Former Advisor. For notice purposes only.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.112 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicole Smaga**
**3710 E Calle de Carlos Apt 3**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicole Smaga Opsis Architecture**
**920 NW 17th Ave.**
**Portland, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nicoll, Timothy**
**3091 Meadowstone Dr**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nielsen, Keith**
**2164 North Berne Drive**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Niles Laura**
**19 Jackdaw Ct.**
**Sacrament, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nishiguchi Jun**
**854 Saint Vincent**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nishimaki Yoshihito**
**3305 Kashiwa St.**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

**Nolan-Houston, Norma**
**10569 Lanigan Rd**
**Apple Valley, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**Nolfi, Mary**
**34800 Staccato St**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**Noteworthy Moving**
**521 Commercial Street**
**Glendale, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**NYNEX**
**P.O. Box 1100**
**Albany, NY 12250-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**O'Conner Louise**
**24 Brookside Circle**
**Ogunquit, ME 03907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**O'Connor, James**
**78755 Iron Bark Drive**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

**Oak Valley Golf Academy**
**20530 Earlgate St. Ste.100**
**Diamond Bar, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.114 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Oberaigne Thomas**
**74134 Scholar Lane East**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ocean Train, LLC Attn: Live Magazine**
**611 S. Palm Canyon Drive  Suite 7-548**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Office of Finance, City of Los Angeles**
**P.O. Box 30716**
**Los Angeles, CA 90030-0716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Oifce of the Secretary of State**
**PO Box 83720**
**Boise, ID 83720-0080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ohtsuki, Koh**
**14010 North Creek Dr # 3012**
**Mill Creek, WA 98012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Okamoto, Clifton**
**73826 Masson Street**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Okey, Marjorie**
**69466 Camino Bonita**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | | |
|---|---|---|---|
| | Name | Case number (if known) | 6:17-bk-15816-MH |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Olive  Crest**
**73-725 El Paseo Dr.**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Olson, Erik**
**1704 Malvern Hill Place**
**Duluth, GA 90097**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**On Target Media**
**31855 Date Palm Dr  Suite 3-181**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**One America**
**Attn:  LBX 5391**
**350 East Devon Avenue**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**One El Paseo North, LLC**
**Attn:  Legal Dept.**
**1919 Grand Ave., Suite 2A**
**San Diego, CA 92109**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Lease of business premises in Palm Desert, CA**

Is the claim subject to offset? ■ No ☐ Yes

**$20,878.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**One El Paseo North, LLC**
**Attn:  Thomas J. Polis**
**Polis & Associates, APLC**
**19800 MacArthur Blvd., Suite 1000**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Counsel to One El Paseo North LLC. For Notice Purposes Only.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.115 3**

**Nonpriority creditor's name and mailing address**
**Ong Encina**
**6 River Glade Court**
**Sacramento, CA 95831**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115 4**

**Nonpriority creditor's name and mailing address**
**Opera Arts**
**P.O. Box 5433**
**Palm Springs, CA 92263**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115 5**

**Nonpriority creditor's name and mailing address**
**Operation Good Works, Inc.**
**75400 Gerald Ford Drive  #110**
**Palm Desert, CA 92211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115 6**

**Nonpriority creditor's name and mailing address**
**Orange County Clerk-Recorder Attn: Ficti**
**12 Civic Center Plaza, Room 106**
**Santa Ana, CA 92701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115 7**

**Nonpriority creditor's name and mailing address**
**Orange County, Make-A-Wish**
**14232 Red Hill Ave**
**Tustin, CA 92780**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115 8**

**Nonpriority creditor's name and mailing address**
**Orenelas, Louis**
**422 Robinson Drive**
**Tustin, CA 92782**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.115 9**

**Nonpriority creditor's name and mailing address**
**Oshona Karen**
**7811 N. Neva**
**Niles, IL 60714**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.116 0**

**Nonpriority creditor's name and mailing address**
**OToole, Maryann**
**9007 SVL**
**Victorville, CA 92395**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**
**Otsubo, Nobumasa**
**8775 Costa Verde Blvd # 301**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**
**Oughton, Carolyne**
**459 Brookmere Cres. SW**
**Calgary, AB T2W2R2**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**
**Ouzts, Debra**
**1 Stormy Night Lane Sun City Hilton Head**
**Bluffton, SC 29909**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 4**

**Nonpriority creditor's name and mailing address**
**Owens, G.L.**
**2212 Mills Park Circle**
**Milford, IA 51351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
**Ozawa, Steve**
**850 E Ocean Blvd # 1602**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
**Pachciarz, Judith**
**12135 Emilita St.**
**North Hollywood, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.116 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Advisors**
480 N. Indian Hill Blvd. Suite 2A
Claremont, CA 91711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Investment Management Company (P**
Client Billing Department PO Box 512129
Los Angeles, CA 90051-0129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Packer, Les**
254 Desert Falls Drive East
Palm Desert, CA 92211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pagay Kevin**
94-1228C kipa'a Place
Waipahu, HI 96797

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palacios, Eleanor**
144 Hermann St
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Desert Chamber of Commerce**
72-559 Highway 111
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Desert High School Cheer**
74-910 Aztec Road
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.117 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Desert Middle School -Odyssey of th**
**40880 Avenida Calafia**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Springs Alarm**
**P.O. Box 3294**
**Palm Springs, CA 92263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Springs Art Museum**
**P.O.Box 2310**
**Palm Springs, CA 92263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Springs Art Museum PS**
**101 Museum Dr.**
**., . .**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Springs Chamber**
**190 West Amado Road**
**Palm Springs, CA 92262-5519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Springs Disposal Svc.**
**P.O. Box 2711**
**Palm Springs, CA 92263-2711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palm Springs International Film Festival**
**181 South Civic Drive Suite 1**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.118**
**1**

**Nonpriority creditor's name and mailing address**

**Palm Springs Life**
**1745 Greens Road**
**Houston, TX 92262-5507**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118**
**2**

**Nonpriority creditor's name and mailing address**

**Palm Springs Mirror And Glass**
**34040 Date Palm Dr  Cathedral City 92234**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118**
**3**

**Nonpriority creditor's name and mailing address**

**Palm Springs ModCom**
**PO Box 4738**
**Palm Springs, CA 92263**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118**
**4**

**Nonpriority creditor's name and mailing address**

**Palm Springs Post Office Attn: Brian**
**333 E Amado Road**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118**
**5**

**Nonpriority creditor's name and mailing address**

**Palm Springs SunUp Rotary Foundation**
**31855 Date Palm Dr.  Suite 3-318**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118**
**6**

**Nonpriority creditor's name and mailing address**

**Palm Springs USO**
**3400 E Tahquitz Canyon Way Ste 9**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118**
**7**

**Nonpriority creditor's name and mailing address**

**Palms To Pines Mirror & Glass, Inc**
**83-791 Ave 45**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
**Paquin Michael**
**25656 Spicewood Street**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
**Parden, George JR**
**198 Laverne Way**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
**Pare, Marsha**
**5717 E Rocking Horse Way**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
**Pare, Marshas**
**5717 E Rocking Horse Way**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.119 2**

**Nonpriority creditor's name and mailing address**
**Pareto Systems**
**101-1593 Sutherland Ave**
**Kelowna, BC V1Y5Y7**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.119 3**

**Nonpriority creditor's name and mailing address**
**Park, Steve**
**4816 Palm Drive**
**La Canada, CA 91011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.119 4**

**Nonpriority creditor's name and mailing address**
**Parkinson's Resource Organization**
**74-478 Highway 111**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.119 5**

**Nonpriority creditor's name and mailing address**
**Partee Susan**
**297 Paseo Primavera**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 6**

**Nonpriority creditor's name and mailing address**
**Pasemko, Ruth**
**212 4074 Gellatly Rd**
**Westbank, BC V4T2S8**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 7**

**Nonpriority creditor's name and mailing address**
**Pastry Swan Bakery**
**68-444 Perez Rd  Suite C**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 8**

**Nonpriority creditor's name and mailing address**
**Patmore, Barry**
**16732 Monte Hemoso Do**
**Pacific Palasides, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
**Patrick Scott**
**375 Grenville Ave.**
**Orillia, CA L3V7P5**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
**Patrone, Jerry**
**65093 Blue Sky Circle**
**Desert Hot Springs, CA 92240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
**Pattok, Dan**
**316 W lake Samish Dr**
**., . .**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.120 2**

**Nonpriority creditor's name and mailing address**

Pattok, R Dan
316 W Lake Samish Dr # 11
Bellingham, WA 98229

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

Paul E. Stansen, APC
26500 Agoura Road  #545
Calabasas, CA 91302

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

Paula Hart
8309 Payton
Irvine, CA 92620

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

Paws & Hearts
74-854 Velie Way
Palm Desert, CA 92260

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

PDHS Dance Team Boosters
74910 Aztec Way
Palm Desert, CA 92260

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

Peeler, Donald
290 Coble Drive
Cathedral City, CA 92234

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

Peet, Lana
16465 Sarape Drive
San Diego, Ca 92281

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

**3.120 9**

**Nonpriority creditor's name and mailing address**
**Pelletier Gerry**
**18 Bleinham Court**
**Thornhill, Ontario L3T5t4**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 0**

**Nonpriority creditor's name and mailing address**
**Penny Salamida**
**76906 Scimitar Way**
**Palm Desert, CA 92211**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**
**Pennycook, Rod**
**31 Via Bella**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 2**

**Nonpriority creditor's name and mailing address**
**PenSys Inc.**
**2440 Professional Drive  Suite 100**
**Roseville, CA 95661**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 3**

**Nonpriority creditor's name and mailing address**
**Penta Building Group**
**44-250 Monterey Group**
**Palm Desert, CA 92269**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
**Peralta, Nelson**
**238 East 82nd Street**
**Los Angeles, CA 90003**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
**Perez Rosa**
**8 Porter St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.121 6**

**Nonpriority creditor's name and mailing address**
**Perez, John**
**8288 Kirkwood Ct**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**
**Perfect Weather**
**P.O. Box 13308**
**Palm Desert, CA 92255**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**
**Perry, Jeffrey**
**16410 Argent Road**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**
**Perry, Shonna**
**69752 Camino Pacifico**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**
**Perusek, Gail**
**1287 Summit Ave**
**Province, OH 44107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**
**Peterson, Dale**
**3528 Ben Hogan Lane**
**Billings, MT 59106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**
**Peterson, Philip**
**5519 W 70th Street**
**Edina, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Petrie, Ronald**
**6631 Rockglen Avenue**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Petty, Kathleen**
**4335 Van Nuys Blvd # 309**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pfeiffer, Rosemary**
**5012 Palmetto Ave.**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Phipps Kimberly**
**9 Lago De Palmas**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Piechocki, Maria**
**405 Pearl St**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIHRA District 18 Treasurer**
**c/o Lund & Guttry LLP 39700 Bob Hope Dri**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pike Lois**
**634 Hospitality Dr.**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.123 0**

**Nonpriority creditor's name and mailing address**
Piro, Leslie
1212 Green St
Glendale, CA 91205

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**
Pitney Bowes
P.O.Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**
Pitney Works
PO Box 85042
Louisville, KY 40285-5042

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**
PKS Conversion Team
18 Corporate Woods Blvd  4th Floor
Albany, NY 12211

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**
Plaga, Julie
1076 Jamie Drive
Concord, CA 94518

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**
Plappert, Russ
1750 Blackbird Circle
Carlsbad, CA 92011

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 6**

**Nonpriority creditor's name and mailing address**
Platamone, Chris
37818 Drexell Dr
Palm Desert, CA 92211

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.123 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Point 7 West**
**51-025 Avenida Mendoza  Suite 102**
**La Quinta, CA 92253**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Polar Barr Air Conditioning, Inc.**
**41921 Beacon Hill**
**Palm Desert, CA 92211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Polsinelli PC**
**PO Box 878681**
**Kansas City, MO 64187-8681**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pon Gary**
**232 Hawkviwe Manor Place NW**
**Calgary, Alberta t3g2z6**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ponech Bill**
**1159 Glacier Drive**
**Lethbridge, Alberta T1K3G4**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Poole, April**
**3061 Buena Vista Dr**
**Springfield, IL 62707**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Poon, Karen**
**4499 Via Marisol # 237**
**Los Angeles, CA 90042**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pope, Eileen**
**2101 Wilmette Ave**
**Wilmette, IL 60091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Posey, Wendy**
**39872 Somerset Ave**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pospyhalla, Diane**
**408 West Oak Street**
**Cottage Grove, CA 53527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Post Master**
**74801 Hovley Lane East**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PostNet**
**74-998 Country Club Dr.**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Potter Joan**
**659 Oleander Dr.**
**Los Angeles, CA 90042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Poulin, Rebecca**
**235 Lowell Street**
**Reading, MA 01867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Integrated Wealth Management, Inc., a California corporation** |
| | Name |

Case number (if known)    **6:17-bk-15816-MH**

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Poulsen, Kathelene**
**3838 Fawn Run Way**
**Antelope, CA 95843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Notice Purposes Only**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.125 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Poulsen, Kathelene**
**3838 Fawn Run Way**
**Antelope, CA 95843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Notice Purposes Only**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Powell, Mark**
**27840 Mount Triumph Way**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Notice Purposes Only**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.125 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Poxon, Eva**
**7317 Fitzsimmons Road South**
**Whistler, BC V0N1B7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Notice Purposes Only**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.125 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Pratt, Juanita**
**7475 Dancy Rd**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Notice Purposes Only**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Presensoft**
**720 N. Post Oak Road  Suite 300**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Notice Purposes Only**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.125 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Prest Vuksic Architects**
**44530 San Pablo Avenue  Suite 200**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:   Notice Purposes Only**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Price Cindy**
**9971 Scripps Westview Way # 21**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

**Print Technology Solutions**
**1600 N. Kraemer Blvd.**
**Anaheim, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

**Priority Mailing Systems**
**1843 Western Way**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

**Prometheus Global Media**
**770 Broadway  15th Floor**
**New York, NY 10003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**Proshred Security**
**Attn:  Corporate Officer**
**17951 Sky Park Circle, Suite D**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Document shredding services**

Is the claim subject to offset? ■ No  ☐ Yes

**$45.00**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**Proulx, Jennifer**
**1830 Monterey Avenue**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Pry Anita**
**13626 Joshua Lane**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**PS Art Museum**
**101 North Museum Drive**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**PS Regional Association of REALTORS**
**4045 E. Ramon Road**
**Palm Springs, CA 92264**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**PS SunUp Rotary Foundation**
**31855  Date Palm Drive  Suite 3-138**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**PSHA Attn: Clubs Fore Kids**
**P.O. Box 4507**
**Palm Springs, CA 92263**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Ptacek, Mary**
**2748 Canarsy Ct**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Pummill, Don**
**1905 Orange Avenue Apt 1406**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**Pung Julie**
**4535 Yorktown Lane N.**
**Plymouth, MN 55442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.127 2**

**Nonpriority creditor's name and mailing address**

**Purchase Power**
P.O. Box 856402
Louisville, KY 40285-6042

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

**Purshe Kaplan Sterling Investments**
18 Corporate Woods Blvd.  4th Floor
Albany, NY 12211

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

**Quagliani, Dennis**
5 University Circle
Rancho Mirage, CA 92270

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

**Qualls Sheila**
32707 Dorset Ct.
Temecula, CA 92592

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

**Qucackenbush, Larry**
P.O.Box 2199
Victorville, CA 92393

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

**Quin, Carol**
611 S Palm Canyon Dr 7316
Palm Springs, CA 92264

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

**Quinteros, Joe**
27108 Calendula Street
Corona, CA 92883

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.1279**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Quirante, Margaret** | ☐ Contingent | |
| **PO Box 31** | ☐ Unliquidated | |
| **Joshua Tree, CA 92252** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.1280**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **R & R Brodcasting** | ☐ Contingent | |
| **2100 E Tahquitz Canyon Way** | ☐ Unliquidated | |
| **Palm Springs, CA 92262** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.1281**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **R2 LLC** | ☐ Contingent | |
| **P.O. Box 540731** | ☐ Unliquidated | |
| **North Salt Lake, UT 84054** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.1282**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rachel Zeidman** | ☐ Contingent | |
| **41 Madison Avenue  33rd Floor** | ☐ Unliquidated | |
| **New York, NY 10010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.1283**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rachubka David** | ☐ Contingent | |
| **2050 Fearn Ave.** | ☐ Unliquidated | |
| **Los Osos, CA 93402** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.1284**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rafael Gary** | ☐ Contingent | |
| **3625 Lurline Way** | ☐ Unliquidated | |
| **Santa Rosa, CA 95405** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.1285**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ramco Electrical Company** | ☐ Contingent | |
| **3645 Globe Avenue** | ☐ Unliquidated | |
| **Los Angeles, CA 90066** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.128 6**

**Nonpriority creditor's name and mailing address**
**Ramones, Sheldon**
**342 Eola Drive**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.128 7**

**Nonpriority creditor's name and mailing address**
**Rancho Mirage Chamber of Commerce**
**42520 Bob Hope Drive**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.128 8**

**Nonpriority creditor's name and mailing address**
**Randolph, Robert**
**3136 Corte Hermosa**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.128 9**

**Nonpriority creditor's name and mailing address**
**Ranney, Helen**
**5346 Isle Royal Court**
**West Bloomfield, MI 48323**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.129 0**

**Nonpriority creditor's name and mailing address**
**RAP Foundation**
**73710 Fred Waring Dr  # 102**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.129 1**

**Nonpriority creditor's name and mailing address**
**Rapid Advance**
**c/o Anthony F. Giuliano, Esq.**
**Pryor & Mandelup, LLP**
**675 Old Country Rd.**
**Westbury, NY 11590**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Counsel to Rapid Advance.  For notice purposes only.**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.129 2**

**Nonpriority creditor's name and mailing address**
**Rapid Advance**
**4500 East West Highway, 6th Floor**
**Bethesda, MD 20814**

Date(s) debt was incurred **Various Dates**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business loan**

Is the claim subject to offset? ☑ No ☐ Yes

**$278,800.00**

---

**3.129 3**

**Nonpriority creditor's name and mailing address**
**Rasco Jane**
**39124 Channel Drive**
**Cathedral City, CA 92234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129 4**

**Nonpriority creditor's name and mailing address**
**Ratford Meg**
**5689 Snowdon Place**
**San Jose, CA 95138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129 5**

**Nonpriority creditor's name and mailing address**
**Rea, Charles**
**315 E 67th St**
**Kansas City, MO 64113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129 6**

**Nonpriority creditor's name and mailing address**
**Ready Refresh**
**Attn:  Legal Dept.**
**PO Box 856158**
**Louisville, KY 40285-6158**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$213.26**

---

**3.129 7**

**Nonpriority creditor's name and mailing address**
**Rebeiro Irene**
**7606 Circle Hill Dr.**
**Oakland, CA 94605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.129 8**

**Nonpriority creditor's name and mailing address**
**Reed Wanda**
**1504 Saran Court**
**Oceanside, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
| | Name | | |

---

**3.129 9**

**Nonpriority creditor's name and mailing address**
**Reed, Leonard**
**650 N. Hawes Rd Space 4612**
**Mesa, AZ 85207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.130 0**

**Nonpriority creditor's name and mailing address**
**Regal Cinemas, Inc.**
**P.O. Box 844360**
**Los Angeles, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**
**Regional Access Project Foundation**
**73710 Fred Waring Drive, #102**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**
**Registrar-Recorder**
**12400 E. Imperial Highway  Room 1006**
**Norwalk, CA 90606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**
**Reid Reynolds, Janice**
**2485 Westham Island Road**
**Delta, BC V4K3N2**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.130 4**

**Nonpriority creditor's name and mailing address**
**Reiff, Elliot**
**40 Crooked Stick Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
**Reillyworld Inc. DBA Crystal Cleaning**
**P.O.Box 4216**
**Palm Desert, CA 92261**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.130 6**

**Nonpriority creditor's name and mailing address**

**Reiter, Joanne (Joey)**
**7034 51st Ave. NE**
**Seattle, WA 98115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 7**

**Nonpriority creditor's name and mailing address**

**Renda, Connie**
**4207 Ridgeway**
**San Diego, CA 92116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Resendez, Joaquin**
**9826 Manhattan Dr**
**Bakersfield, CA 93312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Resort Parking Services, Inc.**
**68364 Commercial Rd Ste A**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Resound Productions**
**9706 Van Ruiten Street**
**Bellflower, CA 90706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Resurreccion Eliseo**
**3261 Cedar Avenue**
**Long Beach, CA 90806**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Reynaldo J. Carreon M.D. Foundation**
**P.O. Box 1420**
**Indio, CA 92202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.131 3**

**Nonpriority creditor's name and mailing address**
**Rich, Stevan**
**45354 Driftwood Dr**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.131 4**

**Nonpriority creditor's name and mailing address**
**Richard, Michael**
**70 Waterview Drive**
**La Salle, AL R0G0A2**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**
**Richards, Debra**
**98 Easthom Road**
**Gabriola Island, BC V0R1X2**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**
**Richter, Karin**
**7341 Chaparral Drive**
**Shingle Springs, CA 95682**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**
**Ricks, Sean**
**517 E Park Ave # 14**
**Santa Maria, CA 93454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
**Ridder, Susan**
**3176 Brockon Ave**
**Riverside, CA 92501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
**Riedlsperger, Max**
**6640 Camino Poletti**
**San Lius Obispo, CA 93401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.132 0**

**Nonpriority creditor's name and mailing address**
Rinker Ron
30424 Calle De Suenos
Rancho Palos Verdes, CA 90275

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
Riopelle, Connie
4235 Westridge Dr
Williamsburg, MI 49690

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.132 2**

**Nonpriority creditor's name and mailing address**
Rios, Richard
11549 Windcrest Lane 237
San Diego, CA 92128

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**
Rita Hart
9327 Donna Ave
Northridge, CA 91324-2808

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**
Rita Romero
571 S Calle Encilia #B
Palm Springs, CA 92264

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**
Rivero Builders INC
43-650 Sentiero
Indio, CA 92203

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**
Riverside County Clerk
PO Box 751
Riverside, CA 92502-0751

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.132 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Riverside County Treasurer**
P.O. Box 12005
Riverside, CA 92502-2205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rizzo, Marc**
1352 Crestmont Dr.
Diamond Bar, CA 91765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ro, Sarah**
11 Summer Breeze
Irvine, CA 92603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roatcap, Donna**
26782 Calle Almanza
Capistrano Beacj, CA 92624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roberts, Sande**
PO Box 2797
Arnold, CA 95223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rogan, Christine**
4114 Elizabeth Court
Cypress, CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rogers Janet**
8980 Watson Court
Delta, BC V4C8A1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.133 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.133 4**

**Nonpriority creditor's name and mailing address**
Rogoff, John
57513 Santa Rosa Trails
La Quinta, CA 92253

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 5**

**Nonpriority creditor's name and mailing address**
Roland M. Ornelas
42-349 Whisper Rock Street
Indio, CA 92203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 6**

**Nonpriority creditor's name and mailing address**
Roman Sheila
9 Church Street
Bowmanville, Ontario L1C1S2

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 7**

**Nonpriority creditor's name and mailing address**
Rooney, Kenneth
42570 Tennessee
Palm Desert, CA 92211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 8**

**Nonpriority creditor's name and mailing address**
Roop, William
14427 Crestwood Ave
Poway, CA 92064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 9**

**Nonpriority creditor's name and mailing address**
Rose, Robin
54 Catania Lane
Napa, CA 94558

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134 0**

**Nonpriority creditor's name and mailing address**
Rosen, Jo
74478 Hwy 111
., . .

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.134 1**

Nonpriority creditor's name and mailing address

**Ross Biesinger**
**79944 Dewsbury Drive**
**Indio, CA 92203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former Advisor. For notice purposes only.**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.134 2**

Nonpriority creditor's name and mailing address

**Roth Joan**
**4007 Dogleg Tr**
**Medina, OH 44256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.134 3**

Nonpriority creditor's name and mailing address

**Roto-Rooter**
**2141 Industrial Ct.**
**Vista, CA 92081**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.134 4**

Nonpriority creditor's name and mailing address

**Rubenstein, Jonathan**
**260 Harbor St**
**Glencoe, IL 60022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.134 5**

Nonpriority creditor's name and mailing address

**Ruggles, Kevin**
**9353 Easton View Lane**
**Rockford, IL 61107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.134 6**

Nonpriority creditor's name and mailing address

**Rumbaugh FInancial Inc**
**73525 El Paseo  Suite 2516**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.134 7**

Nonpriority creditor's name and mailing address

**Ryan Delaney, CFA**
**20740 Via Marisa**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former Advisor. For notice purposes only.**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.134 8 | **Nonpriority creditor's name and mailing address**<br>**Ryan John**<br>**3127 SW 346th Place**<br>**Federal Way, WA 98023**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.134 9 | **Nonpriority creditor's name and mailing address**<br>**Ryback, Steven**<br>**6560 Oakridge Rd**<br>**San Diego, CA 92120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.135 0 | **Nonpriority creditor's name and mailing address**<br>**Ryter, Angela**<br>**2005 Montana Ave**<br>**Saint Paul, AL 55119**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.135 1 | **Nonpriority creditor's name and mailing address**<br>**Sacks Allan**<br>**79235 Toronja Street**<br>**La Quinta, CA 92253**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.135 2 | **Nonpriority creditor's name and mailing address**<br>**Sacred Heart School**<br>**43775 Deep Canyon Rd.**<br>**Palm Desert, CA 92260**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.135 3 | **Nonpriority creditor's name and mailing address**<br>**SafeHouse of the Desert**<br>**72710 E. Lynn St.**<br>**Thousand Palms, CA 92276**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Notice Purposes Only**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.135 4 | **Nonpriority creditor's name and mailing address**<br>**SAG-AFTRA**<br>**c/o Perkins Coie LLP**<br>**Attn: Sara L. Chenetz**<br>**1888 Century Park East**<br>**Los Angeles, CA 90067**<br><br>Date(s) debt was incurred  **Various**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Counsel to SAG-AFTRA. For Notice Purposes Only.**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

**SAG-AFTRA**
**c/o Perkins Coie LLP**
**Attn: Sara L. Chenetz**
**1888 Century Park East**
**Los Angeles, CA 90067**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$487,472.66**

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Saito Alyce**
**75750 Heritage West**
**Palm Desert, CA 92211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Saito, Yoshinori**
**12362 Carmel Country Rd # 202**
**San Diego, CA 92130**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Salo, Laurie**
**9516 Carmel Road**
**Atascadero, CA 93422**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Salsburg, John**
**811 S green Tee Road**
**Hampstead, NC 28443**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Sammis, Annie**
**606 Ansel Road**
**., . .**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

### 3.136 1

**Nonpriority creditor's name and mailing address**

**Sampson Davita**
**3575 Lehigh Drive Apt.21**
**Santa Clara, AL 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

### 3.136 2

**Nonpriority creditor's name and mailing address**

**Sanchez, Agueda**
**2452 6th Ave W**
**Seattle, WA 98119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

### 3.136 3

**Nonpriority creditor's name and mailing address**

**Sanchez, Dana**
**42349 Whisper Rock St.**
**Indio, CA 92203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

### 3.136 4

**Nonpriority creditor's name and mailing address**

**Sanders Bob**
**79680 Baya**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

### 3.136 5

**Nonpriority creditor's name and mailing address**

**Sanders Paris**
**721 W. Ave. E SPC 14**
**Lancaster, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

### 3.136 6

**Nonpriority creditor's name and mailing address**

**Santana, Heather J.**
**8168 Manitoba Street**
**Playa Del Rey, CA 90293**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

### 3.136 7

**Nonpriority creditor's name and mailing address**

**Sarna, Michele T.**
**67 E. Sutton Place**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sartor Nancy**
**4500 Rutgers Way**
**Sacramento, CA 95821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sather, Harland**
**1855 Bel Aire Drive**
**Glendale, CA 91201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Satoh, Ryusuke**
**3915 Nobel Dr # 1**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Saucedo, Ray**
**1351 Nettleton Ct**
**Riverside, AL 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Saunders Gary**
**882 Balboa Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Saunders Judith**
**1789 North Marengo Ave**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Savatski Jane**
**2825 Schaefer Circle**
**Appleton, WI 54915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.137 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Saville Linda**<br>**80 394 Ave 48**<br>**Indio, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Schaefer Joyce**<br>**5421 Paseo De La Peraza**<br>**Tucson, AZ 85750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Schettini-Brown, Diana**<br>**1839 E. Edgecomb St.**<br>**Covina, CA 91724** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Schiliro, Lisa**<br>**2080 Marguerite St**<br>**Palm Springs, CA 92264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.137 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Schlittner, Lisa**<br>**1980 Rosecrest Drive**<br>**Oakland, CA 94602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.138 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Schroeder, Joan**<br>**1117 Humbug Way**<br>**Auburn, CA 95603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.138 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Schrupp Ann**<br>**P.O.Box 727**<br>**Crosslake, MN 56442-0727** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.138 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Schultz, Suzanne**<br>**2109 Second Avenue #4**<br>**San Diego, CA 92101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.138 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Science Math & Robotic Tech Edu**<br>**37623 Waveney Street**<br>**Indio, CA 92203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.138 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scolaro, Bernadette**<br>**940 Logan St.**<br>**Sioux City, IA 51105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.138 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Beaty**<br>**3280 N. Sand Spring Drive**<br>**Palm Springs, CA 92261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.138 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Russell**<br>**45-325 Panorama Drive  Apt. 13**<br>**Palm Desert, CA 92260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.138 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott, Erin**<br>**6440 Corbin Ave.**<br>**Reseda, CA 91335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.138 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Screen Actors Guild Foundation**<br>**5757 Wilshire Blvd  PH-1**<br>**Los Angeles, CA 90036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.138 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Seaman, Nita**<br>**17 Flax Ct**<br>**Coto de Caza, CA 92679** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.139 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Seany Foundation**<br>**3530 Camino Del Rio N, Suite 101**<br>**San Diego, CA 92108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.139 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Secretary of State**<br>**P.O. Box 944230**<br>**Sacramento, CA 94244-2300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.139 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Secretary of State, Securities Division**<br>**555 East Washington Avenue**<br>**Las Vegas, NV 89101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.139 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Securi-Key**<br>**78206 Varner Road  #D149**<br>**Palm Desert, CA 92211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.139 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Securities & Exchange Commission**<br>**Attn:  Bankruptcy Counsel**<br>**444 South Flower St., #900**<br>**Los Angeles, CA 90071-9591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **For notice purposes only.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.139 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Securities & Exchange Commission**<br>**Attn:  Bankruptcy Counsel**<br>**100 F Street, NE**<br>**Washington, DC 20549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **For notice purposes only.** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.139 6**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Security Service Systems** | ☐ Contingent | | |
| **6733 S. sepulveda Blvd. ste 100** | ☐ Unliquidated | | |
| **Los Angeles, CA 90045** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | | |

**3.139 7**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Selby Steve** | ☐ Contingent | | |
| **203 Si Town Road** | ☐ Unliquidated | | |
| **Castle Rock, WA 98611** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | | |

**3.139 8**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Seongsoo, Kim** | ☐ Contingent | | |
| **207 Saratoga Mine Dr** | ☐ Unliquidated | | |
| **Castle Rock, CO 80108** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | | |

**3.139 9**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Settles Trish** | ☐ Contingent | | |
| **125 Whitman St.** | ☐ Unliquidated | | |
| **Stow, AL 01775** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | | |

**3.140 0**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Shad Lamm** | ☐ Contingent | | |
| **41094 Laguna Seca Court** | ☐ Unliquidated | | |
| **Indio, CA 92203** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Former Advisor. For notice purposes only.** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | | |

**3.140 1**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Shaof, Paula** | ☐ Contingent | | |
| **22621 Hazeltine** | ☐ Unliquidated | | |
| **Mission Viejo, CA 92692** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | | |

**3.140 2**

| | | | |
|---|---|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Shattuck F. Lamm** | ☐ Contingent | | |
| **41094 Laguna Seca Court** | ☐ Unliquidated | | |
| **Bermuda Dunes, CA 92203** | ☐ Disputed | | |
| Date(s) debt was incurred _ | | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | | |
| | Is the claim subject to offset? ■ No  ☐ Yes | | |

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Shaw, Corinne
1187 N Rigo Ranch Rd
Prescott Valley, AZ 86314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Shay Janet
24 Cresta Verde
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Shearouse, Dixie
471 Ellis Street
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Shelby, Charles
9636 Swallow Lane
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Shelter from the Storm, Inc.
73555 Alessandro Drive
Palm Desert, CA 92260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Shepard Cheryl
8621 Manley
Prescott Valley, AZ 86314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Shepard Dwight
923 Chippendale Ave.
Glendora, CA 91740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|---|

Name

---

**3.141 0**

**Nonpriority creditor's name and mailing address**

**Sherrill Associates**
**68895 Perez Road**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 1**

**Nonpriority creditor's name and mailing address**

**Shive, Susan**
**2160 Kimberly Ave**
**Merced, CA 95340**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 2**

**Nonpriority creditor's name and mailing address**

**Showers Donald**
**20903 Longworth Ave.**
**Lakewood, CA 90715**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

**Shred It**
**P.O. Box 101007**
**Pasadena, CA 91189-1007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

**Shred-it USA LLC**
**Attn:  Corporate Officer**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred  **Various**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Document shredding**

Is the claim subject to offset? ■ No ☐ Yes

**$113.40**

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

**Shustak Frost & Partners PC**
**Attn:  Erwin J. Shustak, Esq.**
**401 W. "A" St., Ste 2250**
**San Diego, CA 92101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Counsel to Petitioning Creditors.  For notice purposes only.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

**Shyu, Hsini**
**3 Nidden**
**Irvine, CA 92603**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

### 3.1417

**Nonpriority creditor's name and mailing address**
**Sides Tina**
**237 Phlox Ave.**
**Redlands, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.1418

**Nonpriority creditor's name and mailing address**
**Sign-A-Rama**
**41-945 Boardwalk Suite L**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.1419

**Nonpriority creditor's name and mailing address**
**SIGNATURE PARTY RENTALS**
**82775 Market Street**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.1420

**Nonpriority creditor's name and mailing address**
**Signature Sculpture**
**P.O. Box 920**
**Palm Desert, CA 92261**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.1421

**Nonpriority creditor's name and mailing address**
**Silsbury, Kate**
**585 Las Palmas Drive**
**Santa Barbara, CA 93110**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.1422

**Nonpriority creditor's name and mailing address**
**Simmons Lori**
**9236 Sewall Avenue**
**Laurel, MD 20723**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

### 3.1423

**Nonpriority creditor's name and mailing address**
**Simonis, Richard**
**645 W. Calle De Julio**
**Green Valley, AZ 85614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.142 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Simpson, Peggy** | ☐ Contingent | |
| | **1215 Porto Grande Unit 1** | ☐ Unliquidated | |
| | **Diamond Bar, CA 91765** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Simpson, Terry** | ☐ Contingent | |
| | **6181 Camphor Ave** | ☐ Unliquidated | |
| | **Westminster, CA 92683** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sinclair, Char** | ☐ Contingent | |
| | **4488 Silver Creek Rd** | ☐ Unliquidated | |
| | **Buhl, ID 83316** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SingerLewak LLP** | ☐ Contingent | |
| | **10960 Wilshire Blvd  7th Floor** | ☐ Unliquidated | |
| | **Los Angeles, CA 90024** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sirius XM Radio, Inc.** | ☐ Contingent | |
| | **P.O. Box 78054** | ☐ Unliquidated | |
| | **Phoenix, AZ 85062-8054** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sislofsky Kammy** | ☐ Contingent | |
| | **13579 Laramie Ct.** | ☐ Unliquidated | |
| | **Fontana, CA 92336** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Skrudland Doug** | ☐ Contingent | |
| | **Box 3** | ☐ Unliquidated | |
| | **Candle Lake, Saskatchewan S0J3E0** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.143 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Slanhof, Jaroslav<br>2426 Lionstone Drive<br>Oakville, Ontario L6M4T1 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.143 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Slaughter, William<br>5 Belmonte Drive<br>Palm Desert, CA 92211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.143 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Slee, Julia<br>360 Highland Ave<br>Somerville, MA 02144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.143 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Slovak Baron Empey Murphy & Pinkney LLP<br>1800 E. Tahquitz Canyon Way<br>Palm Springs, CA 92262 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.143 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $933.50 |
|---|---|---|
| Smarsh<br>Attn:  Legal Dept.<br>PO Box 505265<br>Saint Louis, MO 63150-5265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various** | Basis for the claim:  **Archiving/Compliance** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.143 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Smiles for Seniors Foundation<br>34455 Yucaipa Blvd # 216<br>Yucaipa, CA 92399 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.143 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Smith Angela<br>14901 Vanguard Lane<br>Huntington Beach, CA 92647 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.143 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith Guy**
**3121 Alki Ave SW Unit B**
**Seattle, AL 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.143 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith Jeffrey**
**931 Edgemont Rd. NW**
**Calgary, Alberta 73A2J1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith Larry**
**408 N. Third Avenue**
**Stayton, OR 97383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith Len**
**6276 Rodolph Rd**
**Victoria, BC V8Z5V8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith Sandy**
**#27F 5757 E. University Blvd.**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith, Duane**
**680 Willow Way**
**Mechanicsburg, PA 17955-8427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Smith, Esther**
**37321 Melrose Drive**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

**Smith, Greg**
**1321 Beryl St**
., . .

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

**Smith, Robert**
**PO Box 528**
**Twin Peaks, CA 92391**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.144 7**

**Nonpriority creditor's name and mailing address**

**Smith, Sharon**
**59 Demonte Ranch Parkway Ste B 337**
**Reno, NV 89521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

**Smith, William & Patsy**
**121 Mission Hills Dr**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

**Snell, John**
**5789 Garnet Place**
**Nanaimo, BC V9T6S1**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

**Snowdeal, Carol**
**6333 College Grove Way Unit # 11-101**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.145 1**

**Nonpriority creditor's name and mailing address**

**Sobaugh Ida**
**849 Rolling Hills Drive**
**Fullerton, CA 92835**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.145
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sober in the Sun Inc.**<br>**P.O. Box 4584**<br>**Palm Springs, CA 92263-4584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.145
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SoCal PGA Junior Tour**<br>**36201 Champions Drive**<br>**Beaumont, CA 92223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.145
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Socrates Refinishing**<br>**44901 Golf Center Pkwy Ste 3**<br>**Indio, CA 92201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.145
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Sokol Cathy**<br>**1179 Kingsley Lane**<br>**Aurora, IL 60505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.145
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **SOL PS, LLC**<br>**73-081 Fred Waring Dr.**<br>**Palm Desert, CA 92260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.145
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Solis, Angel**<br>**2405 W 18th St Apt #102**<br>**Los Angeles, CA 90019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.145
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Solomon Window Cleaning**<br>**2201 North Deborah Road**<br>**Palm Springs, CA 92262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  **Notice Purposes Only** | |
| | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | |
|---|---|---|---|
| | Name | Case number (if known) | **6:17-bk-15816-MH** |

---

**3.1459**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Somers Donna**<br>**26 Deerhaven Rd.**<br>**Lincoln, MA 01773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1460**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Sommerfeld, Susan**<br>**17708 Leemans Ct**<br>**Minnetonka, MN 55346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1461**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Soriano, Kara**<br>**1338 N. Formosa Avenue**<br>**Los Angeles, CA 90046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1462**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Soroptimist House of Hope**<br>**980 E Tahquitz Canyon Way**<br>**Palm Springs, CA 92262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1463**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **South Bay Acceptance Corp.**<br>**P.O. Box 2141**<br>**Columbus, GA 31902-2141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1464**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Southern CA Gas Co.**<br>**P.O. Box C**<br>**Monterey Park, CA 91756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.1465**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,176.96** |
|---|---|---|
| **Southern California Edison**<br>**Attn:  Legal Dept.**<br>**PO Box 600**<br>**Rosemead, CA 91771-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various** | Basis for the claim:  **Electric services** | |
| Last 4 digits of account number  **5355** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.146 6**

**Nonpriority creditor's name and mailing address**
**Southern California Edison**
P.O. Box 300
Rosemead, CA 91772-0001

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146 7**

**Nonpriority creditor's name and mailing address**
**Southern California Messengers**
5757 Wilshire Blvd
Los Angelas, CA 90036

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146 8**

**Nonpriority creditor's name and mailing address**
**Southwest Tile**
1757 Park View Drive
Palm Springs, CA 92262

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146 9**

**Nonpriority creditor's name and mailing address**
**Spectrum Business (cable TV - formerly T**
PO Box 60074
City of Industry, CA 91716

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 0**

**Nonpriority creditor's name and mailing address**
**Spectrum Enterprise**
Attn:  Legal Dept.
1900 Blue Crest Lane
San Antonio, TX 78247

Date(s) debt was incurred  **Various**
Last 4 digits of account number  **0201**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Internet/Phone**

Is the claim subject to offset? ■ No ☐ Yes

**$1,152.00**

---

**3.147 1**

**Nonpriority creditor's name and mailing address**
**Spectrum Enterprise**
Attn: Legal Dept.
1900 Blue Crest Ln,
San Antonio, TX 78247

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 2**

**Nonpriority creditor's name and mailing address**
**Spectrum Enterprise (Internet - formerly**
PO Box 223085
Pittsburgh, PA 15251-2085

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.147 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Spencer, Jaamal**<br>**4575 Carmen Way**<br>**Union City, CA 94587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Spickard Karen**<br>**535 San Juan Dr.**<br>**Durango, CO 81301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Spitzner, William**<br>**560 Dancing Cloud Ct**<br>**Reno, NV 89511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Spradlin Don**<br>**656 27th Street**<br>**Manhattan Beach, CA 90266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **SSW Mechanical Construction**<br>**PO Box 3160**<br>**Palm Springs, CA 92263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **St. Jude Heritage Medical Group**<br>**c/o Weintraub & Selth, APC**<br>**Daniel J. Weintraub, Esq.**<br>**11766 Wilshire Blvd., #1170**<br>**Los Angeles, CA 90025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Counsel to Creditor. Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.1479**

**Nonpriority creditor's name and mailing address**
St. Jude Heritage Medical Group Inc
279 E. Imperial Highway  Suite 750
Fullerton, CA 92835

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation

Is the claim subject to offset? ■ No  ☐ Yes

$8,405,619.00

---

**3.1480**

**Nonpriority creditor's name and mailing address**
St. Margaret's Episcopal School
47535 HWY 74
Palm Springs, CA 92260

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1481**

**Nonpriority creditor's name and mailing address**
Stacey, Wagley
4236 Meghan Lane
Eagan, MN 55122

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1482**

**Nonpriority creditor's name and mailing address**
Stacie, Fletcher
74095 Covered Wagon Trail
Palm Desert, CA 92260

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1483**

**Nonpriority creditor's name and mailing address**
Stallard, Sandra
9064 Breckenridge Ave
Hesperia, CA 92344

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1484**

**Nonpriority creditor's name and mailing address**
Stampfl, Lory
7943 Sierra Vista St
Rancho Cucamonga, CA 91730

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1485**

**Nonpriority creditor's name and mailing address**
Standage Jeanette
410 Farrel St.          Apt # 319
South Burlington, VT 05403

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.148 6**

Nonpriority creditor's name and mailing address
**Stanton Lavina**
**121  2365 Quail Run Dr.**
**Kelowna, BC V1V2N5**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.148 7**

Nonpriority creditor's name and mailing address
**Staples Credit Plan**
**P.O. Box 689020**
**Des Moines, IA 50368-9020**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.148 8**

Nonpriority creditor's name and mailing address
**Staples, Gary**
**14425 443rd Ave N**
**Plymouth, MN 55446**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.148 9**

Nonpriority creditor's name and mailing address
**Star Magazine**
**P.O. Box 10940**
**Des Moines, IA 50340-0940**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.149 0**

Nonpriority creditor's name and mailing address
**State Board of Equalization**
**P.O. Box 945879**
**Sacramento, CA 94279-0098**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.149 1**

Nonpriority creditor's name and mailing address
**State Of New York Dept. of Financial Ser**
**Licensing Services Bureau One Commerce**
**P**
**Albany, NY 12257**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.149 2**

Nonpriority creditor's name and mailing address
**Stauch Bonnie**
**27939 Caraway Lane**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.149 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Steadman, Jo Ann**<br>**220 Osprey Circle**<br>**Saint Marys, GA 31558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.149 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Steam King Carpet Care**<br>**P.O. Box 2878**<br>**Cathedral City, CA 92235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.149 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Steiner Kathleen**<br>**2095 S. Ramitas Way**<br>**Palm Springs, CA 92264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.149 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Stenton, Richard**<br>**80706 Spanish Bay**<br>**La Quinta, CA 92253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.149 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Stepanick, Harvey**<br>**# 11 -52304 RR 233**<br>**Sherwood Park Alberta, Alberta T8B1C9** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.149 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Stephen Ross Biesinger**<br>**79944 Dewsbury Drive**<br>**Indio, CA 92203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.149 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Stephens, Jerry**<br>**9071 Enchanted Oak Lane**<br>**Sandy, UT 84094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.150 0**

Nonpriority creditor's name and mailing address
**Sterlachini, Thomas**
**32140 N. Echo Canyon Rd.**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 1**

Nonpriority creditor's name and mailing address
**Sterling, Seymour**
**48150 Keaton Way**
**Indio, CA 92201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 2**

Nonpriority creditor's name and mailing address
**Stevens Barbara**
**72338 Rim Dr.**
**Palm Desert, CA 92260**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 3**

Nonpriority creditor's name and mailing address
**Stewart, Douglas**
**711 W Shoshone Pl**
**Spokane, WA 99203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 4**

Nonpriority creditor's name and mailing address
**Stewart, Kate**
**PO Box 64**
**Mercer Island, WA 98040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 5**

Nonpriority creditor's name and mailing address
**Stillman, Gene**
**42.335 Washington St**
**., . .**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.150 6**

Nonpriority creditor's name and mailing address
**Stinson, Carolyn**
**PO Box 784**
**Douglas, WY 82633**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.150 7**

**Nonpriority creditor's name and mailing address**

**Stone, Suzanne**
**410 N Newstead # 1W**
**Saint Louis, MO 63108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

**Stone-Falk, Ann**
**2725 Kensington Ct**
**Turlock, CA 95382**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

**Stonebridge Ranch**
**575 W. Pecos Road**
**Chandler, AZ 85225**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Strauch, Dustin**
**74468 Parosell St.**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Strecker, Neil**
**22206 Tama Drive**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Stroke Recovery Center**
**2800 East Alejo Road**
**Palm Springs, CA 92262-6253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Stroney, Karen**
**106 1st Street**
**Dalton, PA 18414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stuart Gary**
**51450 Range Road 231**
**Sherwood Park, Alberta T8B1K9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stuhlman, Patti**
**6517 Tingdale Ave**
**Mpls, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sturgeon Kip**
**P.O.Box 271**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sullivan, Sean**
**16119 24th Dr SE.**
**Mill Creek, WA 98012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Summit Riser Systems**
**15245 Alton Parkway  Suite 200**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sunbird Unlimited**
**21801 Plummer Street**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sunderland, Timothy**
**8541 San Jacinto Ct**
**Rancho Cucamonga, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

**Suneez Window Tinting**
**77852 Wildcat Drive  #1**
**Palm Desert, CA 92211**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 2**

**Nonpriority creditor's name and mailing address**

**Sunny's Worldwide Chaueffeured Transport**
**23765 Pebble Run Place**
**Sterling, VA 20166**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

**Surety Underwriters Agency, Inc.**
**50 Chestnut Ridge Road**
**Montvale, NJ 07645**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

**Surf & Sand Hotel**
**1555 S. Coast Highway**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**SurveyMonkey**
**101 Lytton Avenue**
**Palo Alto, CA 94301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Suzuki, Takashi**
**5959 Peacock Ridge Rd # 9**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Suzuki, Toshiyuki**
**2391 Fenton Street**
**Chula Vista, CA 91914**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

### 3.1528

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Svobada, Julianne**<br>**25520 Sun City Blvd**<br>**Sun City, CA 92586** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

### 3.1529

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Sween Katie**<br>**60749 White Sage Dr.**<br>**La Quinta, CA 92253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

### 3.1530

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Sween, Katie**<br>**60749 White Sage Dr**<br>**La Quinta, CA 92253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

### 3.1531

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Sweet Pea Trust**<br>**117 Reef Mall**<br>**Marina Del Rey, CA 90292** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

### 3.1532

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Swerman, Karen**<br>**1367 6th Street**<br>**Fairbanks, AK 99701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

### 3.1533

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Swire Anne**<br>**3609 Emory Way**<br>**Pomona, CA 91767** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

### 3.1534

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Tabangcora, Jimmy**<br>**3301 Buccaneer Rose Ave**<br>**Bakersfield, CA 93313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**Tabb Maureen**
**4575 North Ave #10**
**San Diego, CA 92116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Tahquitz Canyon Investors, LLC**
**777 E. Tahquitz Canyon Way  Ste 200-01**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Takamori, Shinsuke**
**4327 W 179th St**
**Torrance, CA 90504**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Take 5 Cosmetics**
**79405 Highway 111 Suite 9-282**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Takekawa, Scott**
**9829 Lee Drive**
**Eden Prairie, MN 55347**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Tamara Canedo**
**80-760 Avery Drive**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Tamarac Inc.**
**701 Fifth Avenue**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tammy Hyler**
**7114 Elrod Road**
**Fairview, TN 37062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taniguchi, Yoshiyuki**
**1900 Harpers Way**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tapia, Paula**
**PO Box 2568**
**Palm Desert, CA 92261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tarango, Deborah**
**8650 SVL Box**
**Victorville, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tarr, Bob**
**12562 Perla Ct**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taste of the Wild**
**47900 Portola Ave**
**Palm Desert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tatum Donna**
**17644 Ponderosa Way**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.154 9**

**Nonpriority creditor's name and mailing address**

**Taverrite, Michael**
**44539 Vista Del Mar**
**Temecula, CA 92590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155 0**

**Nonpriority creditor's name and mailing address**

**Taylor Kathleen**
**5195 W. Commons Ct.**
**Rathdrum, ID 83858**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155 1**

**Nonpriority creditor's name and mailing address**

**Taylor Wilson**
**1031 Charwood Lane**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**Taylor, Blake**
**212 179 Davie St**
**Vancouver, BC V6Z2Y1**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**Team Jupiter LLC c/o James Casey**
**787 N. Palm Canyon Drive**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**TelePacific Communications**
**P.O. Box 509013**
**San Diego, CA 92150-9013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Templeton, Randy**
**6570 Chico Way**
**Bremerton, WA 98312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|---|

Name

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Terry, Cathleen**
**745 Torrey Pines Place**
**Oceanside, ca 92058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Tharp John**
**5722 East Mountain Ave.**
**Orange, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**The Actors Fund**
**729 7th Avenue**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**The Bottom Line**
**312 North Palm Canyon Dr.**
**Palm Springs, CA 92262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**The Desert Sun**
**Attn:  Legal Dept.**
**PO Box 2735**
**Palm Springs, CA 92263**

Date(s) debt was incurred __Various__

Last 4 digits of account number __3917__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Newspaper services__

Is the claim subject to offset? ■ No ☐ Yes

**$118.16**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**THE EIGHT-New Beginning NOW**
**78365 HWY 111  #208**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**The Enchanted Florist**
**8126 W. 143rd Street**
**Orland Park, IL 60462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Purposes Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**The First Tee**
**45305 Oasis Street**
**Indio, CA 92201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**The First Tee of CV**
**74-945 Sheryl Ave**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**The Gas Company**
**P.O. Box C**
**Monterey Park, CA 91756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**The Girlfriend Factor**
**77734 Country Club Drive, #E**
**Palm Desert, CA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**The Hartford**
**Attn:  Legal Dept.**
**PO Box 660916**
**Dallas, TX 75266-0916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$673.94**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**The Irvine Company**
**Attn:  Legal Dept.**
**PO Box 841393**
**Los Angeles, CA 90084-1393**

Date(s) debt was incurred  **Rent**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lease of Debtor's business premises in Irvine, California**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,893.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.1569**

**Nonpriority creditor's name and mailing address**

**The Irvine Company**
**c/o R. Gibson Pagter, Esq.**
**Pagter and Perry Isaacson**
**525 N. Cabrillo Park Dr., #104**
**Santa Ana, CA 92701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Counsel to Creditor. For notice purposes only.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1570**

**Nonpriority creditor's name and mailing address**

**The Irvine Company LLC**
**550 Newport Center Drive**
**Newport Beach, CA 92660**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1571**

**Nonpriority creditor's name and mailing address**

**The Joselyn Senior Center**
**73750 Catalina Way**
**Palm Desert, CA 92260**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1572**

**Nonpriority creditor's name and mailing address**

**The Lincoln National Life Insurance Comp**
**P.O. Box 0821**
**Carol Stream, IL 60132-0821**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1573**

**Nonpriority creditor's name and mailing address**

**The Living Desert**
**47900 Portola Ave.**
**Palm Desert, CA 92260**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1574**

**Nonpriority creditor's name and mailing address**

**The LPGA Foundation**
**100 International Golf Dr.**
**Daytona Beach, FL 00032-1124**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1575**

**Nonpriority creditor's name and mailing address**

**The NestEggg Group, LLC**
**258 North Palm Canyon Drive**
**Palm Springs, CA 92262**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**The Pet Rescue Center**
**P.O.Box  6570**
**La Quinta, CA 92248**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**The Pinnacle Fund Foundation for PS**
**980 E Tahquitz Canyon Way Suite 104**
**Palm Springs, CA 92262**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**The Printing Place**
**41651 Corporate Way Suite 5**
**Palm Desert, CA 92260**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**The Public Record**
**78-370 HWY 111**
**La Quinta, CA 92253**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

**The SCGA Foundation**
**3740 Cahuenga Blvd**
**Studio City, CA 91604**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

**The Unforgettables Foundation**
**7197 Brockton Ave.**
**Riverside, CA 92506**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.158 2**

**Nonpriority creditor's name and mailing address**

**Thermal Sports Marketing LLC**
**P.O.Box 2102**
**Palm Desert, CA 92261**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.158 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thibeault, Ron**
**Box 6706**
**Bonnyville, Alberta T9N2H2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thiel, Elizabeth**
**4506 Carlyle Ct # 723**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Robert**
**38351 Crocus Lane**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thompson, Lori**
**1873 Menlo Ave**
**Clovis, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomson Compumark**
**PO Box 71892**
**Chicago, IL 60694-1892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomson Reuters (Markets) LLC**
**PO Box 415983**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thornhill Sue**
**16311 Underhill Lane**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.159 0**

**Nonpriority creditor's name and mailing address**
**Through Kyle's Eyes**
**40485 Murrieta Hot Springs Road  #211**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**
**Timothy Evans**
**29286 Greenbrier Place**
**Highlands, CA 92346**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**
**Tiryakian, Gregg**
**1442 W Fullerton Ave Unit 4C**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**
**TK Electric**
**68 300 Tachevah Drive**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.159 4**

**Nonpriority creditor's name and mailing address**
**Todd Daryl**
**17500 Wilson Creek Road**
**Gallatin Gateway, MT 59730**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.159 5**

**Nonpriority creditor's name and mailing address**
**Tokeim, Sara**
**20 E. Zeller Street**
**North Liberty, IA 52317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.159 6**

**Nonpriority creditor's name and mailing address**
**Tolen, Marilyn**
**12667 Yorkshire Drive**
**Apple Valley, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tolliver, Robert**
**30 Del Padre**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tolstedt Ron**
**1852 Prestwick Ct**
**Oxford, MI 48371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tonita, Gary**
**2930 Apple Lane**
**Windsor, Ontario N8R1K6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Top of the Line Signs**
**75-178 Gerald Ford Dr Suite 4**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Torres, Nancy**
**1601 N Barton Rd Apt # 2404**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Toundasakis Daphne**
**2529 Emerald Lake Lane**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Towill, Doug**
**1085 Braeside Street**
**West Vancouver, BC V7T2K7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.160 4**

Nonpriority creditor's name and mailing address

**TPX Communications**
**Attn: Corporate Officer**
**515 S. Flower St., 47th Fl.**
**Los Angeles, CA 90071-2201**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **9140**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Communications services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,476.92**

---

**3.160 5**

Nonpriority creditor's name and mailing address

**TPX Communications**
**PO Box 509013**
**San Diego, CA 92150-9013**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.160 6**

Nonpriority creditor's name and mailing address

**Tracy, Brian**
**345 Desert Falls Drive East**
**Palm Desert, CA 92211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.160 7**

Nonpriority creditor's name and mailing address

**Tracy, Michael**
**16390 W 51st Ave**
**Golden, CO 80403**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.160 8**

Nonpriority creditor's name and mailing address

**Training Consultants**
**P.O Box 20260**
**Fountain View, CA 92708**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.160 9**

Nonpriority creditor's name and mailing address

**Travelers CL Remittance Center**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.161 0**

Nonpriority creditor's name and mailing address

**Traynor, WIlliam**
**830 Carnegie # 411**
**Henderson, NV 89052**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **6:17-bk-15816-MH** |

---

**3.161**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Trinity, Rose**<br>**36679 Las Begonias**<br>**Cathedral City, CA 92234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Trocha, Laura**<br>**26518 Big Horn Way**<br>**Valencia, CA 91354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Troutman Sanders LLP**<br>**5 Park Plaza  Suite 1400**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Troy's Painting**<br>**23011 Moulton Parkway  Suite H3**<br>**Laguna Hills, CA 92653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Truelogic LLC**<br>**4590 MacArthur Blvd   #500**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|
| **Truly Nolen of America**<br>**Attn:  Corporate Officer**<br>**68828 Ramon Rd.**<br>**Cathedral City, CA 92234-3369** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **Various** | Basis for the claim: **Pest control services** | |
| Last 4 digits of account number **1272** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.161**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Truly Nolen of America, Inc**<br>**P.O. Box 12310,**<br>**Palm Desert, CA 92255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.1618**

**Nonpriority creditor's name and mailing address**
**Tschierschwitz Sepp**
**17777 Langlois Rd Unit 99**
**Desert Hot Springs, CA 92241**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1619**

**Nonpriority creditor's name and mailing address**
**Tseng, Joe**
**2255 Melville**
**San Marino, CA 91108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1620**

**Nonpriority creditor's name and mailing address**
**Tsuru Kazuhiro**
**1800 Oak Street Unit 619**
**Torrance, CA 90501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1621**

**Nonpriority creditor's name and mailing address**
**Tucker, Buddy**
**PO Box 2690**
**McCall, AL 83638**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1622**

**Nonpriority creditor's name and mailing address**
**Tucker, Neil**
**21 Celestial Gardens**
**Lewisham SE135RP, London .**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1623**

**Nonpriority creditor's name and mailing address**
**Turner, Elizabeth**
**PMB 214 14080 Oalm Dr Ste D**
**Desert Hot Springs, CA 92240**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1624**

**Nonpriority creditor's name and mailing address**
**Turner, Kevin**
**5645 Verdun Ave**
**Los Angeles, CA 90043**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.162 5**

**Nonpriority creditor's name and mailing address**
Tyer Michael
11949 Riverside Dr.   #33
Lakeside, CA 92040

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 6**

**Nonpriority creditor's name and mailing address**
U.S. Postal Service
1133 Camelback Street
Newport Beach, CA 92658-9998

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 7**

**Nonpriority creditor's name and mailing address**
Uemura, Robert
15515 Manhattan Pl
Gardena, CA 90249

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 8**

**Nonpriority creditor's name and mailing address**
Ulmer and Berne LLP
1660 West Second Street Suite 1100
Cleveland, OH 44113

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.162 9**

**Nonpriority creditor's name and mailing address**
United Cancer Research Society
P.O. Box 271
Redlands, CA 92373

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 0**

**Nonpriority creditor's name and mailing address**
United Cerebral Palsy Inland Empire
35-325 Date Palm Drive  Suite 139
Cathedral City, CA 92234

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 1**

**Nonpriority creditor's name and mailing address**
United Parcel Service (UPS)
Attn:  Legal Dept.
PO Box 894820
Los Angeles, CA 90189-4820

Date(s) debt was incurred  Various

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Shipping services

Is the claim subject to offset? ■ No ☐ Yes

**$134.04**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
| | Name | | |

---

**3.163 2**

**Nonpriority creditor's name and mailing address**
**United States Treasury**
**Internal Revenue Service**
**Ogden, UT 84201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163 3**

**Nonpriority creditor's name and mailing address**
**United Telecom**
**4221 Wilshire Blvd # 140**
**Ogden, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163 4**

**Nonpriority creditor's name and mailing address**
**United Way of the Desert**
**P.O. Box 1990**
**Los Angeles, CA 92263**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163 5**

**Nonpriority creditor's name and mailing address**
**Unum**
**655 N. Central Avenue**
**Palm Springs, CA 91203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163 6**

**Nonpriority creditor's name and mailing address**
**UPS**
**P.O. Box 894820,**
**Los Angeles, CA 90189-4820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163 7**

**Nonpriority creditor's name and mailing address**
**UPS Supply Chain Solutions**
**28013 Network Place**
**Los Angeles, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163 8**

**Nonpriority creditor's name and mailing address**
**Ura, Koji**
**19001 South Western Avenue**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.163 9**

Nonpriority creditor's name and mailing address
Urban Garden
P.O. Box 3272
Chicago, CA 90212

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.164 0**

Nonpriority creditor's name and mailing address
Urbaniak Michele
253 N. Rafael Walk
Long Beach, CA 90803

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.164 1**

Nonpriority creditor's name and mailing address
US Bank
PO BOX 790401
Beverly Hills, MO 63179

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.164 2**

Nonpriority creditor's name and mailing address
USPS (Newport Business Reply mail)
1133 Camelback St
Venice, CA 92658-9998

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.164 3**

Nonpriority creditor's name and mailing address
USPS - Hovely Office
74801 Hovely Ln East
ST Louis, CA 92260-1921

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.164 4**

Nonpriority creditor's name and mailing address
USPS - Marina Del Rey
313 Grand Blvd.
Palm Desert, CA 90291

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.164 5**

Nonpriority creditor's name and mailing address
USPS Palm Desert Business Reply Mail Att
74801 Hovley Lane
Newport Beach, CA 92260

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.1646**

**Nonpriority creditor's name and mailing address**
**Ustin Karen**
**200 Netherby Place**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1647**

**Nonpriority creditor's name and mailing address**
**Vachon Leo**
**3719 Marine Vista**
**Cabo Hill, B.C. V0R1L1**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1648**

**Nonpriority creditor's name and mailing address**
**Valley Plumbing**
**78886 Avenue 41**
**Palm Desert, CA 92203**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1649**

**Nonpriority creditor's name and mailing address**
**Van Gelder, Jean**
**12 Hidden Spring Place NW**
**Calgary, Alberta T3A5H6**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1650**

**Nonpriority creditor's name and mailing address**
**Van Rensburg, Elaine**
**4841 Maytime Lane**
**Culver City, CA 90230**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1651**

**Nonpriority creditor's name and mailing address**
**Van Riper, Don**
**1768 Round Tree Dr**
**Oceanside, CA 92056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1652**

**Nonpriority creditor's name and mailing address**
**Van's Gourmet**
**2520 Mira Mar Avenue**
**Bermuda Dunes, CA 90815-1758**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.165
3**

**Nonpriority creditor's name and mailing address**

**VanderLey P
501-1819 Pendrell Street
Vancouver, BC V6G1T3**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165
4**

**Nonpriority creditor's name and mailing address**

**VanHove Lori
P.O.Box 813
Wrightwood, CA 92397**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165
5**

**Nonpriority creditor's name and mailing address**

**Variety Childrens Charity of Desert
74-040 Hwy 111  Suite JJ-4
Long Beach, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165
6**

**Nonpriority creditor's name and mailing address**

**Variety The Children's Charity of the
74040 HWY 111    STE. JJ-4
Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165
7**

**Nonpriority creditor's name and mailing address**

**Varney, Paula
305 Michelle Linnea Dr Apt 19
Charlotte, NC 28262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165
8**

**Nonpriority creditor's name and mailing address**

**Varni, Douglas
PO Box 705
Weimar, CA 95736**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.165
9**

**Nonpriority creditor's name and mailing address**

**Vassios, Calista
45-350 Taos Cove
Indian Wells, CA 92210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.166 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Vaughan Jim** | ☐ Contingent | |
| **5461 Soapweed Circle** | ☐ Unliquidated | |
| **Parker, CO 80134** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.166 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Velaquez Jr, Thomas** | ☐ Contingent | |
| **25817 Van Leuven St Apt # 145** | ☐ Unliquidated | |
| **Loma Linda, CA 92354** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.166 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Verizon** | ☐ Contingent | |
| **PO Box 920041** | ☐ Unliquidated | |
| **Dallas, TX 75392-0041** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.166 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Verizon Wireless** | ☐ Contingent | |
| **P.O. Box 660108** | ☐ Unliquidated | |
| **Dallas, TX 75266-0108** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.166 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Victor Margaret** | ☐ Contingent | |
| **17713 Beach Dr. N.E.** | ☐ Unliquidated | |
| **Lake Forest Park, WA 98155** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.166 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Villagran Sherry** | ☐ Contingent | |
| **2216 Dayton Avenue N.E.** | ☐ Unliquidated | |
| **Renton, WA 98056** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.166 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Viox Diann** | ☐ Contingent | |
| **6220 Roy Street** | ☐ Unliquidated | |
| **Los Angeles, CA 90042** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.166 7**

**Nonpriority creditor's name and mailing address**

Vogt, Jane
730 Stinson Blvd #525
Minneapolis, MN 55413

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

Voigt Jackie
19908 W. 99th Ct.
Lenexa, KS 66220

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

Vox Femina Los Angeles
3341 Caroline Avenue
Culver City, CA 90232

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

Waldo, Dan
5182 Upperhill Dr.
Riverside, CA 92507

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

Walker Addy
2424 Peppertree Lane
Riverside, CA 92506

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 2**

**Nonpriority creditor's name and mailing address**

Walsh, Donna
1233 Lodgepole Dr
Hemet, CA 92545

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 3**

**Nonpriority creditor's name and mailing address**

Walton, Thomas
25611 Quail Run #60
Dana Point, CA 92629

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.167 4**

**Nonpriority creditor's name and mailing address**
Waltrip, Kim
47815 Via Firenze
La Quinta, CA 92253

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.167 5**

**Nonpriority creditor's name and mailing address**
Ward Linda
5174 Walsh Way
San Diego, CA 92115

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.167 6**

**Nonpriority creditor's name and mailing address**
Ward Neville, Johanna
827 Proctor Wynd
Edmonton, Alberta T5T6J3

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.167 7**

**Nonpriority creditor's name and mailing address**
Ward, Matthew
4035 Verde Vista Drive
Thousand Oaks, CA 91360

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.167 8**

**Nonpriority creditor's name and mailing address**
Warren, Pamela
PO Box 1846
Murphys, CA 95247

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.167 9**

**Nonpriority creditor's name and mailing address**
Waterhouse, Margaret
4 Woodside Glen Ct.
oakland, CA 94602

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168 0**

**Nonpriority creditor's name and mailing address**
Watson, Geraldine
22303 Wax Orchard Rd SW
Vashon, WA 98070

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

**3.168**
**1**

**Nonpriority creditor's name and mailing address**

**Wave AV System Design**
**37535 Melbourne Street**
**Indio, CA 92203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168**
**2**

**Nonpriority creditor's name and mailing address**

**Wawrzyniak, Judy**
**93 Akron Street**
**Lockport, NY 14094**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168**
**3**

**Nonpriority creditor's name and mailing address**

**Wayne Duncan Insurance**
**13160 Mindanao**
**Marina Del Ray, CA 90292**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168**
**4**

**Nonpriority creditor's name and mailing address**

**Wayne, Sandra**
**12281 Coach**
**Galesburg, MI 49053**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168**
**5**

**Nonpriority creditor's name and mailing address**

**Webb Sharon**
**2392 N. Eaton Ct.**
**Orange, CA 92867**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168**
**6**

**Nonpriority creditor's name and mailing address**

**Webb Susan**
**6457 El Capitan Way**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168**
**7**

**Nonpriority creditor's name and mailing address**

**Weiler, William**
**333 Canterbury Drive**
**Surrey, BC V3SOJ4**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

---

**3.168 8**

**Nonpriority creditor's name and mailing address**
**Weimann Donald**
**5738 Roanwood Way**
**Concord, AL 94521**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.168 9**

**Nonpriority creditor's name and mailing address**
**Weisgerber, Bruce**
**103 Prairie Dr NE**
**Medicine Hat, AB T1C1S3**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.169 0**

**Nonpriority creditor's name and mailing address**
**Welch, Lorrie**
**266-D Rancho Drive**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.169 1**

**Nonpriority creditor's name and mailing address**
**Wessman Holdings LLC**
**555 S. Sunrise Way  Suite 200**
**Palm Springs, CA 92264**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.169 2**

**Nonpriority creditor's name and mailing address**
**West Lynda**
**17879 El Mineral Rd**
**Perris, CA 92570**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.169 3**

**Nonpriority creditor's name and mailing address**
**West, Dennis**
**50 Hamlock Dr**
**Belleville, IL 62221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.169 4**

**Nonpriority creditor's name and mailing address**
**Westmacott, Rick**
**167 Whitegates Cres.**
**Winnipeg, Manitoba R3K1L1**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

| 3.169 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.169 5**

Nonpriority creditor's name and mailing address
**Westside Window Washers**
**12203 West Pico Blvd.**
**Los Angeles, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 6**

Nonpriority creditor's name and mailing address
**Wettstein, William**
**2406 Apache Ct**
**Janesville, WI 53545**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 7**

Nonpriority creditor's name and mailing address
**Whalen Renee**
**281 Herman Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 8**

Nonpriority creditor's name and mailing address
**Whaley Terri**
**42935 Tennessee Ave.**
**Palm Desert, CA 92211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.169 9**

Nonpriority creditor's name and mailing address
**Whelan Laurie**
**35 Ridgeview Cirlcle Court**
**Ballwin, MO 63021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.170 0**

Nonpriority creditor's name and mailing address
**White, Veronica**
**18 Carr Street**
**Lakewood, CO 80226**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.170 1**

Nonpriority creditor's name and mailing address
**Whitlock, Thomas A.**
**7332 Marina Pacifica Dr North Key # 11**
**Long Beach, CA 90803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.170 2**

Nonpriority creditor's name and mailing address
**Wilde, Jeanne**
**430 Wagtail Dr**
**Tracy, CA 95376**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 3**

Nonpriority creditor's name and mailing address
**Wilhemsen, Larry**
**2251 Cascade Way**
**Longview, WA 98632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 4**

Nonpriority creditor's name and mailing address
**Wilkins Karen**
**5402 E. McKellips Lot # 237**
**Mesa, AZ 85215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 5**

Nonpriority creditor's name and mailing address
**Wilkinson, Sarah**
**600 State Street**
**Portsmouth, NH 03801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 6**

Nonpriority creditor's name and mailing address
**Williams Duaine**
**40188 Via Sonoro**
**Murrieta, CA 92562**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 7**

Nonpriority creditor's name and mailing address
**Williams Jeannette**
**30611 Sparrow Hawk Dr.**
**Sun City, CA 92587**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.170 8**

Nonpriority creditor's name and mailing address
**Williams Lynn**
**2727 De Anza Rd. #M-18**
**San Diego, CA 92109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**Williams, Justin**
**1505 Sapphire Dr**
**Carlsbad, CA 92011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**Williamson Adams**
**936 Detroit Ave  Suite G**
**Concord, CA 94518**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**Wilson Jacalyn**
**67694 S. Natoma Dr.**
**Cathedral City, CA 92234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.171 2**

**Nonpriority creditor's name and mailing address**

**Wilson, Sue**
**16910 15th Avenue NE**
**Shoreline, WA 98155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

**Winkler, Jeffrey**
**16357 Heathfield Dr**
**Whittier, CA 90603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

**Wolerman Roberta**
**P.O.Box 19297**
**Newbury, CA 91319**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

**Wolf, Robert**
**3769 Arapaho Pl**
**Carlsbad, CA 92010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|---|

Name

---

**3.171 6**

Nonpriority creditor's name and mailing address
**Wolman, David**
**12 Porto Cielo Ct**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.171 7**

Nonpriority creditor's name and mailing address
**Women Leaders Forum**
**74923 Highway 111**
**Indian Wells, CA 92210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.171 8**

Nonpriority creditor's name and mailing address
**Women's and Children's Crisis Shelter**
**12519-A Washington Blvd.**
**Whittier, CA 90602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.171 9**

Nonpriority creditor's name and mailing address
**Wonderstar Productions, LLC**
**47815 Via Firenze**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.172 0**

Nonpriority creditor's name and mailing address
**Wong, Dale**
**12901 Cherokee Rd**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.172 1**

Nonpriority creditor's name and mailing address
**Wong, Mark**
**1904 Carnegie Ln # 1**
**Redondo Beach, CA 90278**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.172 2**

Nonpriority creditor's name and mailing address
**Wong, Robert**
**1970 Marino Terrace**
**San Marino, CA 91108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.172
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Woodbridge, Cheryl**<br>**81416 Camino los Milagros**<br>**Indio, CA 92203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.172
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Woods, Jo-Ann**<br>**5660 Pray St**<br>**Bonita, AL 91902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.172
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Wootton Diane**<br>**828 Via Covello**<br>**Santa Barbara, CA 93110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.172
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **WORTH**<br>**PO Box 55421**<br>**Boulder, CO 80322-5421** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.172
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Worthington, Clint**<br>**717 Alder Street**<br>**Edmonds, WA 98020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.172
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Woyak, Candice**<br>**2461 Monroe St**<br>**Eugene, OR 97405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.172
9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Wright Design Group**<br>**125 East Tahquitz Canyon Way**<br>**Palm Springs, CA 92262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.173 0**

**Nonpriority creditor's name and mailing address**
**Wright, Raquel**
**3319 Lemon Ave**
**Signal Hall, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 1**

**Nonpriority creditor's name and mailing address**
**WSCGA Foundation**
**402 W Arrow Highway  Suite 10**
**San Dimas, CA 91773**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 2**

**Nonpriority creditor's name and mailing address**
**Wylie, Mitch**
**720 Castleton Lane**
**Eagan, MN 55123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 3**

**Nonpriority creditor's name and mailing address**
**Wyman, James**
**27861 Cherry Creek Dr.**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 4**

**Nonpriority creditor's name and mailing address**
**Wyndham Electric**
**44-486 Acacia Drive**
**Palm Desert, CA 92260**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 5**

**Nonpriority creditor's name and mailing address**
**Wyrick, Carla**
**3090 Seclusion Cove Drive**
**Anchorage, AK 99525**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.173 6**

**Nonpriority creditor's name and mailing address**
**Xerox Attn: Corporate Officer**
**P.O. Box 202882,**
**Dallas, TX 75320-2882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 255 of 260**

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.173 7**

Nonpriority creditor's name and mailing address
**Xerox Corporation**
**P.O.Box 7405**
**Pasadena, CA 91109-7405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.173 8**

Nonpriority creditor's name and mailing address
**Xerox Financial Services**
**45 Glover Ave.**
**Norwalk, CT 06850-1238**

Date(s) debt was incurred  **9/15/2015**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.173 9**

Nonpriority creditor's name and mailing address
**Ximenez Mary Theresa**
**4511 Finley Avenue**
**., . .**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.174 0**

Nonpriority creditor's name and mailing address
**Xponential Growth Attn: X Growth Solutio**
**110 West C St  Suite 2001**
**San Diego, CA 92101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.174 1**

Nonpriority creditor's name and mailing address
**Xpress Graphics & Printing**
**42335 Washington Street  Suite F**
**Palm Desert, CA 92211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.174 2**

Nonpriority creditor's name and mailing address
**Yamada, Fusayo**
**18791 Caminito Pasadero # 83**
**San Diego, CA 92128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.174 3**

Nonpriority creditor's name and mailing address
**Yamauchi, Atsushi**
**55 Reunion**
**Irvine, CA 92880**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.174 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yamazaki, Kaori**
**234 S Figueroa St**
**., . .**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yamazaki, Makoto**
**2801 Sepulveda Blvd   Unit 113**
**Torrance, AL 90505**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yeatts, Paulette**
**64 South Garfield St**
**Denver, CO 80209**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yip, Theresa**
**5831 Holstein Way**
**Sacramento, CA 95822**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yonekawa, Tatsuya**
**2048 W 181st St**
**Torrance, CA 90504**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yoon, Jeongwon**
**2800 Plaza Del Amo #331**
**Torrance, CA 90503**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yosemite Waters**
**226 S. Avenue 54**
**Los Angeles, CA 90042**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

---

**3.175**
**1**

**Nonpriority creditor's name and mailing address**

**Yoshida Naohiro**
**26628 Whitehorn Dr.**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175**
**2**

**Nonpriority creditor's name and mailing address**

**Yoshida, Hidenori**
**6525 Beachview Dr**
**R.P.V., CA 90275**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175**
**3**

**Nonpriority creditor's name and mailing address**

**Yoshikawa, Kazuhiro**
**26100 Narbonne Ave #18**
**Lomita, CA 90717**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175**
**4**

**Nonpriority creditor's name and mailing address**

**Young, Ronald**
**PO Box 39**
**Brownsville, VT 05037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175**
**5**

**Nonpriority creditor's name and mailing address**

**Your News Inc.**
**P.O. Box 68**
**Dallas, OR 97338**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175**
**6**

**Nonpriority creditor's name and mailing address**

**Your People Professionals**
**2605 S. MIller Street  Suite 107**
**Santa Maria, CA 93455**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175**
**7**

**Nonpriority creditor's name and mailing address**

**Your Promotional Products**
**PMB 228**
**Palm Desert, CA 92211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|
| | Name | | |

**3.175 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Yu, Cody 20616 Buckland Dr Walnut, CA 91789 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.175 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Yuan, Tengman 1155 Winston Ave San Marino, CA 91108 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.176 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Yuke Charlene 5512 Castleford Way Elk Grove, CA 95758 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.176 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Zach Self Graphic Design 3730 Midvale Avenue  Apt 11 Los Angeles, CA 90034 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.176 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Zaia, Anthony 41595 Deanna Ranch Rd Murrieta, CA 92562 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.176 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Zaragoza Gonzalo 1332 S. 4th Ave Yuma, AZ 85364 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.176 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Zeile, Sammee 40485 Camino Montecito Indio, CA 92203 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Notice Purposes Only** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number (if known) | **6:17-bk-15816-MH** |
|---|---|---|---|
| | Name | | |

| 3.176 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Zimmerman, Marilyn** **POB 669** **Northport, MI 49670** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Zingle Linda** **726 Allendale St.** **Santa Fe, NM 87505** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Zukowski, Michael** **6 Victorian Lane** **Medford, NY 11763** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Purposes Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **3,993.08** |
| 5b. Total claims from Part 2 | 5b. + | $ | **11,337,770.73** |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | **11,341,763.81** |

Fill in this information to identify the case:

Debtor name **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **6:17-bk-15816-MH**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

2. **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Investment Manager Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Charles Schwab & Co, Inc. Attn: IST West Team 3 PO BOX 52013 Phoenix, AZ 85072-2013 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Pricing Agreement | |
|---|---|---|---|
| | State the term remaining | | Charles Schwab & Co., Inc. Attn: IST West Team 3 PO BOX 52013 Phoenix, AZ 85072 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Software services | |
|---|---|---|---|
| | State the term remaining | end date 9/24/2017 | Envestnet Tamarac Attn: Director of Finance 701 Fifth Ave, 14th Floor Seattle, WA 98104 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Software services (Advisor Rebalancing Order Form) | |
|---|---|---|---|
| | State the term remaining | end date 9/24/17 | Envestnet Tamarac Attn: Director of Finance 701 Fifth Avenue, 14th Floor Seattle, WA 98104 |
| | List the contract number of any government contract | | |

Integrated Wealth Management, Inc., a California
Debtor 1 ___corporation_____     Case number *(if known)*  **6:17-bk-15816-MH**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases                    State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Software services (Advisor View w/ Advisor Services)** |
| | State the term remaining | **end date 9/24/2017** |
| | List the contract number of any government contract | |

Envestnet Tamarac
Attn: Director of Finance
701 Fifth Avenue, 14th Floor
Seattle, WA 98104

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Software services (Advisor CRM)** |
| | State the term remaining | **end date 3/31/2019** |
| | List the contract number of any government contract | |

Envestnet Tamarac
701 Fifth Avenue, 14th Floor
Seattle, WA 98104

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Software services (Advisor Rebalancing Order Form)** |
| | State the term remaining | **end date 3/31/2019** |
| | List the contract number of any government contract | |

Envestnet Tamarac
Attn: Director of Finance
701 Fifth Ave, 14th Floor
Seattle, WA 98104

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Master Software Agreement** |
| | State the term remaining | **end date 3/31/2018** |
| | List the contract number of any government contract | |

Envestnet Tamarac
Attn: Director of Finance
701 Fifth Avenue, 14th Floor
Seattle, WA 98104

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Debtor's business premises located at 74245 Hwy 111, Ste 201, Palm Desert, CA.  Premises were returned to the landlord during the gap period between the filing of the involuntary petition and the entry of the order for relief.** |
| | State the term remaining | |
| | List the contract number of any government contract | |

One El Paseo North, LLC
Attn:  Legal Dept.
1919 Grand Ave., Suite 2A
San Diego, CA 92109

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

2/01/18  9:05AM

| Debtor 1 | Integrated Wealth Management, Inc., a California corporation | | | Case number *(if known)* | **6:17-bk-15816-MH** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Debtor's business premises located at 620 Newport Center Dr., Ste. 650, Newport Beach, CA 92660. Premises were returned to the landlord during the gap period between the filing of the involuntary petition and the entry of the order for relief.** | |
|---|---|---|---|
| | State the term remaining | | The Irvine Company |
| | List the contract number of any government contract | | Attn:  Legal Dept. |
| | | | PO Box 841393 |
| | | | Los Angeles, CA 90084-1393 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** | |
|---|---|---|---|
| | State the term remaining | | Xerox |
| | List the contract number of any government contract | | Attn:  Legal Dept. |
| | | | PO Box 202882 |
| | | | Dallas, TX 75320-2882 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **6:17-bk-15816-MH**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Anthony Pisano | As Successor Trustee to Casey Trust<br>c/o Schomer Law Group<br>222 N. Sepulveda Blvd., Suite 130<br>El Segundo, CA 90245<br><br>Co-defendant in Erica Murray litigation | Erica Murray | ☐ D _____<br>■ E/F __3.485__<br>☐ G _____ |
| 2.2 | Anthony Pisano | As Successor Trustee to Casey Trust<br>c/o Schomer Law Group<br>222 N. Sepulveda Blvd., Suite 130<br>El Segundo, CA 90245<br><br>Co-defendant in St. Jude Heritage Medical Group, Inc. | St. Jude Heritage Medical Group | ☐ D _____<br>■ E/F __3.1478__<br>☐ G _____ |
| 2.3 | Ericabo Productions LLC | Co-defendant in Erica Murray litigation | Erica Murray | ☐ D _____<br>■ E/F __3.485__<br>☐ G _____ |

| Debtor | Integrated Wealth Management, Inc., a California corporation | | Case number (if known) | 6:17-bk-15816-MH |
|---|---|---|---|---|

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                           *Column 2:* **Creditor**

| 2.4 | Estate of James Casey | 787 N. Palm Canyon Drive Palm Springs, CA 92262 | Live Oak Bank | ■ D  2.2 ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| | | Live Oak Bank Guarantee | | |
| 2.5 | Estate Of James Casey | 787 N. Palm Canyon Drive Palm Springs, CA 92262 | Rapid Advance | ■ D  2.3 ☐ E/F _____ ☐ G _____ |
| | | Rapid Advance Guarantee | | |
| 2.6 | Kim & Jim Productions LLC | Law Offices of Jeffrey C. Bogert 2121 Rosencrans Ave., Suite 3375 El Segundo, CA 90245 | Erica Murray | ☐ D _____ ■ E/F  3.485 ☐ G _____ |
| | | Co-defendants of Erica Murray litigation | | |
| 2.7 | Team Jupiter LLC | c/o James Casey 787 N. Palm Canyon Drive Palm Springs, CA 92262 | St. Jude Heritage Medical Group | ☐ D _____ ■ E/F  3.1478 ☐ G _____ |
| | | Co-defendants of St. Jude Heritage Medical Group, Inc. | | |

**Fill in this information to identify the case:**

Debtor name  **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **6:17-bk-15816-MH**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

██████  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑  *Schedule H: Codebtors* (Official Form 206H)
☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  *Amended Schedule*
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/31/2018        x _____
                                    Signature of individual signing on behalf of debtor

                                    **J. Michael Issa**
                                    Printed name

                                    **Chief Restructuring Officer**
                                    Position or relationship to debtor

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **Integrated Wealth Management, Inc., a California corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **6:17-bk-15816-MH**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$4,953,809.15** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$8,033,636.19** |
| **For the fiscal year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$8,623,105.98** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **Integrated Wealth Management, Inc., a California corporation**

Case number (if known)  **6:17-bk-15816-MH**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **See attached list** | **See attached list** | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **James Casey c/o Anthony Pisano Nominated Exectuor of the Estate of James Casey c/o Schomer Law Group 222 N. Sepulveda Blvd., Suite 130 El Segundo, CA 90245 Former CEO** | **07/13/2016 to 07/12/2017** | **Unknown** | |
| 4.2.  **Ryan Delaney 20740 Via Marisa Yorba Linda, CA 92886 CFO** | **07/13/2016 to 07/12/2017** | **$97,969.70** | **variable commission and bonuses** |
| 4.3.  **Erik Mora 10 Michael Road Ladera Ranch, CA 92694 Chief Marketing Officer & Director of Advisor Services** | **07/13/2016 to 07/12/2017** | **$214,189.25** | **variable commission and bonuses** |
| 4.4.  **John Wong 847 N. Topaz Circle Palm Springs, CA 92262 Chief Compliance Officer** | **07/13/2016 to 07/12/2017** | **Unknown** | |
| 4.5.  **Anthony Pisano c/o Schomer Law Group 222 N. Sepulveda Blvd., Suite 130 El Segundo, CA 90245** | **7/13/2016 to 7/12/2017** | **$165,000.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

2/01/18  9:05AM

| Debtor | Integrated Wealth Management, Inc., a California corporation | Case number (if known) | 6:17-bk-15816-MH |

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Purshe Kaplan Sterling Investments Attn: Legal Department 18 Corporate Woods Blvd., 4th Floor Albany, NY 12211 | Potential setoff Last 4 digits of account number: _____ | | $250,000.00 |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Erica Murray vs. James M. Casey, Ericabo Productions, LLC and Kim and Jim Productions, LLC, etc. BC572563 | Fraud and deceit, breach of fiduciary duties of care, loyalth and good faith, and conversion | Los Angeles County Superior Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | St. Jude Heritage Medical Group v. Integrated Wealth Management, Inc., James M. Casey, Team Jupiter LLC 8:17-cv-00647 JVS | Breach of Duty; violations of ERISA sections 406(b)(1) and (3) | United States District Court Central District of California 411 West Fourth Street Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Museum of the Moving Image 36-01 35 Avenue Astoria, NY 11106 | Charitable donation | | $15,000.00 |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Integrated Wealth Management, Inc., a California corporation | | Case number *(if known)* | **6:17-bk-15816-MH** |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Desert Arc**<br>73255 Country Club Drive<br>Palm Desert, CA 92260 | Charitable sponsorship; golf tournament | | $2,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | **First Tee Coachella Vlly Golf Tournament**<br>74-945 Sheryl Ave.<br>Palm Desert, CA 92260 | Charitable sponsorship | | $3,000.00 |
| | Recipients relationship to debtor | | | |
| 9.4. | **Regional Access Project Foundation**<br>73710 Fred Waring Drive, #102<br>Palm Desert, CA 92260 | Chartiable donation | | $1,000.00 |
| | Recipients relationship to debtor | | | |
| 9.5. | **Actors Fund**<br>5757 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90036 | Charitable sponsorship | | $3,000.00 |
| | Recipients relationship to debtor | | | |
| 9.6. | **Desert Best Friend's Closet**<br>74040 Hwy 111, Suite F<br>Palm Desert, CA 92260 | Charitable sponsorship | | $2,500.00 |
| | Recipients relationship to debtor | | | |
| 9.7. | **Boys and Girls Club of Palm Springs**<br>450 S. Sunrise Way<br>Palm Springs, CA 92262 | Charitable sponsorship | | $2,500.00 |
| | Recipients relationship to debtor | | | |
| 9.8. | **Feminist Majority Foundation**<br>1600 Wilson Blvd., Suite 801<br>Arlington, VA 22209 | Charitable donation | | $2,000.00 |
| | Recipients relationship to debtor | | | |

Debtor    **Integrated Wealth Management, Inc., a California corporation**

Case number (if known)   **6:17-bk-15816-MH**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.9. | SAG AFTRA Foundation<br>Attn: Sara Chenetz<br>1888 Century Park East<br>Los Angeles, CA 90067 | Charitable sponsorship to SAG AFTRA Foundation LA Golf Tournament | | $150,000.00 |
| | Recipients relationship to debtor | | | |
| 9.10. | Seany Foundation<br>3530 Camino Del Rio N., Suite 101<br>San Diego, CA 92108 | Charitable donation | | $263.73 |
| | Recipients relationship to debtor | | | |
| 9.11. | Women Leadership Forum/<br>Women Who Rule Awards Luncheon<br>74923 Highway 111<br>Indian Wells, CA 92210 | Charitable sponsorship | | $2,500.00 |
| | Recipients relationship to debtor | | | |
| 9.12. | Desert Aids Project<br>1695 North Sunrise Way<br>PO BOX 2890<br>Palm Springs, CA 92263 | Charitable sponsorship | | $30,500.00 |
| | Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Integrated Wealth Management, Inc., a California**
**corporation**                                                    Case number (if known)    **6:17-bk-15816-MH**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **74245 Hwy 111, Suite 201** **Palm Desert, CA 92260** | **01/2016 to 08/2016** |
| 14.2. | **620 Newport Center Drive, Suite 650** **Newport Beach, CA 92660** | **10/2013 to 07/2017** |
| 14.3. | **2230 W. Everest Lane, Suite 100** **Meridian, ID 83646** | |
| 14.4. | **3620 Penland Parkway** **Anchorage, AK 99508** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Debtor    **Integrated Wealth Management, Inc., a California
corporation**    Case number (if known)   **6:17-bk-15816-MH**

Name, mailing address, email, phone number, and date of birth

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo 300 Tri-State International Suite 400 Lincolnshire, IL 60069 | XXXX-6626 | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **closed on 5/31/2017** | Unknown |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Integrated Wealth Management, Inc., a California corporation**          Case number *(if known)*    **6:17-bk-15816-MH**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Previous Clients** | | **Payments made by clients of the Debtor for investment purposes, which were not made payable to Debtor, and which the Debtor disposed of pursuant to instructions by such creditors** | **$0.00** |

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Integrated Wealth Casualty Insurance Services LLC**<br>74245 Highway 111<br>Palm Desert, CA 92260 | Insurance services | Dates business existed<br>EIN:   47-2491687<br><br>From-To   12/09/2014 to present |

Debtor   **Integrated Wealth Management, Inc., a California**
**corporation**                                     Case number *(if known)*   **6:17-bk-15816-MH**

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Ryan Delaney 20740 Via Marisa Yorba Linda, CA 92886 | 02/23/2015 to 07/10/2017 |
| 26a.2. | John Wong, CIA, CRMA 847 N. Topaz Circle Palm Springs, CA 92262 | 03/14/2011 to 07/10/2017 |
| 26a.3. | Mann, Gelon, Glodney & Augesnstein, APC 1880 Century Park E, #950 Los Angeles, CA 90067 | 2014 to approx. 3/17/2016 |
| 26a.4. | Barry R. Gumerove, CPA Mann, Gelon, Glodney & Augesnstein, APC 1800 Century Park East, Suite 950 Los Angeles, CA 90067 | 2014 to approx. 3/17/2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | SingerLewak LLP 2050 Main Street Irvine, CA 92614 | unknown to approx. 3/8/2017 |
| | Name and address | Date of service From-To |
| 26b.2. | Mark Cook SingerLewak LLP 2050 Main Street Irvine, CA 92614 | unknown to approx. 3/8/2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Live Oak Bank 1741 Tiburon Dr. Wilmington, NC 28403-6244 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor    **Integrated Wealth Management, Inc., a California**
**corporation**    Case number *(if known)*  **6:17-bk-15816-MH**

| | | | |
|---|---|---|---|
| 27.1 | Name of the person who supervised the taking of the inventory<br>**GlassRatner Advisory & Capital Group LLC** | Date of inventory<br>**1/15/2018** | The dollar amount and basis (cost, market, or other basis) of each inventory<br>**$5,000 FMV** |
| | Name and address of the person who has possession of inventory records<br>**GlassRatner Advisory & Capital Group LLC**<br>**19800 MacArthur Blvd., Suite 820**<br>**Irvine, CA 92612** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Casey | 787 N. Palm Canyon Drive<br>Palm Springs, CA 92262 | **President** | |
| Ryan Delaney | 20740 Via Marisa<br>Yorba Linda, CA 92886 | **Chief Financial Officer** | |
| Marc Koven | 80621 Declaration Avenue<br>Indio, CA 92201 | **Director of Administrative Services** | |
| Erik Mora, RICP | 10 Michael Road<br>Ladera Ranch, CA 92694 | **Chief Marketing Officer and Director of Advisor Services** | |
| John Wong, CIA, CRMA | 847 N. Topaz Circle<br>Palm Springs, CA 92262 | **Chief Compliance Officer/Secretary** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Integrated Wealth Management, Inc., a California**
**corporation**

Case number *(if known)*  **6:17-bk-15816-MH**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **James Casey c/o Anthony Pisano Nominated Executor of the Estate of James Casey c/o Schomer Law Group 222 N. Sepulveda Blvd., Suite 130 El Segundo, CA 90245**<br><br>**Relationship to debtor**<br>**Former CEO** | **unknown** | **07/13/2016 - 07/12/2017** | |
| 30.2 . | **Ryan Delaney 20740 Via Marisa Yorba Linda, CA 92886**<br><br>**Relationship to debtor**<br>**CFO** | **$97,969.70** | **07/13/2016 - 07/12/2017** | **variable commission and bonuses** |
| 30.3 . | **Erika Mora**<br><br>**Relationship to debtor**<br>**Chief Marketing Officer & Director of Advisor Services** | **$214,189.25** | **07/13/2016 - 07/12/2017** | **variable commission and bonuses** |
| 30.4 . | **John Wong 847 N. Topaz Circle Palm Springs, CA 92262**<br><br>**Relationship to debtor**<br>**Chief Compliance Officer** | **unknown** | **07/13/2016 - 07/12/2017** | |
| 30.5 . | **Anthony Pisano c/o Schomer Law Group 222 N. Sepulveda Blvd., Suite 130 El Segundo, CA 90245**<br><br>**Relationship to debtor** | **$165,000.00** | **7/13/2016 to 7/12/2017** | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**

**Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

**Name of the parent corporation**

**Employer Identification number of the parent corporation**

2/01/18 9:05AM

| Debtor | **Integrated Wealth Management, Inc., a California corporation** | Case number *(if known)* | **6:17-bk-15816-MH** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| **Integrated Wealth Management 401(k) Profit Sharing Plan** | EIN:    **95-4542307** |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/1/2018

_____
Signature of individual signing on behalf of the debtor

**J. Michael Issa**
Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

## Type: All transactions | Categories: Expenses & Bill Payments | Dates: 04/13/2017 - 07/12/2017

| Date | Type | No. | Payee | Category | Total |
|---|---|---|---|---|---|
| 7/12/2017 | Expense | | EMoney Advisor | Other Software/Service Subscription | 324.00 |
| 7/12/2017 | Expense | | EMoney Advisor | Other Software/Service Subscription | 345.00 |
| 7/11/2017 | Expense | | John Hancock USA | 401K | 16,695.66 |
| 7/11/2017 | Expense | | Quicken Bill Pay | Service Charges - Fees, Finance Ch | 14.95 |
| 7/11/2017 | Expense | | Wells Fargo | Bank Charges | 3.00 |
| 7/10/2017 | Expense | | By The Numbers | Research/Data Related | 170.00 |
| 7/10/2017 | Expense | | Intuit | Other Software/Service Subscription | 39.95 |
| 7/8/2017 | Bill Payment (Check) | 7128 | Nettleton Inc | | -69,214.40 |
| 7/7/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 7/6/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 7/5/2017 | Bill Payment (Check) | | TPX Communications | | -2,380.45 |
| 7/5/2017 | Expense | | Wells Fargo | Bank Charges | 15.00 |
| 7/5/2017 | Expense | | Live Oak | Live Oak Loan Interest #102131 | 24,084.30 |
| 7/5/2017 | Expense | | Live Oak | Live Oak Loan Interest #102130 | 23,076.39 |
| 7/5/2017 | Expense | | Live Oak | Live Oak Loan Interest #102986 (pre | 11,956.31 |
| 7/5/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 7/5/2017 | Expense | | Wells Fargo | Bank Charges | 30.00 |
| 7/5/2017 | Expense | | Intuit | Other Software/Service Subscription | 35.95 |
| 7/5/2017 | Bill Payment (Check) | | UPS | | -98.34 |
| 7/5/2017 | Bill Payment (Check) | | UPS | | -96.69 |
| 7/5/2017 | Bill Payment (Check) | | Staples Credit Plan | | -85.00 |
| 7/5/2017 | Bill Payment (Check) | | Southern California Edison | | -1,439.94 |
| 7/5/2017 | Bill Payment (Check) | | Image Source | | -615.75 |
| 7/5/2017 | Bill Payment (Check) | | Xerox Financial Services | | -1,389.57 |
| 7/5/2017 | Bill Payment (Check) | | Master's Refreshment Services, LLC | | -129.30 |
| 7/5/2017 | Bill Payment (Check) | | The Lincoln National Life Insurance Company | | -1,182.78 |
| 7/5/2017 | Bill Payment (Check) | | Blue Shield of California | | -9,098.35 |
| 7/5/2017 | Bill Payment (Check) | | BankDirect Capital Finance | | -7,996.49 |
| 7/3/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 7/3/2017 | Expense | | John Hancock USA | 401K | 3,663.10 |
| 7/3/2017 | Bill Payment (Check) | 7127 | Anthony Pisano | | -75,000.00 |
| 6/30/2017 | Bill Payment (Check) | | Singer Lewak LLP | | -270.00 |

1

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Payee | Acct | Description | Amount |
|---|---|---|---|---|---|
| 6/30/2017 | Expense | Vestorly Email Serivce | | Other Software/Service Subscription | 649.00 |
| 6/30/2017 | Expense | SBFS LLC | | Rapid Advance Loan Interest | 1,700.00 |
| 6/30/2017 | Expense | California Dept. Of Insurance | | Training, Continuing Education, Profi | 510.00 |
| 6/30/2017 | Bill Payment (Check) | R2 LLC | | | -985.00 |
| 6/30/2017 | Bill Payment (Check) | Flex Benefit Systems | | | -75.00 |
| 6/29/2017 | Bill Payment (Check) | Corporate IT Group | | | -3,244.00 |
| 6/29/2017 | Expense | SBFS LLC | | Rapid Advance Loan Interest | 1,700.00 |
| 6/28/2017 | Expense | SBFS LLC | | Rapid Advance Loan Interest | 1,700.00 |
| 6/28/2017 | Bill Payment (Check) | County of Orange | 7126 | | -378.59 |
| 6/27/2017 | Expense | SBFS LLC | | Rapid Advance Loan Interest | 1,700.00 |
| 6/26/2017 | Expense | Intuit | | Other Software/Service Subscription | 39.00 |
| 6/26/2017 | Expense | SBFS LLC | | Rapid Advance Loan Interest | 1,700.00 |
| 6/23/2017 | Expense | SBFS LLC | | Rapid Advance Loan Interest | 1,700.00 |
| 6/22/2017 | Bill Payment (Check) | Spectrum Enterprise (Internet - formerly TWC) | | | -384.00 |
| 6/22/2017 | Expense | Staples Credit Plan | | PD Office Supplies | 347.07 |
| 6/22/2017 | Expense | SBFS LLC | | Rapid Advance Loan Interest | 1,700.00 |
| 6/22/2017 | Bill Payment (Check) | UPS | | | -82.70 |
| 6/22/2017 | Bill Payment (Check) | UPS | | | -54.72 |
| 6/22/2017 | Bill Payment (Check) | Your People Professionals | | | -120.00 |
| 6/22/2017 | Bill Payment (Check) | Your People Professionals | | | -20.00 |
| 6/22/2017 | Bill Payment (Check) | Proshred Security | | | -45.00 |
| 6/22/2017 | Bill Payment (Check) | Southern California Edison | | | -35.86 |
| 6/22/2017 | Bill Payment (Check) | Smarsh | | | -778.75 |
| 6/22/2017 | Bill Payment (Check) | Spectrum Business (cable TV - formerly TWC) | | | -173.11 |
| 6/22/2017 | Bill Payment (Check) | Tamarac Inc. | | | -17,278.70 |
| 6/22/2017 | Bill Payment (Check) | Travelers Insurance | | | -608.75 |
| 6/22/2017 | Bill Payment (Check) | Verizon Wireless | | | -488.68 |
| 6/22/2017 | Bill Payment (Check) | The Hartford | | | -778.60 |
| 6/22/2017 | Bill Payment (Check) | ConferTel | | | -630.70 |
| 6/22/2017 | Bill Payment (Check) | Shred-it USA LLC | | | -170.10 |
| 6/22/2017 | Bill Payment (Check) | MailFinance | | | -220.09 |
| 6/22/2017 | Bill Payment (Check) | eFax | | | -373.70 |
| 6/22/2017 | Bill Payment (Check) | Anabel Torres | | | -1,600.00 |
| 6/22/2017 | Bill Payment (Check) | Corporate IT Group | | | -3,284.00 |

2

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Check | Payee | Description | Amount |
|---|---|---|---|---|---|
| 6/21/2017 | Bill Payment (Check) | 7124 | Ace Parking | | -375.00 |
| 6/21/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/21/2017 | Bill Payment (Check) | 7125 | Advisor Consultant Network, Inc. (ACN) | | -125.00 |
| 6/20/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/20/2017 | Bill Payment (Check) | 7123 | Anthony Pisano | | -25,000.00 |
| 6/19/2017 | Expense | | Intuit | Other Software/Service Subscription | 39.95 |
| 6/19/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/19/2017 | Expense | | John Hancock | 401K | 3,662.02 |
| 6/19/2017 | Bill Payment (Check) | 7122 | Jackson Lewis P.C. | | -50,000.00 |
| 6/16/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/16/2017 | Expense | | Staples Credit Plan | PD Office Supplies | 614.20 |
| 6/15/2017 | Bill Payment (Check) | | Indigo Marketing Agency LLC | | -450.00 |
| 6/15/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/15/2017 | Expense | | Desert Sun Publishing Co | Dues & Subscriptions (2016 to curre | 31.09 |
| 6/15/2017 | Bill Payment (Check) | | Flex Benefit Systems | | -75.00 |
| 6/14/2017 | Expense | | EMoney Advisor | Financial Planning | 345.00 |
| 6/14/2017 | Expense | | Microsoft | Non-Network Services & Maintenanc | 792.00 |
| 6/14/2017 | Expense | | EMoney Advisor | Financial Planning | 324.00 |
| 6/14/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/13/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/12/2017 | Expense | | SBFS LLC | Service Charges - Fees, Finance Ch | 25.01 |
| 6/12/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/12/2017 | Expense | | Riskalyze | Compliance Related | 145.00 |
| 6/9/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/9/2017 | Expense | | IWM Advisors, LLC | Kuhn Sarna 401(k) | 20,000.00 |
| 6/9/2017 | Expense | | By The Numbers | Research/Data Related | 170.00 |
| 6/9/2017 | Expense | | Intuit | Other Software/Service Subscription | 39.95 |
| 6/8/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/8/2017 | Expense | | Quicken Bill Pay | Service Charges - Fees, Finance Ch | 14.95 |
| 6/8/2017 | Expense | | Staples Credit Plan | PD Office Supplies | 514.15 |
| 6/7/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/7/2017 | Expense | | EMoney Advisor | Financial Planning | 300.00 |
| 6/6/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/5/2017 | Bill Payment (Check) | | Frontier Communication | | -51.01 |

3

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Payee | Description | Amount |
|---|---|---|---|---|
| 6/5/2017 | Expense | Live Oak | Live Oak Loan Interest #102986 (pre | 11,956.31 |
| 6/5/2017 | Expense | Intuit | Other Software/Service Subscription | 35.95 |
| 6/5/2017 | Expense | Live Oak | Live Oak Loan Interest #102130 | 23,076.39 |
| 6/5/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/5/2017 | Expense | Live Oak | Live Oak Loan Interest #102131 | 24,084.30 |
| 6/5/2017 | Bill Payment (Check) | Xerox Financial Services | | -1,389.57 |
| 6/5/2017 | Bill Payment (Check) | Neofunds by Neopost | | -500.00 |
| 6/2/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/2/2017 | Expense | Aria Resort & Casino | Meals & Entertainment | 10.00 |
| 6/2/2017 | Expense | John Hancock USA | 401K | 3,663.10 |
| 6/2/2017 | Expense | Staples Credit Plan | PD Office Supplies | 302.35 |
| 6/2/2017 | Expense | Staples Credit Plan | PD Office Supplies | 37.16 |
| 6/2/2017 | Expense | Tamarac Inc. | | -8,000.00 |
| 6/2/2017 | Bill Payment (Check) | Troutman Sanders LLP | | -40,339.50 |
| 6/2/2017 | Bill Payment (Check) | Singer Lewak LLP | | -1,077.56 |
| 6/2/2017 | Bill Payment (Check) | Mercedes-Benz Financial | | -1,657.01 |
| 6/2/2017 | Bill Payment (Check) | 7121 Kravitz, Inc. | | -1,360.00 |
| 6/1/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 6/1/2017 | Bill Payment (Check) | UPS | | -158.43 |
| 6/1/2017 | Bill Payment (Check) | UPS | | -132.56 |
| 6/1/2017 | Bill Payment (Check) | The Lincoln National Life Insurance Company | | -1,292.58 |
| 6/1/2017 | Bill Payment (Check) | Spectrum Business (cable TV - formerly TWC) | | -173.11 |
| 6/1/2017 | Bill Payment (Check) | Verizon Wireless | | -488.80 |
| 6/1/2017 | Bill Payment (Check) | Frontier Communication | | -39.86 |
| 6/1/2017 | Bill Payment (Check) | Image Source | | -733.23 |
| 6/1/2017 | Bill Payment (Check) | Southern California Edison | | -1,229.65 |
| 6/1/2017 | Bill Payment (Check) | BankDirect Capital Finance | | -7,996.49 |
| 6/1/2017 | Bill Payment (Check) | Cox Communications | | -384.00 |
| 6/1/2017 | Bill Payment (Check) | Blue Shield of California | | -11,249.63 |
| 6/1/2017 | Bill Payment (Check) | Truly Nolen | | -40.00 |
| 6/1/2017 | Bill Payment (Check) | PenSys Inc. | | -500.00 |
| 5/31/2017 | Bill Payment (Check) | Staples Credit Plan | | -725.25 |
| 5/31/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/30/2017 | Expense | IWM Advisors, LLC | Investment in IWM Advisors, LLC | 1,000.00 |

4

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Payee | Description | Amount |
|---|---|---|---|---|
| 5/30/2017 | Expense | Dropbox | Other Software/Service Subscription | 9.99 |
| 5/30/2017 | Expense | Corporate Benefit Marketing | (CBM - Employer Sponsored Insuran) | 3,590.40 |
| 5/30/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/30/2017 | Expense | Vestorly Email Serivce | Other Software/Service Subscription | 649.00 |
| 5/30/2017 | Expense | Network Solutions | Internet & Website | 685.00 |
| 5/26/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/26/2017 | Expense | Staples Credit Plan | PD Office Supplies | 199.18 |
| 5/26/2017 | Expense | Staples Credit Plan | PD Office Supplies | 12.69 |
| 5/25/2017 | Expense | Intuit | Other Software/Service Subscription | 39.00 |
| 5/25/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/25/2017 | Expense | Intuit | Other Software/Service Subscription | 60.00 |
| 5/24/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/23/2017 | Expense | IWM Advisors, LLC | Cypress | 28,464.63 |
| 5/23/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/22/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/19/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/18/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/18/2017 | Expense | Staples Credit Plan | NB Office Supplies | 44.40 |
| 5/17/2017 | Expense | Desert Sun Publishing Co | Dues & Subscriptions (2016 to curre) | 31.09 |
| 5/17/2017 | Expense | Intuit | Other Software/Service Subscription | 39.95 |
| 5/17/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/17/2017 | Bill Payment (Check) | Shred-it USA LLC | | -113.40 |
| 5/17/2017 | Bill Payment (Check) | Spectrum Enterprise (Internet - formerly TWC) | | -384.00 |
| 5/17/2017 | Bill Payment (Check) | TPX Communications | | -2,311.29 |
| 5/17/2017 | Bill Payment (Check) | Your People Professionals | | -120.00 |
| 5/17/2017 | Bill Payment (Check) | Anthony Pisano | | -50,000.00 |
| 5/17/2017 | 7120 | The Ryan Firm, APC attorney client trust account | | 0.00 |
| 5/16/2017 | 7119 | Staples Credit Plan | PD Office Supplies | 269.81 |
| 5/16/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/16/2017 | Expense | Stamps.com | NB Postage, FedEx, UPS | 49.00 |
| 5/16/2017 | Expense | John Hancock USA | 401K | 3,663.10 |
| 5/16/2017 | Bill Payment (Check) | Pacific Investment Management Company (PIMCO) | | -275.37 |
| 5/16/2017 | Bill Payment (Check) | Pacific Investment Management Company (PIMCO) | | -1,418.14 |
| 5/16/2017 | Bill Payment (Check) | UPS | | -159.68 |

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Transaction | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| 5/16/2017 | Bill Payment (Check) | | UPS | | -136.14 |
| 5/16/2017 | Bill Payment (Check) | | UPS | | -121.79 |
| 5/16/2017 | Bill Payment (Check) | | Tamarac Inc. | | -8,000.00 |
| 5/16/2017 | Bill Payment (Check) | | Corporate IT Group | | -9,444.94 |
| 5/16/2017 | Bill Payment (Check) | | Corporate IT Group | | -379.54 |
| 5/16/2017 | Bill Payment (Check) | | Corporate IT Group | | -3,284.00 |
| 5/16/2017 | Bill Payment (Check) | | Indigo Marketing Agency LLC | | -450.00 |
| 5/16/2017 | Bill Payment (Check) | | R2 LLC | | -2,130.00 |
| 5/16/2017 | Bill Payment (Check) | | ConferTel | | -287.80 |
| 5/16/2017 | Bill Payment (Check) | | Irvine Company | | -16,745.00 |
| 5/16/2017 | Bill Payment (Check) | | Comtron Systems | | -75.00 |
| 5/16/2017 | Bill Payment (Check) | | Frontier Communication | | -51.01 |
| 5/16/2017 | Bill Payment (Check) | | Truly Nolen | | -40.00 |
| 5/16/2017 | Bill Payment (Check) | | Proshred Security | | -45.00 |
| 5/16/2017 | Bill Payment (Check) | | Southern California Edison | | -34.86 |
| 5/16/2017 | Bill Payment (Check) | | Unum | | -88.80 |
| 5/16/2017 | Bill Payment (Check) | | One El Paseo North, LLC | | -20,878.00 |
| 5/16/2017 | Bill Payment (Check) | | Smarsh | | -772.75 |
| 5/16/2017 | Bill Payment (Check) | | eFax | | -389.70 |
| 5/16/2017 | Bill Payment (Check) | | Anabel Torres | | -1,600.00 |
| 5/15/2017 | Bill Payment (Check) | 7114 | Actuarial Benefits Corp. | | -789.24 |
| 5/15/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/15/2017 | Expense | | Wells Fargo | Service Charges - Fees, Finance Ch | 30.00 |
| 5/15/2017 | Expense | | IWM Advisors, LLC | Hayek Manning | 2,094.85 |
| 5/15/2017 | Bill Payment (Check) | 7118 | Troutman Sanders LLP | | -25,000.00 |
| 5/15/2017 | Bill Payment (Check) | 7117 | Jensen's | | 0.00 |
| 5/15/2017 | Bill Payment (Check) | 7116 | Jacko Law Group, PC | | -1,404.14 |
| 5/15/2017 | Bill Payment (Check) | 7115 | Core Compliance & Legal Services, Inc. (CCLS) | | -411.66 |
| 5/13/2017 | Expense | | Microsoft | Non-Network Services & Maintenanc | -252.08 |
| 5/12/2017 | Expense | | Staples Credit Plan | PD Office Supplies | 792.00 |
| 5/12/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 98.50 |
| 5/11/2017 | Bill Payment (Check) | 7113 | Anthony Pisano | | 1,700.00 |
| 5/11/2017 | Expense | | EMoney Advisor | Financial Planning | -15,000.00 |
| | | | | | 345.00 |

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Payee | Description | Amount |
|---|---|---|---|---|
| 5/11/2017 | Expense | IWM Advisors, LLC | Kuhn Sarna 401(k) | 20,000.00 |
| 5/11/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/11/2017 | Expense | EMoney Advisor | Financial Planning | 324.00 |
| 5/11/2017 | Expense | Riskalyze | Service Charges - Fees, Finance Ch | 24.86 |
| 5/11/2017 | Expense | Riskalyze | Compliance Related | 145.00 |
| 5/10/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/9/2017 | Expense | Staples Credit Plan | NB Office Supplies | 8.99 |
| 5/9/2017 | Expense | By The Numbers | Research/Data Related | 170.00 |
| 5/9/2017 | Expense | Staples Credit Plan | NB Office Supplies | 46.40 |
| 5/9/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/8/2017 | Bill Payment (Check) | American Express | | -11,539.70 |
| 5/8/2017 | Expense | Quicken Bill Pay | Service Charges - Fees, Finance Ch | 14.95 |
| 5/8/2017 | Expense | Wells Fargo | Service Charges - Fees, Finance Ch | 3.00 |
| 5/8/2017 | Expense | Intuit | Other Software/Service Subscription | 39.95 |
| 5/8/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/7/2017 | Expense | SurveyMonkey | Dues & Subscriptions (2016 to curre) | 300.00 |
| 5/6/2017 | Expense | SurveyMonkey | Dues & Subscriptions (2016 to curre) | 300.00 |
| 5/6/2017 | Expense | Dropbox | Other Software/Service Subscription | 9.99 |
| 5/5/2017 | Bill Payment (Check) 7111 | Jason Nettleton | | 0.00 |
| 5/5/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/5/2017 | Expense | Live Oak | Live Oak Loan Interest #102131 | 24,084.30 |
| 5/5/2017 | Expense | Live Oak | Live Oak Loan Interest #102130 | 23,076.39 |
| 5/5/2017 | Expense | IWM Advisors, LLC | Hayek Manning | 6,300.00 |
| 5/5/2017 | Expense | Live Oak | Live Oak Loan Interest #102986 (pre | 11,956.31 |
| 5/5/2017 | Bill Payment (Check) 7112 | Nettleton Inc | | -3,750.00 |
| 5/4/2017 | Expense | The Wall Street Journal | Dues & Subscriptions (2016 to curre | 39.06 |
| 5/4/2017 | Expense | Intuit | Other Software/Service Subscription | 35.95 |
| 5/4/2017 | Expense | Intuit | Other Software/Service Subscription | 35.95 |
| 5/4/2017 | Expense | Winzip | Other Software/Service Subscription | 7.95 |
| 5/4/2017 | Expense | Cleverbridge.net | Other Software/Service Subscription | 7.95 |
| 5/4/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/3/2017 | Expense | Java Bakery | Meals & Entertainment | 17.98 |
| 5/3/2017 | Expense | The Wall Street Journal | Dues & Subscriptions (2016 to curre | 39.06 |
| 5/3/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Payee | Category/Description | Amount |
|---|---|---|---|---|
| 5/3/2017 | Expense | EMoney Advisor | Financial Planning | 300.00 |
| 5/2/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/2/2017 | Expense | Sun Valley Storage | PS Office Maintenance & Services | 99.00 |
| 5/1/2017 | Expense | John Hancock USA | 401K | 10,461.45 |
| 5/1/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 5/1/2017 | Bill Payment (Check) | Tamarac Inc. | | -16,000.00 |
| 5/1/2017 | Bill Payment (Check) | Verizon Wireless | | -863.38 |
| 5/1/2017 | Bill Payment (Check) | The Lincoln National Life Insurance Company | | -1,292.58 |
| 5/1/2017 | Bill Payment (Check) | Spectrum Enterprise (Internet - formerly TWC) | | -384.00 |
| 5/1/2017 | Bill Payment (Check) | BankDirect Capital Finance | | -7,996.49 |
| 5/1/2017 | Bill Payment (Check) | Southern California Edison | | -1,001.33 |
| 5/1/2017 | Bill Payment (Check) | R2 LLC | | -1,605.00 |
| 5/1/2017 | Bill Payment (Check) | TPX Communications | | -2,311.77 |
| 5/1/2017 | Bill Payment (Check) | UPS | | -222.15 |
| 5/1/2017 | Bill Payment (Check) | Image Source | | -1,093.20 |
| 5/1/2017 | Bill Payment (Check) | Neofunds by Neopost | | -300.00 |
| 5/1/2017 | Bill Payment (Check) | Singer Lewak LLP | | -3,399.21 |
| 5/1/2017 | Bill Payment (Check) | Staples Credit Plan | | -1,819.06 |
| 5/1/2017 | Bill Payment (Check) | Spectrum Business (cable TV - formerly TWC) | | -173.11 |
| 5/1/2017 | Bill Payment (Check) | Frontier Communication | | -39.86 |
| 5/1/2017 | Bill Payment (Check) | Spectrum Enterprise (Internet - formerly TWC) | | -270.18 |
| 5/1/2017 | Bill Payment (Check) | Blue Shield of California | | -11,249.63 |
| 5/1/2017 | Bill Payment (Check) | Xerox Financial Services | | -1,389.57 |
| 5/1/2017 | Bill Payment (Check) | Flex Benefit Systems | | -75.00 |
| 4/29/2017 | Expense | Vestorly Email Serivce | Other Software/Service Subscription | 649.00 |
| 4/28/2017 | Expense | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/28/2017 | Expense | Staples Credit Plan | PD Office Supplies | 224.90 |
| 4/28/2017 | Expense | Indian Wells Golf Resort | Marketing/Client Events | 2,000.00 |
| 4/28/2017 | Expense | Carl's JR | Meals & Entertainment | 8.24 |
| 4/28/2017 | Expense | Chevron | Gas | 23.54 |
| 4/28/2017 | Expense | U-Haul | PS Office Maintenance & Services | 176.67 |
| 4/28/2017 | Expense | U-Haul | PS Office Maintenance & Services | 123.29 |
| 4/28/2017 | Expense | Indian Wells Golf Resort | Marketing/Client Events | 300.00 |
| 4/28/2017 | Expense | Staples Credit Plan | PD Office Supplies | 4.06 |

8

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Num | Payee | Description | Amount |
|---|---|---|---|---|---|
| 4/27/2017 | Expense | | Staples Credit Plan | PD Office Supplies | 28.19 |
| 4/27/2017 | Expense | | The Island Hotel | Hotel & Transportation | 78.96 |
| 4/27/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/26/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/26/2017 | Expense | | SHELL OIL | Gas | 30.43 |
| 4/26/2017 | Expense | | CTC Constant Contact | Other Software/Service Subscription | 10.00 |
| 4/26/2017 | Expense | | Desert Willow Golf Resort | Marketing/Client Events | 4,555.94 |
| 4/26/2017 | Bill Payment (Check) | 7110 | City of Newport Beach Revenue | | -12.50 |
| 4/25/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/25/2017 | Bill Payment (Check) | | American Express | | -14,779.48 |
| 4/25/2017 | Bill Payment (Check) | 7109 | The OM Foundation | | -2,000.00 |
| 4/24/2017 | Expense | | IWM Advisors, LLC | Kuhn Sarna 401(k) | 38,917.03 |
| 4/24/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/23/2017 | Expense | | Dropbox | Other Software/Service Subscription | 9.99 |
| 4/23/2017 | Bill Payment (Check) | | Elkins, Kalt Et Al | | -5,794.99 |
| 4/22/2017 | Expense | | NIPR Licensing Services, Kar | Training, Continuing Education, Prof | 5.00 |
| 4/21/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/21/2017 | Expense | | Staples Credit Plan | PD Office Supplies | 213.01 |
| 4/21/2017 | Expense | | Barnes & Noble | Marketing/Client Events | 2,709.00 |
| 4/20/2017 | Bill Payment (Check) | 7107 | Best Signs | | -762.06 |
| 4/20/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/20/2017 | Expense | | Grub Hub | Meals & Entertainment | 319.75 |
| 4/20/2017 | Bill Payment (Check) | | Unum | | -341.30 |
| 4/20/2017 | Bill Payment (Check) | 7108 | Jacko Law Group, PC | | -533.34 |
| 4/19/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/19/2017 | Bill Payment (Check) | | UPS | | -236.63 |
| 4/19/2017 | Bill Payment (Check) | | UPS | | -292.65 |
| 4/19/2017 | Bill Payment (Check) | | UPS | | -191.80 |
| 4/19/2017 | Bill Payment (Check) | | ISU Cunnington & Associates | | -11,544.10 |
| 4/18/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/18/2017 | Expense | | Staples Credit Plan | NB Office Supplies | 61.98 |
| 4/18/2017 | Expense | | Staples Credit Plan | NB Office Supplies | 435.96 |
| 4/18/2017 | Expense | | IWM Advisors, LLC | Cypress | 40,426.37 |
| 4/18/2017 | Expense | | Staples Credit Plan | NB Office Supplies | 76.31 |

232545

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

SOFA Form 207: #3 Payments to creditors within 90 days before filing

| Date | Type | Check # | Payee | Description | Amount |
|---|---|---|---|---|---|
| 4/18/2017 | Bill Payment (Check) | | Indigo Marketing Agency LLC | | -450.00 |
| 4/18/2017 | Bill Payment (Check) | | Indigo Marketing Agency LLC | | -450.00 |
| 4/18/2017 | Bill Payment (Check) | | Irvine Company | | -16,745.00 |
| 4/18/2017 | Bill Payment (Check) | | One El Paseo North, LLC | | -20,878.00 |
| 4/18/2017 | Bill Payment (Check) | | Southern California Edison | | -30.16 |
| 4/18/2017 | Bill Payment (Check) | | Mercedes-Benz Financial | | -1,657.01 |
| 4/18/2017 | Bill Payment (Check) | | Ace Parking | | -375.00 |
| 4/18/2017 | Bill Payment (Check) | | Shred-it USA LLC | | -113.40 |
| 4/18/2017 | Bill Payment (Check) | | Smarsh | | -772.75 |
| 4/18/2017 | Bill Payment (Check) | | Anabel Torres | | -1,600.00 |
| 4/18/2017 | Bill Payment (Check) | | BankDirect Capital Finance | | -1,433.17 |
| 4/18/2017 | Bill Payment (Check) | | Corporate IT Group | | -3,284.00 |
| 4/18/2017 | Bill Payment (Check) | | eFax | | -403.60 |
| 4/18/2017 | Bill Payment (Check) | | Your People Professionals | | -120.00 |
| 4/18/2017 | Bill Payment (Check) | | ConferTel | | -153.90 |
| 4/18/2017 | Bill Payment (Check) | | Comtron Systems | | -75.00 |
| 4/18/2017 | Bill Payment (Check) | | Proshred Security | | -45.00 |
| 4/18/2017 | Bill Payment (Check) | | Frontier Communication | | -50.96 |
| 4/18/2017 | Bill Payment (Check) | | R2 LLC | | -1,508.00 |
| 4/18/2017 | Bill Payment (Check) | | Cox Communications | | -384.00 |
| 4/17/2017 | Bill Payment (Check) | 7106 | Liberty Incorporated (Clark Penney) | Rapid Advance Loan Interest | -1,093.00 |
| 4/17/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/17/2017 | Expense | | John Hancock USA | 401K | 8,604.88 |
| 4/17/2017 | Expense | | Intuit | Other Software/Service Subscription | 39.95 |
| 4/16/2017 | Bill Payment (Check) | 7105 | Liberty Incorporated (Clark Penney) | Dues & Subscriptions (2016 to curre | -9,410.76 |
| 4/16/2017 | Expense | | Desert Sun Publishing Co | | 32.13 |
| 4/16/2017 | Expense | | American Express | Service Charges - Fees, Finance Ch | 300.00 |
| 4/14/2017 | Expense | | SBFS LLC | Gas | 1,700.00 |
| 4/13/2017 | Expense | | SBFS LLC | Rapid Advance Loan Interest | 1,700.00 |
| 4/13/2017 | Expense | | Microsoft | Non-Network Services & Maintenanc | 792.00 |
| 4/13/2017 - 07/12/2017 | Bonuses & Commissions | | Dana Sanchez | | 4,493.23 |
| 4/13/2017 - 07/12/2017 | Bonuses & Commissions | | Paula Hart | | 9,704.48 |
| 4/13/2017 - 07/12/2017 | Bonuses & Commissions | | Penny Salamida | | 6,848.30 |
| 4/13/2017 - 07/12/2017 | Bonuses & Commissions | | Lisa Beaty | | 7,108.97 |

232545

SOFA Form 207: #3 Payments to creditors within 90 days before filing

Integrated Wealth Management, Inc.
Case No. 6:17-bk-15816-MH

| 4/13/2017 - 07/12/2017 | Bonuses & Commissions | Marc Koven | 25,366.73 |

11

232545

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Integrated Wealth Management, Inc., a California corporation**          Case No.   **6:17-bk-15816-MH**

_____      Chapter    **11**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  $ _922_ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **See application to employ Winthrop Couchot Golubow Hollander, LLP on file with the Court for services to be rendered.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   January 31, 2018                              _____
   Date                                         **Robert E. Opera**
                                                _Signature of Attorney_
                                                **Winthrop Couchot Golubow Hollander, LLP**
                                                **660 Newport Center Dr., Suite 400**
                                                **Newport Beach, CA 92660**
                                                **949-720-4100  Fax: 949-720-4111**
                                                **ropera@wcghlaw.com**
                                                _Name of law firm_

---